UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, and OTTIS SPARKS, MAGEN SPARKS, THERESA POLUDNIAK, individually, and on behalf of a Class of persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC.,<br><br>Defendants. | Case No. _____ |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), West Morgan-East Lawrence Water and Sewer Authority makes the following disclosure: No publicly held corporation owns 10% or more of an interest in the West Morgan-East Lawrence Water and Sewer Authority.

Dated: October 5, 2015

                              Respectfully submitted,

                              /s/ *Jeff Friedman*
                              Jeff Friedman, Ala. Bar No. asb-6868-n77j
                              Friedman, Dazzio, Zulanas & Bowling, Pc
                              3800 Corporate Woods Drive
                              Birmingham, Alabama 35242
                              T: 205-278-7000
                              F: 205-278-7001
                              jfriedman@friedman-lawyers.com

Carl Allen Cole, III, Ala. Bar No. asb-1309-r75c
The Cole Law Firm, LLC
P.O. Box 2064
Decatur, Alabama 35602-2064
T: 256-353-0550
F: 256-353-0552
carl@carlcolelaw.com

Gary A. Davis, NC Bar No. 25976
(admission requested *Pro Hac Vice*)
James S. Whitlock, NC Bar No. 34304
(admission requested *Pro Hac Vice*)
DAVIS & WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com