UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, and TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated, ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 5:15-cv-01750-AKK |
| ) | CLASS ACTION |
| 3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC., ) ) ) ) | JURY DEMAND |
| Defendants. ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF *PRO TANTO* CLASS ACTION SETTLEMENT**

Plaintiff Class Representatives Tommy Lindsey, Lanette Lindsey, and Larry Watkins, on behalf of themselves and the proposed Class, along with individual Plaintiff West Morgan-East Lawrence Water and Sewer Authority, have entered into a *Pro Tanto* Individual and Class Action Settlement Agreement ("Settlement Agreement") resolving all of their claims against Defendant Daikin America, Inc. ("Daikin"). The settlement leaves claims against Defendants 3M Company and Dyneon, L.L.C. for further litigation. Under Rule 23 of the Federal Rules of Civil

Procedure, the settlement of the claims of the Class Representatives and the Class is subject to the approval of the Court.

Accordingly, pursuant to Rule 23, Plaintiffs and Daikin jointly move the Court to enter an Order:

(a) granting preliminary approval of the proposed Settlement Agreement subject to a final fairness hearing;

(b) conditionally certifying the proposed Class for purposes of notice and the fairness hearing;

(c) approving the proposed notice to be sent to the Class Members affected by the Settlement; and

(d) setting a deadline for Class Members to file any objections to the Settlement and a date for a final hearing on the fairness, reasonableness, and adequacy of the Settlement Agreement under Rule 23(e).

This Motion is accompanied by Plaintiffs' Memorandum in support, which attaches as exhibits the proposed Settlement Agreement (Exhibit 1); a proposed notice plan with the proposed notice to Class Members (Exhibit 6); and a proposed Order (Exhibit 7).

Respectfully submitted, this 17th day of November, 2016.

*/s/ Gary A. Davis*
Gary A. Davis
(*Pro Hac Vice*)
DAVIS & WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

Jeff Friedman
FRIEDMAN, DAZZIO, ZULANAS &
BOWLING, PC
3800 Corporate Woods Drive
Birmingham, Alabama 35242
T: 205-278-7000
F: 205-278-7001
jfriedman@friedman-lawyers.com


Carl Allen Cole, III
THE COLE LAW FIRM, LLC
P.O. Box 2064
Decatur, Alabama 35602-2064
T:  256-353-0550
F:  256-353-0552
carl@carlcolelaw.com

ATTORNEYS FOR PLAINTIFFS


*/s/ Steven F. Casey*
Steven F. Casey
JONES WALKER LLP
1819 5th Ave North, Suite 1100
Birmingham, AL 35203
T: 205-244-5200
scasey@joneswalker.com

Christopher Yeilding,
BALCH & BINGHAM, LLP
P.O. Box 306
Birmingham, AL 35201-0306
T: 205-226-8728
F: 205-488-5663
cyeilding@balch.com

Robert J. Shaughnessy
(*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, DC 20005-5901
T:  202-434-5564
F:  202-434-5029
bshaughnessy@wc.com

ATTORNEYS FOR DEFENDANT DAIKIN AMERICA, INC.