FILED
2017 Feb-13 AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, individually, and TOMMY LINDSEY, LANETTE LINDSEY, and LARRY WATKINS, individually, and on behalf of a class of persons similarly situated,** ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Civil Action Number **5:15-cv-01750-AKK** |
| **3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC.,** ) ) ) ) | |
| **Defendants.** ) | |

## **ORDER**

Plaintiffs' and Daikin's motion for preliminary approval of the *pro tanto* class action settlement, doc. 73, is **SET** for a hearing at 9:45 a.m. on February 21, 2017 at the federal courthouse at 101 Holmes Avenue Northeast, Huntsville, Alabama 35801.

**DONE** the 12th day of February, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE