UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, and TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC.,<br><br>    Defendants. | Case No. 5:15-cv-01750-AKK<br>CLASS ACTION<br>JURY DEMAND |

### JOINT MOTION FOR FINAL APPROVAL OF *PRO TANTO* CLASS ACTION SETTLEMENT

Plaintiff Class Representatives Tommy Lindsey, Lanette Lindsey, and Larry Watkins, on behalf of themselves and the proposed Class, along with individual Plaintiff West Morgan-East Lawrence Water and Sewer Authority (collectively "Plaintiffs"), have entered into a *Pro Tanto* Individual and Class Action Settlement Agreement ("Settlement Agreement") resolving all of their claims against Defendant Daikin America, Inc. ("Daikin"). The settlement leaves claims against Defendants 3M Company and Dyneon, L.L.C. for further litigation. Under Rule 23 of the

Federal Rules of Civil Procedure, following the fairness hearing set for May 10, 2017, the settlement of the claims of the Class Representatives and the Class is subject to the approval of the Court.

Accordingly, pursuant to Rule 23, Plaintiffs and Daikin jointly move the Court to enter an Order:

(a) Certifying the Settlement Class pursuant to Rule 23(a) and (b)(2); and

(b) Granting final approval of the proposed Settlement Agreement as fair, reasonable, and adequate under Rule 23(e).

This Motion is accompanied by Plaintiffs' Memorandum in Support, which attaches as exhibits the proposed Settlement Agreement (Exhibit 1); declarations in support of the Motion (Exhibits 2-12); Notice provided by Daikin pursuant to the Class Action Fairness Act ("CAFA") (Exhibit 13); and a proposed Order (Exhibit 14).

Respectfully submitted, this 19th of April, 2017.

/s/ Gary A. Davis
Gary A. Davis
(*Pro Hac Vice*)
James S. Whitlock
(*Pro Hac Vice*)
DAVIS & WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

Jeff Friedman
FRIEDMAN, DAZZIO, ZULANAS &
BOWLING, PC
3800 Corporate Woods Drive
Birmingham, Alabama 35242
T: 205-278-7000
F: 205-278-7001
jfriedman@friedman-lawyers.com

Carl Allen Cole, III
THE COLE LAW FIRM, LLC
P.O. Box 2064
Decatur, Alabama 35602-2064
T:  256-353-0550
F:  256-353-0552
carl@carlcolelaw.com

*ATTORNEYS FOR PLAINTIFFS*

/s/ Steven F. Casey
Steven F. Casey
JONES WALKER LLP
1819 5th Ave North, Suite 1100
Birmingham, AL 35203
T: 205-244-5200
scasey@joneswalker.com

Christopher Yeilding,
BALCH & BINGHAM, LLP
P.O. Box 306
Birmingham, AL 35201-0306
T: 205-226-8728
F: 205-488-5663
cyeilding@balch.com

Robert J. Shaughnessy
(*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 12th Street NW

3

>Washington, DC 20005-5901
>T:  202-434-5564
>F:  202-434-5029
>bshaughnessy@wc.com
>
>*ATTORNEYS FOR DEFENDANT DAIKIN AMERICA, INC.*

## CERTIFICATE OF SERVICE

 I hereby certify that on April 19, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

>Mr. M. Christian King
>Mr. Harlan I. Prater, IV
>Mr. William S. Cox, III
>Mr. William H. Brooks
>LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
>The Clark Building
>400 North 20th Street
>Birmingham, AL 35203-3200
>cking@lfwlaw.com
>hprater@lfwlaw.com
>wcox@lfwlaw.com
>mbrooks@lfwlaw.com
>
>Mr. William A. Brewer, III
>Mr. Michael J. Collins
>Ms. Stephanie L. Gase
>BREWER ATTORNEYS & COUNSELORS
>1717 Main Street, Suite 5900
>Dallas, Texas 75201
>wab@brewerattorneys.com
>mjc@brewerattorneys.com
>szg@brewerattorneys.com

> /s/ *Gary A. Davis*
> Attorney