FILED
2017 Apr-19  PM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, and TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:15-cv-01750-AKK |

## DECLARATION OF DON SIMS

I, Don Sims, being competent to provide this Declaration, do declare as follows:

1.      My name is Don Sims. I am an adult resident of Morgan County, Alabama and I have personal knowledge of the facts hereinafter set forth.

2.      My professional background and work with the West Morgan-East Lawrence Water and Sewer Authority ("WMEL" or "Authority") began on December 1, 1975 and continues to this day. I was originally hired to serve as General Manager to build and operate the Water Authority. The first WMEL project was for installation of 100 miles of pipe, and at present we have over 800 miles of pipe lines in the ground.

1

Over one-half of this construction was done by our own personnel. WMEL has constructed two water plants since it began in 1975.

3.      WMEL supplies water to its own retail customers and also sells water on a wholesale basis to other water utilities that in turn provide it to their own retail customers. As of mid-May 2016, WMEL had 9,786 residential water meters serving approximately 25,000 to 35,000 individuals who purchased their drinking water directly from the Authority. WMEL has also supplied water to wholesale customers including: Falkville Water Works, Town Creek Water Department, Trinity Water Works System, VAW Water Systems, Inc., and West Lawrence Water Cooperative water districts. According to the Alabama Department of Environmental Management ("ADEM"), Falkville Water Works has 1,279 accounts (meters), Town Creek Water Department has 540 accounts, Trinity Water Works System has 928 accounts, VAW Water Systems, Inc., has 5,091 accounts, and West Lawrence Water Cooperative has 4,865 accounts.

4.      WMEL obtains its water from the Tennessee River approximately 13 miles downriver from 3M Company, Dyneon, LLC and Daikin America, Inc. Based on public reports on file with ADEM, these companies have discharged, and continue to discharge perfluorooctane sulfonate (PFOS) and/or perfluorooctanoic acid (PFOA) and related chemicals (collectively, "PFCs") into the Tennessee river.

2

5.    On May 19, 2016, the United States Environmental Protection Agency ("EPA") announced a Health Advisory for persons consuming water with PFOS and PFOA. Based on its analysis of toxicological data, the EPA Health Advisory recommended that individuals not consume drinking water that contains a combined concentration of PFOS and PFOA in excess of its designated levels. From the Authority's experience in prior PFOS and PFOA testing, it determined that, using its then-existing treatment methods, it could not reliably produce drinking water at or below the levels specified in the EPA Health Advisory.

6.    Following the public announcement of the EPA Health Advisory for drinking water, ADEM advised all water districts that obtained drinking water from WMEL to discontinue purchasing water from WMEL. This loss of wholesale customers caused a substantial loss of income to WMEL. Further, the loss of wholesale water sales volume caused an increase in the per-gallon water production costs for WMEL.

7.    To lower the concentration of PFOS and PFOA in the WMEL finished water provided to customers, the Authority initially purchased a limited available quantity of water from another water district and began blending the purchased water with water processed at WMEL. This process led to a number of other issues including compliance with ADEM regulations related to disinfectant byproducts, logistical problems, and infrastructure damage.

8.    The Authority determined it was not a viable option to blend water purchased from other water producers with WMEL water. WMEL had no alternative other than to search for a new treatment process. In consultation with experts in the industry, the Authority determined the best short term alternative was to add a Granular Activated Carbon (GAC) system to remove the PFOS and PFOA from its finished water.

9.    To install the GAC system, based on our engineer's estimates, our actual costs, and interim financing, we have spent or are obligated to spend approximately $4 million dollars.

10.    The initial phase of the GAC system is installed and is functioning as anticipated. 100% of WMEL's current daily water production is being treated by GAC. The remainder of the project is progressing as expected. The final GAC contactors are projected to be brought into use the week of November 7th, 2016.

11.    Under the settlement agreement with Daikin America, Inc. ("Daikin"), Daikin will pay WMEL $4 million dollars to fund the design, construction and related costs of the GAC system. Without that money, WMEL would need to make payments on the bond issue through its own revenues and pass that extraordinary cost on to its own retail and wholesale customers through a rate increase. The Daikin settlement money will allow WMEL to discharge the bond issue without the need to increase customer rates. Therefore, the direct monetary benefit to WMEL customers from this portion of the settlement is at least $4 million dollars.

4

12.    In addition, by treating the water with GAC, WMEL will be able to resume its full volume of sales to its wholesale customers. The increased sales volume will return the water production cost to the levels that existed before EPA's issuance of the Health Advisory in May 2016. We estimate that this will result in additional savings and benefits to WMEL customers.

13.    The Daikin settlement results in total customer savings of over $6 million dollars over 20 years (which is the repayment term for the GAC system bond issue).

14.    The settlement agreement with Daikin also provides for Daikin to pay $450,000 for the direct benefit of residential customers who received water from WMEL. From the date of the EPA Health Advisory (May 19, 2016) until WMEL obtained ADEM approval to blend its own water with water from another utility. The $450,000 payment by Daikin represents the customer cost of WMEL water during that period of approximately 30 days. The amount of money charged byWMEL during that period will be directly refunded or credited to customers. First, each WMEL residential customer account holder will be directly refunded or credited the amount of his or her water bill for the month ADEM declared WMEL was not in compliance with the EPA Health Advisory levels for PFOS and PFOA. Next, each commercial account holder of WMEL will also receive a direct refund in the amount of his/her/its bill for the month in question. In addition, WMEL's wholesale customer(s) that did not purchase water elsewhere will have their monthly bill refunded for the month in question. Finally, any wholesale water purchasers' minimum contract

5

purchases are being waived by WMEL for two months following the May 2016 EPA announcement to avoid a hardship to our wholesale customers that purchased water from other providers on advice from ADEM.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

This the 9ᵗʰ day of November, 2016.

Don Sims, General Manager
West Morgan-East Lawrence Water and
Sewer Authority