### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, and TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated,** )<br><br>Plaintiffs, )<br><br>vs. )<br><br>**3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC.,** )<br><br>Defendants. ) | Case No. 5:15-cv-01750-AKK |

## **FINAL JUDGMENT**

On May 10, 2017, this court granted final approval to the settlement between the Plaintiff Settlement Class and Defendant Daikin America, Inc. ("Daikin"). *See* doc. 98. The court now enters final judgment as to the claims of the Settlement Class against Daikin.

It is hereby **ORDERED** that:

1. All capitalized terms used herein shall have the same meanings as in the Parties' Settlement Agreement.

2. The court hereby dismisses with prejudice all Released Claims of the Settlement Class against Daikin.

3. Pursuant to Rule 23(c)(3)(A), all members of the Settlement Class are bound by this Judgment.

4. This action involves claims by Plaintiffs against two Defendants other than Daikin, and those claims remain pending. The Settlement Agreement provides that the consideration provided by Daikin is to be refunded if the Court of Appeals vacates this court's approval of the settlement. For that reason, the Settlement Agreement provides that the consideration must be held in escrow by Class Counsel until all appeals challenging the settlement are abandoned or resolved. Thus, until appeals are concluded, the settlement consideration cannot be used to obtain the Class Benefits. In these circumstances, the court finds, pursuant to Rule 54(b), that there exists no just reason for delay in ordering final judgment on the claims of the Plaintiff Settlement Class against Daikin.

5. Without affecting the finality of this Judgment, the court reserves jurisdiction over the implementation, administration, and enforcement of this Judgment and all matters ancillary thereto.

**DONE** the 15th day of May, 2017.

                                                          **ABDUL K. KALLON**
                                      UNITED STATES DISTRICT JUDGE