FILED
2018 Jul-17  PM 05:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, and TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC.,<br><br>    Defendants. | Case No. 5:15-cv-01750-AKK |

### MOTION FOR LEAVE TO WITHDRAW AS CLASS COUNSEL AND NOTICE OF SUBSTITUTION OF CLASS COUNSEL

COMES NOW Jeff Friedman, Lee Patterson and the law firm of Friedman, Dazzio, Zulanas and Bowling, P.C., and Gary Davis, Douglas Avery Ruley, James Whitlock and the law firm of Davis & Whitlock, P.C., and respectfully move this Honorable Court to enter an Order allowing counsel to withdraw as counsel of record for plaintiffs Tommy Lindsey, Lanette Lindsey, Larry Watkins and the Class.

In addition, counsel move this Court for an order allowing attorney Timothy Davis and the law firm of Heninger Garrison Davis, LLC to be substituted as counsel for plaintiffs Tommy Lindsey, Lanette Lindsey, Larry Watkins and the Class and as

grounds therefore, sets forth and says as follows:

1. Following the Eleventh Circuit Court of Appeals' decision, undersigned counsel have determined that it is in the best interest of the individually named plaintiffs and Class representatives Tommy Lindsey, Lanette Lindsey and Larry Watkins to have separate counsel from plaintiff West Morgan-East Lawrence Water and Sewer Authority ("WMEL").

2. Plaintiffs Tommy Lindsey, Lanette Lindsey and Larry Watkins, individually and on behalf of the Class have retained attorney Timothy Davis and his law firm of Heninger Garrison Davis, LLC to represent them from this point forward.

3. Further, plaintiffs Tommy Lindsey, Lanette Lindsey, Larry Watkins, individually and on behalf of the Class oppose the motion filed on behalf of attorneys Lloyd Gathings, Will Lattimore and the law firm of Gathings Law to be substituted as their attorneys.

4. The undersigned counsel will continue as counsel of record for plaintiff WMEL.

5. Counsel for defendants 3M Company, Daikin America, Inc. and Dyneon, LLC do not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests this Honorable Court to enter an order allowing undersigned counsel and

their law firms to withdraw as counsel of record for plaintiffs Tommy Lindsey, Lanette Lindsey, Larry Watkins, individually and on behalf of the Class and allow attorney Timothy Davis and his law firm to be substituted as counsel for plaintiffs Tommy Lindsey, Lanette Lindsey, Larry Watkins, individually and on behalf of the Class.

Dated: July 17, 2018.

    /s/ Jeff Friedman
Jeff Friedman, Ala. Bar No. asb-6868-n77j
Lee Patterson, Ala. Bar No. asb-5482-e47p
Friedman, Dazzio, Zulanas & Bowling, Pc
3800 Corporate Woods Drive
Birmingham, Alabama 35242
T: 205-278-7000
F: 205-278-7001
jfriedman@friedman-lawyers.com
lpatterson@friedman-lawyers.com


    /s/ Gary A. Davis (w/permission)
Gary A. Davis, NC Bar No. 25976
(Pro Hac Vice)
James S. Whitlock, NC Bar No. 34304
(Pro Hac Vice)
DAVIS & WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

>Carl Allen Cole, III (ASB-1309-R75C)
>The Cole Law Firm, LLC
>P.O. Box 2064
>Decatur, Alabama 35602-2064
>T:  256-353-0550
>F:  256-353-0552
>carl@carlcolelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2018, a copy of the foregoing has been filed with the Clerk of Court and served upon all parties using the CM/ECF system.

Steven F. Casey
JONES WALKER LLP
1819 5th Ave North, Suite 1100
Birmingham, AL 35203
scasey@joneswalker.com

Christopher Yeilding
BALCH & BINGHAM, LLP
P.O. Box 306
Birmingham, AL 35201-0306
cyeilding@balch.com

Robert J. Shaughnessy
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, DC 20005-5901
bshaughnessy@wc.com

M. Christian King
Harlan I. Prater, IV
William H. Brooks
W. Larkin Radney, IV
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
cking@lfwlaw.com
hprater@lfwlaw.com
mbrooks@lfwlaw.com
lradney@lightfootlaw.com

Richard F Bulger
Tyler D Alfermann
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
rbulger@mayerbrown.com
talfermann@mayerbrown.com

Lloyd W. Gathings
GATHINGS LAW
2204 Lakeshore Drive, Suite 406
Birmingham, AL 35209
lgathings@gathingslaw.com

Timothy C. Davis
Heninger Garrison Davis, LLC
P.O. Box 11310
Birmingham, AL 35202
tim@hgdlawfirm.com

                                              */s/ Jeff Friedman*
                                              Of Counsel