# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, Individually, and TOMMY LINDSEY, LANETTE LINDSEY, and LARRY WATKINS, individually and on behalf of a class of persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>3M COMPANY, DYNEON, L.L.C., and DAIKIN AMERICA, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NUMBER<br>5:15-cv-01750-AKK |

## RESPONSE OF PLAINTIFFS TOMMY LINDSEY, LANETTE LINDSEY, AND LARRY WATKINS TO MOTION FOR SEPARATE TRIAL

Plaintiffs Tommy Lindsey, Lanette Lindsey, and Larry Watkins, individually and on behalf of a putative class of persons similarly situated, by and through their undersigned counsel, hereby respond to the motion of Plaintiff West Morgan-East Lawrence Water and Sewer Authority (WMEL) for a separate trial. The motion is Doc. 169. Plaintiffs Lindsey, Lindsey, and Watkins do not oppose the purpose of the motion, which is a separate trial for WMEL, and they recognize that other adjustments may be in order if separate trials are ordered.

　　Dated:　　　　March 30, 2019.

Respectfully submitted,

/s/ Christopher B. Hood
Christopher B. Hood (ASB-2280-S35H)
HENINGER GARRISON DAVIS
2224 First Avenue North
Birmingham, AL  35203
PH:  205.326.3336
tim@hgdlawfirm.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

*One of the Attorneys for Plaintiffs*
*Lindsey, Lindsey, and Watkins*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered counsel.

/s/ Christopher B. Hood
Christopher B. Hood