# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, et al.,** | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action Number |
| v. | ) ) ) | **5:15-cv-1750-AKK** |
| **3M COMPANY, et al.,** | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Tommy Lindsey, Lanette Lindsey and Larry Watkins' Unopposed Motion for Admission Pro Hac Vice of Kevin S. Hannon (Doc. 168) is **GRANTED**.

**DONE** this 22nd day of March, 2019.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**