UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) 3M COMPANY, DYNEON, L.L.C and DAIKIN AMERICA, INC., ) ) ) Defendants. ) | Case No. 5:15-cv-01750-MHH<br><br><br><br>CLASS ACTION<br>JURY DEMAND |

## **PLAINTIFFS' ERRATA**

Plaintiffs Tommy Lindsey, Lanette Lindsey, and Larry Watkins (collectively "Representative Plaintiffs") hereby notify the Court and the other parties of the errors identified below in the Third Amended Class Action Complaint they filed yesterday, May 6, 2019, for themselves and on behalf of a Class of other people similarly situated. Doc. 175. The errors, as identified, are corrected as follows in bold typeface:

1.     The title of the pleading is given incorrectly as "CONSOLIDATED INDIVIDUAL AND CLASS ACTION COMPLAINT." The title is hereby corrected to "**THIRD AMENDED CLASS ACTION COMPLAINT**." (The prior complaints are Docs. 1, 39, and 66.)

2. The first sentence of the pleading incorrectly refers to the pleading as the "Consolidated Complaint." The reference is corrected to "**Third Amended Class Action Complaint**."

3. Paragraph No. 84 contains scrivener errors and omissions, and due to those mistakes, the paragraph incorrectly reads: "Defendants' manufacturing, use, and disposal operations have discharged PFAS and related chemicals into the water supply and onto the properties of Plaintiffs and Class Members without their permission, constituting an invasion by foreign substance. These acts by the Defendants were intentional, and the Defendants knew or should have known that the acts would produce the trespass, *i.e.*, the invasion by foreign substance." The paragraph is corrected to read: "**Defendants' manufacturing, use, and disposal operations have discharged PFAS and related chemicals into the water supply and onto the properties of the Representative Plaintiffs and Class Members without their permission, constituting an invasion by foreign substance. These acts by the Defendants were intentional, and the Defendants knew with substantial certainty that the acts would produce the trespass, *i.e.*, the invasion by foreign substance. Specifically, the chemicals the Defendants have discharged and continue to discharge permeate the properties of the Representative Plaintiffs and Class Members. The chemicals remain on and in the properties, contaminating and degrading the soil, which is substantial**

**damage**."

Respectfully submitted this 7th day of May, 2019, by:

/s/ Christopher B. Hood
Christopher B. Hood (ASB-2280-S35H)
Timothy C. Davis (ASB-6834-D63T)
W. Lewis Garrison, Jr. (ASB-3791-N74W)
HENINGER GARRISON DAVIS
2224 First Avenue North
Birmingham, AL  35203
PH:  205.326.3336
tim@hgdlawfirm.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com

Kevin S. Hannon
(*pro hac vice*)
THE HANNON LAW FIRM, LLC
1641 Downing Street
Denver CO 80218
PH: 303.861.8800
khannon@hannonlaw.com

Of Counsel:

Carl Allen Cole, III
Ala. Bar No. asb-1309-r75c
The Cole Law Firm, LLC
P.O. Box 2064
Decatur, Alabama 35602-2064
T:  256-353-0550
F:  256-353-0552
carl@carlcolelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered counsel.

                                      /s/ Christopher B. Hood
                                      Christopher B. Hood