UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>3M COMPANY INC., et al., )<br><br>Defendants. ) | Case No. 5:15-cv-01750-AKK |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF WEST MORGAN-EAST LAWRENCE WATER AND SEWER AUTHORITY'S CLAIMS AGAINST DEFENDANTS 3M COMPANY, INC., AND DYNEON, LLC**

Plaintiff West Morgan-East Lawrence Water and Sewer Authority (the "Authority") has settled its claims against Defendants 3M Company, Inc. ("3M") and Dyneon, LLC ("Dyneon"). Accordingly, pursuant to the Federal Rules of Civil Procedure, the Authority, along with 3M and Dyneon, move this Honorable Court to enter an Order dismissing the claims of the Authority against said Defendants with prejudice pursuant to this Joint Stipulation of Dismissal, with those parties to bear their own costs and attorneys' fees.

This Motion does not affect the claims of Plaintiffs Tommy Lindsey, Lanette Lindsey and Larry Watkins (on behalf of themselves and a class of similarly

1

situated persons) against Defendants 3M Company, Inc., Dyneon, LLC, and Daikin America, Inc. All such claims are to remain pending.

Respectfully submitted this 10th day of May, 2019.

    */s/ Jeff Friedman*
Jeff Friedman, Ala. Bar No. asb-6868-n77j
Lee Patterson, Ala. Bar No. asb-5482-e47p
Friedman, Dazzio, Zulanas & Bowling, PC
3800 Corporate Woods Drive
Birmingham, Alabama 35242
T: 205-278-7000
F: 205-278-7001
jfriedman@friedman-lawyers.com
lpatterson@friedman-lawyers.com

Gary A. Davis, NC Bar No. 25976
(Pro Hac Vice)
James S. Whitlock, NC Bar No. 34304
(Pro Hac Vice)
DAVIS & WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

Carl Allen Cole, III
The Cole Law Firm, LLC
P.O. Box 2064
Decatur, Alabama 35602-2064
carl@carlcolelaw.com

**Attorneys for West Morgan-East Lawrence Water and Sewer Authority**

2

*/s/ M. Christian King*
M. Christian King
Harlan I. Prater, IV
William H. Brooks
W. Larkin Radney, IV
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
cking@lfwlaw.com
hprater@lfwlaw.com
mbrooks@lfwlaw.com
lradney@lightfootlaw.com

Richard F Bulger
Tyler D Alfermann
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
rbulger@mayerbrown.com
talfermann@mayerbrown.com

**Attorneys for 3M Company, Inc., and Dyneon, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10th, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Steven F. Casey
JONES WALKER LLP
1819 5th Ave North, Suite 1100
Birmingham, AL 35203
scasey@joneswalker.com

Christopher Yeilding
BALCH & BINGHAM, LLP
P.O. Box 306
Birmingham, AL 35201-0306
cyeilding@balch.com

Robert J. Shaughnessy
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, DC 20005-5901
bshaughnessy@wc.com

W. Lewis Garrison, Jr.
Timothy C. Davis
Christopher B. Hood
HENINGER GARRISON DAVIS
2224 1st Avenue North
Birmingham, AL 35203
lewis@hgdlawfirm.com
tim@ghdlawfirm.com
chood@hgdlawfirm.com

                                */s/ Jeff Friedman*
                                OF COUNSEL