# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WEST MORGAN-EAST LAWRENCE WATER, ET AL**, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) **Civil Action Number 5:15-cv-01750-AKK** |
| **3M COMPANY, ET AL,** | ) ) ) |
| Defendants. | ) |

## ORDER

Daikin America, Inc.'s unopposed motion for extension of time, doc. 178, is **GRANTED.** Daikin's responsive pleading to the Class Plaintiff's Amended Complaint is due **June 3, 2019.**

**DONE** the 16th day of May, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE