# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WEST MORGAN-EAST LAWRENCE WATER, ET AL**, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **Civil Action Number**<br>) **5:15-cv-01750-AKK**<br>) |
| **3M COMPANY, ET AL,** | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Consistent with the Joint Stipulation of Dismissal, doc. 177, West Morgan-East Lawrence Water and Sewer Authority's claims against 3M Company, Inc. and Dyneon, Inc. are **DISMISSED WITH PREJUDICE**. The parties to bear their own costs and attorneys' fees. Accordingly, the Motion to Sever, doc. 169, is **MOOT**. The claims of Plaintiffs Tommy Lindsey, Lanette Lindsey and Larry Watkins (on behalf of themselves and a class of similarly situated individuals) against Defendants remain unaffected and pending.

**DONE** the 16th day of May, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE