FILED
2019 Sep-19  AM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS**, individually and on behalf of a Class of persons similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**3M COMPANY,** *et al.*,<br><br>**Defendants.** | Case No. 5:15-cv-01750-AKK |

### MEMORANDUM OF DEFENDANT DAIKIN AMERICA, INC. IN OPPOSITION TO JOINT MOTION OF PLAINTIFFS AND 3M COMPANY TO EXTEND CERTAIN PRETRIAL DEADLINES

Defendant Daikin America, Inc. ("DAI") opposes the joint motion requesting extension of pretrial deadlines by approximately 60 days (ECF No. 191) for the following reasons.

1. DAI believes the surest path to a resolution of this case is for the parties to brief the question of class certification under the current schedule. The property damage and battery ("mental anguish") claims in this case are manifestly unsuited for certification as a litigation class, and the sooner the Court so rules, the

sooner the case will be resolved.  At any rate, any settlement discussion among the parties can continue while the parties operate under the current schedule.

2. Further, DAI has serious concerns about the proposed new schedule. Under the current schedule (ECF No. 174), Plaintiffs are to file their motion for class certification on September 30, with Defendants' oppositions due on October 30.  Between those two filings, Defendants must depose any fact and expert witnesses Plaintiffs rely upon to support their motion (*id.* ¶ 12).  It seems likely that Plaintiffs will rely upon at least the three named plaintiffs and multiple experts.  Deposing all of those people *and* preparing a response to Plaintiffs' motion for certification—a major piece of drafting—is a substantial amount of work for Defendants to accomplish in 30 days.

3. As a practical matter, the new proposed schedule shortens the available time for discovery in support of the class certification briefing even further, due to the holidays. The new proposed schedule calls for Plaintiffs to file their motion for certification on December 3 and for Defendants to file their oppositions on *January 6—the third business day after New Year's Day*.  There are two major problems with this.  First, experience shows that it is basically impossible to schedule depositions (especially of third-party experts) in the last two weeks of December, so the time available for inter-briefing discovery is essentially cut in half from what it is already a tight time frame under the current

schedule.  Second, a major brief like an opposition to a motion for class certification (which motion Plaintiffs have had many months to prepare) does not get written in a few days.  The proposed new schedule guarantees that lawyers for both 3M and DAI will have to devote all or most of the holidays to working on the oppositions.  If the Court is inclined to extend the due date for Plaintiffs' motion for certification to December 3, the due date for Defendants' oppositions should not be earlier than January 31.

WHEREFORE, DAI respectfully requests that the Court deny the motion for extension.

Respectfully submitted,

*/s/ Christopher L. Yeilding*
One of the Attorneys for Defendant
Daikin America, Inc.

**OF COUNSEL:**

Steven F. Casey
JONES WALKER LLP
420 20th Street North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 244-5200

Christopher L. Yeilding
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 226-8728
Facsimile: (205) 488-5663

3

Robert J. Shaughnessy
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, DC 20005-5901
Telephone: (202) 434-5564
Facsimile: (202) 434-5029

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2019, I filed the foregoing via the CM/ECF System which will provide notice to the following counsel of record:

M. Christian King
Harlan I. Prater, IV
W. Larkin Radney, IV
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Richard F. Bulger
Tyler D. Alfermann
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606

Timothy C. Davis
W. Lewis Garrison, Jr.
Christopher B. Hood
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
Birmingham, AL 35203

Kevin Hannon
THE HANNON LAW FIRM, LLC
1641 Downing Street
Denver, CO 80128

*/s/ Christopher L. Yeilding*
_____
Of Counsel