# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| TOMMY LINDSEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action Number<br>**5:15-cv-01750-AKK** |

## ORDER

The Joint Motion to Extend Certain Pretrial Deadlines, doc. 191, is **GRANTED**. The pretrial deadlines are **SET** as follows:

Fact Discovery cut-off: March 1, 2020

Plaintiffs' expert disclosures: January 6, 2020

Defendants' expert disclosures: February 17, 2020

Expert Discovery cut-off: March 30, 2020

Plaintiffs' Class Certification Motion: December 3, 2019

Defendants' Response to Certification: January 6, 2020

Plaintiffs' Reply to Class Certification: January 20, 2020

Dispositive Motions: April 30, 2020

**DONE** the 1st day of October, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE