FILED
2019 Dec-03  PM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6



FATE OF FLUOROCHEMICALS - PHASE II

Prepared by:

Environmental Laboratory (EE & PC)

E. A. Reiner, Editor

May 20, 1983

**Exhibit 1282**

State of Minnesota v. 3M Co.,
Court File No. 27-CV-10-28862

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052935

## ACKNOWLEDGMENTS

This proposal represents the combined efforts of many persons throughout 3M, particularly past and present members of the Environmental Laboratory Staff.

Special thanks are extended to Commercial Chemicals, Agricultural Products, Riker Laboratories, Central Research Analytical Services, and 3M Toxicology for sharing with us pertinent information from their experience on selected fluorochemicals. We apologize for any misquoted information or incorrect interpretations which may have crept into the final proposal.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052936

-ii-

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| ABSTRACT | | 1 |
| ORGANIZATION OF REPORT | | 1 |
| I. | INTRODUCTION | 3 |
| | A.  Background | 3 |
| | B.  Remaining Environmental Concerns | 4 |
| | C.  Timing | 6 |
| | D.  Costs | 6 |
| II. | FLUOROCHEMICAL RISK ASSESSMENT | 7 |
| III. | COMMON CONCERNS WITH 3M FLUOROCHEMICALS | 10 |
| | A.  Structure Activity Relationships | 10 |
| | B.  Field Studies | 20 |
| | C.  Incineration | 27 |
| IV. | ENVIRONMENTAL PROPERTIES OF FLUOROCHEMICAL CLASSES | 29 |
| | A.  Inert Liquids | 29 |
| | B.  Low MW Acids and Their Salts | 34 |
| | C.  Surfactants | 36 |
| | D.  Phosphates | 55 |
| | E.  Alcohols | 58 |
| | F.  Acrylates | 69 |
| | G.  Urethanes | 77 |
| | H.  FLUOREL® and KEL-F® Polymers | 81 |
| | I.  Catalysts | 82 |
| V. | SUMMARY | 83 |
| REFERENCES | | 93 |
| APPENDIX I - AQUATIC TOXICITY RANKING SYSTEM | | A-1 |
| APPENDIX II - KEY TO CHEMICAL PRODUCTS DISCUSSED IN REPORT | | A-2 |
| APPENDIX III - NEEDS FOR $^{14}$C-RADIOLABELED FLUOROCHEMICALS | | A-6 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052937

-1-

FATE OF FLUOROCHEMICALS - PHASE II

ABSTRACT

This report reviews the Environmental Laboratory's knowledge through the end of 1982 of the environmental behavior of 3M fluorochemicals and proposes areas of further study necessary to resolve important unanswered questions.

ORGANIZATION OF REPORT

The arrangement of the report is as follows:

    I.   INTRODUCTION.  This section covers four areas: A) Background, B) Remaining Environmental Concerns, C) Time, and D) Cost requirements of the proposal.

   II.   FLUOROCHEMICAL RISK ASSESSMENT.  The reader is introduced to the basic approach and thought processes used by the Environmental Laboratory in assessing the environmental risks of fluorochemicals and the need for such study.

  III.   COMMON CONCERNS WITH 3M FLUOROCHEMICALS.  This section is divided into 3 parts:

        A.   Structure-Activity Relationship.  This part addresses the need to develop capabilities which will enable prediction of the environmental behavior of fluorochemicals from structure and physical properties measurements rather than expensive laboratory and field testing.

        B.   Field Studies.  This part discusses a proposal to perform on-site studies to evaluate actual environmental concentration and fate of selected fluorochemicals.  The section emphasizes the need to compare field study data with laboratory data predictions.

        C.   Incineration.  This part describes the need to determine experimentally whether fluorochemicals produce toxic combustion by-products at levels that could have significant effects on the surrounding environment.

   IV.   ENVIRONMENTAL PROPERTIES OF FLUOROCHEMICAL CLASSES.  This extensive section reviews existing environmental data and assessment needs for each of the following fluorochemical groups:  A.  Inert Liquids; B.  Low Molecular Weight Acids and Their Salts; C.  Surfactants; D.  Phosphates; E.  Alcohols; F.  Acrylates; G.  Urethanes; H. the FLUOREL® and Kel-F® polymers; and I.  Catalysts.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052938

-2-

Each of the above fluorochemical groups (A through I) are further divided into two parts entitled:

1. <u>Background</u>:  An examination of current understanding of physical properties, degradability, and bio-effects for each fluorochemical group.

2. <u>Recommended Testing</u>:  Proposals for further studies needed in order to fill important gaps in present knowledge.  Decision points, expected test output, and priorities are included.

V.  SUMMARY.  This section reviews in tabular form the proposed work and cost for this Part II of the Fate of Fluorochemicals Study.

VI.  REFERENCES.  A list of cited 3M internal reports and published literature reports.

Four appendixes follow the report:

<u>Appendix I</u>:  The NIOSH Aquatic Toxicity Ranking System.

<u>Appendix II</u>:  "Key to Chemical Products Discussed in the Report."  This appendix provides the class, chemical code name, and structure or formulation of chemical products mentioned in the report text.

<u>Appendix III</u>:  "Needs For $^{14}$C-Radiolabeled Fluorochemicals."  It lists the proposed tests which require, or would be simplified by, using radiolabeled fluorochemicals.  The section addresses test priorities, the preferred placement of the radiolabel on the fluorochemical, and the importance of having radiolabeled material for each recommended test.  The appendix also references the location of the proposed test in the report.

<u>Appendix IV</u>:  Article from the <u>Chemical Regulation Reporter</u> showing the importance of structure activity relationships to the U.S. EPA chemical assessment program.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052939

-3-

I. INTRODUCTION

A. Background

The Environmental Laboratory has a considerable amount of environmental test data on 3M fluorochemicals. This work consists primarily of environmental screening tests on Commercial Chemicals Division products and a previous (Part I) "Fate of Fluorochemicals" study*.

Nearly all Commercial Chemicals Division liquid and low molecular weight fluorochemical products have been subjected to environmental screening studies. In most cases, these studies determined 1) the concentrations of fluorochemicals which cause acute lethality to fish (96-hr. $LC_{50}$); 2) laboratory BOD/COD tests determined the portion of the product that microorganisms can degrade readily; and 3) for sewered fluorochemical products, microbial bioassays determined the levels which inhibit waste treatment microorganisms.

In the Part I study, more extensive laboratory studies were done to further evaluate the environmental effects of selected fluorochemicals [1,2,3]. Data from this study are summarized in Table 1, and the main body of this present report references and discusses these data in greater detail as background information for the Fate of Fluorochemicals Study Part II.

The major general findings of the Fate of Fluorochemicals Program Part I and other field and laboratory studies on fluorochemicals performed over the last three years are:

1. Fluorochemicals have some common characteristics. The most environmentally significant is their greater resistance, compared to their hydrogen or other halogen analogs, to degradation through chemical, biochemical, and photochemical mechanisms. Some of this stability appears to extend to the nonfluorinated portions of fluorochemical molecules. This stability is due to the inherent strength of the

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* The Environmental Laboratory conducted the Fate of Fluorochemicals Study Part I from 1976 through 1979. Four fluorochemical products (FC-95, FC-143, FC-807, and FM-3422) were examined in some detail and several 3M technical reports were written. The present proposal references many of these earlier technical studies. The Environmental Laboratory wrote comprehensive reports on three of the four chemical products [1,2,3]. Analytical difficulties--which now have been solved [4,5]--stymied the work on FC-807.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052940

-4-

carbon-fluorine bond and is probably enhanced by the hydrophobicity of the perfluorinated portions of 3M fluorochemicals. This hydrophobicity would be expected to repel water from the fluorochemical molecules so that hydrolysis and degradation by enzymes is minimized.

2. Most 3M fluorochemicals exhibit low orders of toxicity to aquatic organisms in both acute and subchronic tests.  Some fluorochemical surfactants, however, have been found to be exceptions.  *FC-95* ~~EAI-80021~~, for example, was moderately toxic to fathead minnows in critical life-stage studies[6]. It should be noted, however, that a majority of commonly used nonfluorinated surfactants are also moderately toxic in acute aquatic tests [7].

3. The fluorochemical alcohol, FM-3422, has very low water solubility, a high octanol-water partition coefficient, and tends to concentrate in the lipid portions of fish[8,9].

4. Regression analysis of experimental soil sorption coefficients and water solubilities of four 3M fluorochemicals shows that these two parameters correlate well with the same regression equation derived for nonfluorinated organics[10].  This suggests that some of the classic structure-activity relationships for physical properties also may be applicable to fluorochemicals.

5. Preliminary field studies at Decatur demonstrated that the soil environmental compartment receives the highest concentration of fluorochemicals from the application of wastewater treatment sludge.  A laboratory analysis showed sludge to contain 730 ppm of organic fluorine[11,12].  In comparison, fluorochemicals entering the Tennessee River in wastewater effluent were present at 10.9 ppm organic fluorine, but the volume of the effluent is 200 times that of the sludge [13].

B.  **Remaining Environmental Concerns**

Major environmental questions which were not addressed during the Fate of Fluorochemicals Study Part I or which have surfaced since 1979, include:

1. What are the environmental fate and effects of fluorochemical polymers?

2. What is the applicability of SAR (Structure Activity Relationship) estimation techniques to fluorochemicals?

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052941

-9-

TABLE 1

DATA ON FLUOROCHEMICALS INCLUDED IN
FATE OF FLUOROCHEMICALS STUDY PART I   3M "CONFIDENTIAL"

| PRODUCT | EAI 80021 | LR 5625 | LR 3844-4 | cc 795-23 |
|---|---|---|---|---|
| STRUCTURE | $C_8F_{17}SO_3^-K^+$ | $C_7F_{15}CO_2^-NH_4^+$ | $C_8F_{17}SO_2N(Et)C_2H_4OH$ | $[C_8F_{17}SO_2N(Et)C_2H_4O]_2PO_2^-NH_4^+$ |
| MW | 538 | 431 | 571 | 1221 |
| **PHYSICAL PROPERTIES** (Room Temp) | | | | |
| Aqueous solub., mg/l: | 1080 | $>5x10^5$ | 0.05, 0.16 | -- |
| Octanol-Water Part., log $K_{OW}$: | | | 6-7 | -- |
| Vapor Press.: | -- | Unknown[a] | Unknown[a] | -- |
| Soil Adsorp., $K_{OC}$: | 45 | 17 | 1500 | -- |
| Soil TLC: | Inconclusive | Inconclusive | No mobility | |
| **DEGRADATION** | | | | |
| Chemical Hydrolysis: detected | -- | -- | Hydr. to EAI 80021 in alcoholic KOH ($T_{1/2}$=77 hrs.) | No reaction at pH 3-12.3 and 45°C for 24 hrs. |
| Photochemical, in solution: adsorbed to soil: | None[b] | None[b] | None[b] Inconclusive results | |
| Biological, Shake flask: Warburg: | None (2 1/2 month) None-3 hrs. | None (2 1/2 month) | None (3-month)[c] Probably none | Inconclusive |
| SCAS[d]: | -- | -- | None (7-day) | |
| BOD20: | None | None | | Probably none[e] |
| **EFFECTS** | | | | |
| Fish, 96-Hr. $LC_{50}$, mg/l, Fathead: Bluegill: Trout: | 38 68 11 | 766 569 -- | $>0.1$[f] -- -- | $>3600$ mg/l -- -- |
| 30-Day Subchronic $MTC^g$, mg/l, Fathead egg-fry | 1.9 | >100 | >.0013 | |
| Bioconcentration, | Residue detected qualitatively in fish placed in Decatur effluent. | -- | In lab studies fish accumulated 200-600 times aqueous conc. Fish placed in Decatur effluent accumulated 7 ppm. | |
| Daphnia 48-Hr. $LC_{50}$, mg/l: | 50 | 632 | $>0.1$[d] | -- |
| Algal 14-day $EC_{50}$, mg/l, cell weight: | 146 | 73 | $>0.1$[d] | -- |
| cell count: | 95 | 43 | -- | |
| Microbial, mg/l: | No inhibition of activated sludge respiration rate at 4000 mg/l | No inhibition of act. sludge respiration rate at 1000 mg/l | No effect on wastewater treatment at 0.1 mg/l[d] | No effect on wastewater treatment at 1200 mg/l |

Footnote:

(a) Steam distills.
(b) Study done in DI water at >300 nm
(c) Slight $O_2$ uptake was observed but no degradation products found.
(d) SCAS – Semicontinuous Activated Sludge.
(e) Masked by degradation of isopropanol.
(f) The limit of compounds solubility.
(g) MTC – Minimum Threshold Concentration

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order in Palmer v. 3M, No. C2-04-6309

3MA10052942

-6-

3.  What is the fate of fluorochemicals in soil systems?

4.  What are the chronic effects on biota from exposure
    to realistic environmental concentrations?

This proposal explores areas where further study is
needed and outlines a three-year systematic testing
program to address these issues within a modest budget.
These further studies are needed so that 3M can continue
to ensure the long-term environmental safety of its
fluorochemical-containing products.

The refractory nature (i.e., persistence) of
fluorochemicals identifies them as potential candidates
for environmental regulations, including further testing
requirements under laws such as the Toxic Substances
Control Act, the European Communities' Sixth Amendment,
or Japan's Chemical Control Law.

C.   Timing

The study will be conducted over a three-year period,
with field studies requiring the greatest amount of
elapsed time.  Specific items are given priority ratings
from I to III indicating importance and the order in
which the program will progress.

D.   Costs

The total cost of the study over the three-year period is
estimated to be three to four man years (approx.
$300,000).  For a summary listing of projected costs by
test type and priority, see Table 14 in the summary
section (V).  Table 15, also in the summary, is a
schedule by quarter of proposed work and costs.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052943

-7-

**3M "CONFIDENTIAL"**

## II. FLUOROCHEMICAL RISK ASSESSMENT

This section introduces the reader to the processes used in assessing the environmental risk of chemicals in general and 3M fluorochemicals in particular.

The evaluation of the environmental impact of a chemical starts with basic questions on what a chemical will do in the environment. These basic questions lead to more specific questions about the chemical's environmental impact based on our understanding of the properties and ecological interactions of this chemical and chemicals in general.

The most important basic question is: Will a chemical harm any life? This question leads to two others: What concentration of a chemical causes harm; and to what concentration will various plants and animals be exposed in the environment? Laboratory tests (bioassays) can be performed to determine what levels cause harm to selected species, but in order to answer how much exposure will occur, many additional questions must be answered. How much will be produced? How much will be disposed and how? Is the chemical sorbed by sediment? Do animals or plants bioconcentrate the chemical? Does the chemical partition mainly into air, water, or soil? Does the chemical degrade readily? and so on. The answers to these questions sometimes lead to yet other questions that can be answered experimentally. For instance, one may know that a chemical degrades in the environment but not know the major routes of degradation. Does it photodegrade? Is it chemically oxidized? Can it biodegrade, or can it hydrolyze? There are laboratory tests to evaluate the probability of each of these possibilities.

A full list of possible questions is quite long, but the length can be shortened in two ways. First, testing is done in an orderly progression so that the results of the first tests performed indicate which tests are not appropriate in the next round of tests (i.e., tier or sequential testing schemes). As properties of a chemical are elucidated, we can see that certain other tests are inappropriate. For instance, if we find that a chemical will rapidly and completely degrade, there is likely no need to perform bioaccumulation tests.

The second way of thinning a list of chemical questions or tests is by using "structure activity relationships" (SAR). This is a technique scientists use to say that chemical, physical, and biological properties depend, in a predictable way, upon the molecular structure. If we understand these relationships, we can predict relevant properties from the structure. This science is being used more and more frequently by both industry and regulatory bodies in environmental risk analysis.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052944

-8-                    **3M "CONFIDENTIAL"**

Structure activity relationships are derived from empirical
observations or theoretical concepts. Equations written to
describe these observations or theories are then used to
predict properties of untested chemicals falling within the
structural limits of the system. Additional chemicals are
then tested to validate and refine the relationships.

Tests and observations used in environmental studies range
from simple laboratory measurements to field tests and
observations. Field studies are a real-world luxury for
environmental scientists, but in the case of fluorochemicals,
an important opportunity exists to back up laboratory tests
and predictions with field observations on a unique class of
proprietary chemicals. The combination of field and
laboratory measurements gives a much more convincing
appraisal of what the environmental impact really is--or is
not.

Importantly, prudent testing of new chemicals as they evolve
can help minimize, but never entirely eliminate, future
testing of structurally related chemicals. Careful planning
can yield a proper and complete testing program that will
answer basic questions about the chemical of immediate
concern and build a basis to make predictions about the
behavior of similar chemicals produced in the future.

In the case of fluorochemicals, structural considerations and
test results to date give rise to concern for environmental
safety. For example:

-   Fluorochemicals are halogenated organics and for this
    reason may be linked in the minds of regulators with
    chlorinated and brominated compounds that have caused
    problems in the past (e.g., PCB, PBB, DDT, etc.).

-   Fluorochemicals are even more resistant to degradation
    than chlorinated and brominated chemicals.

These concerns give rise to legitimate questions about the
persistence, accumulation potential, and ecotoxicity of
fluorochemicals in the environment.

These questions and concerns should be answered for at least
two reasons. First, where there is "smoke" (structural and
stability similarities with known hazardous chemicals) there
eventually will be a high level of concern from regulators
and the public. 3M needs to have sound answers at hand with
which we can respond to these concerns, questions, and
possibly inaccurate accusations.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052945

**1282.0011**

-9-                                    3M "CONFIDENTIAL"

Second, the properties of fluorocarbons appear to be unique.
They often do not act as other halocarbons do.  In other
words, the current structure activity relationships may or
may not apply.  In fact, it appears that 3M fluorochemicals
pose very little problem compared with other halocarbons, and
are environmentally "sound."  But since these observations
are contrary to many predictions, the hard data needed to
support such a contention must be of the highest quality and
more extensive than normal.  Proper testing can strengthen
the contention that our products are environmentally sound,
or it can enable us to identify problems as soon as possible.
Showing that our products are environmentally sound could
have a beneficial marketing effect, and finding problems
early can help 3M avoid potentially costly environmental
problems and adverse publicity.

The potential application to new products or manufacturing
process of reliable property values and relationships should
not be overlooked as a by-product of this type of
characterization program.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052946

-10-

III.   COMMON CONCERNS WITH 3M FLUOROCHEMICALS

This section deals with concerns that apply to all 3M
fluorochemicals.  It is divided into 3 parts:  A.
Structure-Activity Relationships.  Presents use of SAR and
proposes the development of further capabilities with
fluorochemicals; B. Field studies.  This subsection describes
the minimal field data now available on 3M fluorochemicals
and proposes further study at and surrounding the Decatur
plant site; and C. Incineration.  Gives existing information
and questions concerning the incineration of 3M
fluorochemicals.

A.   Structure Activity Relationships

   1.   Background

State-of-the-art environmental risk assessment
procedures use models to predict the mobility of
chemicals and their concentrations in various
environmental compartments.  Most of these models are
mathematical simulations of representative
environmental systems and scenarios which require
inputs of physical, chemical, and biochemical
properties, which include aqueous solubility,
octanol-water partition coefficient, vapor pressure,
soil organic matter adsorption coefficient, and
chemical, biochemical, and photolytic degradation
rates.  Figure 1 illustrates the types of movement
between environmental compartments which are
frequently modeled in risk assessment procedures.

In the absence of laboratory data, these chemodynamic
properties can be estimated by structure activity
relationships (SAR).  While SAR provides a quick and
economical method of estimating the chemical
properties needed for environmental modeling, the
applicability of existing SAR methods to the 3M line
of fluorochemicals has not been validated.  The
current literature does not have sufficient
information to defend using existing SAR approaches
with perfluorinated chemicals, so SAR applications to
3M fluorochemicals are suspect.

The U.S. EPA is actively engaged in developing SAR
estimation-mathematical modeling for the purpose of
predicting the environmental behavior of chemicals.
The extent of EPA commitment to SAR was clearly
illustrated in a letter from the EPA's Assistant
Administrator for Pesticides and Toxic Substances to
the Department of State.  In this letter, he states
that physicochemical information is more readily and
more accurately developed by existing Office of Toxic

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052947

-12-

Substances QSAR (Quantitative Structure Activity
Relationship) methodologies than by the MPD (Minimum
Premarket Data Base) measurements prescribed by the
EEC 6th Amendment (14). Additional information on
the importance of SAR to the U.S. EPA can be found in
Appendix IV.

Since EPA can be expected to be concerned eventually
with the risk and hazard of fluorochemicals, they are
likely to apply data generated by these SAR methods
to mathematical models to predict the environmental
fate and effects of 3M (and other) fluorochemicals.
Since the applicability of this approach to
fluorochemicals is not validated, development of
sufficient scientific knowledge is necessary to
identify the true risks and to refute any inaccurate
risk assessment which could affect 3M
fluorochemicals.

The development of SAR predictive capabilities for
fluorochemicals should also have utility to 3M in
areas other than environmental, e.g., the design of
perfluorinated structures with unique properties
required for processing, product formulation, or new
product development.

2.   Objective

The objective of this proposed work will be to
determine the applicability of SAR methods to 3M
fluorochemicals, and, if necessary, obtain new data
for SAR development.  In this respect, two stages of
structure activity analysis are of primary interest:

   1)   The use of equations interrelating
        properties; and
   2)   The estimation of physical properties from
        molecular structure.

SAR studies on fluorochemicals are complicated by the
remarkable differences in physical-chemical
properties between the fluorochemicals and other
organic chemicals.  The simplest method for aqueous
solubility measurement(15,16) uses HPLC quantitation,
which will not be effective for the fluorochemicals,
since most 3M fluorochemicals have no strong
chromophores for UV detection.  Alternative
analytical methods, such as GC or total fluorine
analysis, will require an extraction step.  A more
important potential problem involves the expected
difficulty in getting pure samples of
fluorochemicals.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052948

-13-

The two-phase proposal has been designed to most rapidly and efficiently examine SAR application to fluorochemicals.  The phases are:

Phase I:  Evaluate existing, empirically derived SAR application to fluorochemicals.

Phase II:  Derive new SAR for fluorochemicals

3.   Phase I

Phase I will permit us to test the validity of applying existing SAR to 3M fluorochemicals without requiring method development or getting pure fluorochemical samples.

SAR procedures are most commonly derived as empirical relationships, which are applied to estimating properties of unknown substances.  Extrapolation of an SAR to a new series of substances remains highly suspect until it can be validated.  Such validation can be achieved by empirical methods, which requires physical property measurement by theoretical arguments or by a combination of the two.

This first phase will test application of the well-known SAR between octanol/water partition coefficient, $K_{OW}$, and aqueous solubility, $S_W$, for non-electrolyte solutes[10,15,16,17,18,19].  This relationship is given by Equation 1a for pure liquids and by Equation 1b as a general expression for pure crystalline solids as well as liquids.

$$\log K_{OW} = A \log S_W + C \qquad\qquad 1a$$
$$\log K_{OW} = A \log S_W + B\ (mp-25) + C \qquad 1b$$

In these equations, mp is the melting point in °C of a crystalline solid or 25 for a liquid, and A, B, and C are constants derived from linear regression analysis.

These equations were empirically developed using linear regression analysis on $K_{OW}$ and $S_W$ data.  The data base from which the equations were derived did not include any good analogs of 3M fluorochemicals. Subsequent publications[15,16,17,20,21] have demonstrated a thermodynamic basis for this SAR, in which Equation 1 is explained by the activity coefficients for the solutes in octanol (  o) and water (  w).  For this description, we have selected the Mackay treatment[20], Equations 2 and 3, in which   o and   w are expressed on a molar basis.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052949

-14-

$$K_{OW} = 0.115 \; \frac{w}{o} \tag{2}$$

$$S_W = 55.5 \; \frac{(f/fR)}{w} \tag{3}$$

In these equations, $f/f_R$ is the fugacity ratio for the pure solute to the liquid reference state ($f/f_R$ = 1 for liquids). The fugacity of crytalline solids is less than 1. Its $f/f_R$ ratio can be estimated by means of its melting point. Combining Equations 2 and 3 yields Equation 4 for pure liquid solutes.

$$\log K_{OW} = -\log S_W -\log \; o + \log M_O \tag{4}$$



The Mo in this equation is the molarity of octanol in itself (6.36 moles/liter).

If o remains constant, then a log $K_{OW}$ vs. log $S_W$ correlation, as given by Equation 1a, will have a slope, A, equal to -1, which empirical regression analysis on nonfluorochemicals confirms. The melting point term in Equation 1b accounts for the difference in fugacities of the solute as a solid and as a liquid (the defined reference state). Any series of solutes where o varies will not yield the linear regression expressions of Equation 1. since 3M fluorochemicals are not miscible with octanol, nonideal behavior and a wide variation in their octanol activity coefficients, o, can be expected. These arguments ultimately predict that the existing SAR defined by Equation 1 will not apply to 3M fluorochemicals.

Amidon and Williams offered Equation 4a as a general relationship for relating aqueous solubility to octanol/water partition coefficient (22). They derived this equation from thermodynamic relationships for the following sequence: solid melted to supercooled liquid; supercooled liquid dissolved to yield an octanol solution; solute partitioned from octanol solution into aqueous solution. This equation uses the solubility parameter, _, for the organic solute as a means of estimating its activity in octanol. Since this equation might be valid for nonionic fluorochemicals, it should be tested.



$$\log K_{OW} = -\log S_W - 7.3 \times 10^{-4} \; S_F \; (mp-25)$$
$$-7.3 \times 10^{-4} \; (V_2 \; (10.3^- \;)2 + 0.8 \tag{4a}$$

In this equation, $S_F$ is the entropy of fusion, $V_2$ is the molar volume and   is the Hildebrand solubility parameter for the substitute.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052950

-15-

To avoid the need for pure fluorochemical isomers and methods development that are prerequisite to the direct study of the relationship between $K_{OW}$ and $S_W$ for fluorochemicals, an alternative approach is proposed. This approach will examine aromatic hydrocarbon partitioning between water and fluorochemical solvents by means of Equation 5, which can be derived by the Mackay approach[20,21].

$$\log K_{FW} = -\log (f/f_R)S_W - \log \gamma_F + \log M_F \qquad (5$$

Here, $K_{FW}$ is the fluorochemical solvent-water partition coefficient, $\gamma_F$ is the solute activity coefficient in the fluorochemical solvent, and $M_F$ is the molarity of the fluorochemical solvent in itself. A nonlinear relationship for $K_{FW}$ vs. $S_W$ regression would be evidence that $\gamma_F$ for aromatic hydrocarbons would not be constant. If $\gamma_F$ varies for a series of hydrocarbon solutes, then $\gamma_o$ for a perfluorochemical series analogous to the fluorochemical solvent is expected to also vary. This would support the concept that Equation 1 will not be valid for 3M fluorochemicals[23].

Two procedures for $K_{FW}$ measurement are being considered. They are the standard shake flask method or preferably the new column generator technique developed by the National Bureau of Standards [15,16,17]. The fluorochemical solvents selected should provide a reasonable estimate of the behavior of 3M fluorochemical types ranging from fluorochemical inert liquids to fluorochemical alcohols. We have selected as the preliminary candidate solvents: 1) perfluorooctane; 2) 1,1,2,2-tetrahydroperfluorooctanol from DuPont ($C_6F_{13}C_2H_4OH$); and 3) N-Et FOSE alcohol (FM-3422), which is a solid. This series of fluorochemicals, however, does not cover fluorochemicals which ionize in water, such as EAI 80021. Either measurement technique (shake flask or generator column) could be applied to the liquid fluorochemicals, but the solid, FM-3422, would require the generator column approach. We will select aromatic hydrocarbons from Table 2. This table comes from the National Bureau of Standards studies of octanol-water partitioning and aqueous solubility. We expect to choose about 10 solutes, based upon statistical needs.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052951

-18-

The following table summarizes the anticipated
scheduling and manpower for the work proposed in
Phase I:

| Function | Man-hours |
|---|---|
| Setup time | 50-80 |
| Analytical method development | 50-70 |
| System testing and range finding | 50-70 |

Partition measurements using approximately ten
solutes for each solvent:

| | |
|---|---|
| 1) Perfluorooctane | 125-200 |
| 2) 1,1,2,2-tetrahydro-perfluorooctanol | 100-150 |
| 3) FM-3422 | 70-100 |
| Total Phase I | 445-670 |

4. Phase II

As described above, SAR refers to both molecular
substituent factor analysis for estimating
physical-chemical properties (24,25,26,27) and
correlation equations which relate two or more
physical-chemical properties (18,19,21,28-37). Both
approaches will require a data base of laboratory
measurements to which standard regression analyses
are applied to yield the SAR.

The objectives of this phase will depend upon the
observations in Phase I and a literature review. It
is anticipated that the SAR development will include
estimating perfluorochemical fragment substituent
constants for one or more key physical-chemical
properties, such as $K_{ow}$, $S_w$, and vapor pressure, and
making interproperty correlations, such as $K_{ow}$ vs. $S_w$
or soil organic matter sorption coefficient, $K_{oc}$ vs.
$S_w$.

The study will gather available data in the
literature and from within 3M on the aqueous
solubility, vapor pressure, octanol-water partition
coefficient, and soil-water partition coefficient of
fluorochemicals. When necessary, laboratory
measurements will be made to fill in the gaps. It is
anticipated that such measurements will be more
accurate than in previous studies since attempts will
be made to use test chemicals which exist as single
isomers rather than products which are mixtures of
structural and molecular weight isomers.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052952

-19-

Correlations will then be made between measured fluorochemical properties, comparing them with those published in the literature for other types of organic compounds.  Examples of relevant published correlations are those of vapor pressure and water solubility by Amidon and Anik (28); of aqueous solubility and partition coefficient by Banerjee et al (21); and of partition coefficient and biosorption partition coefficient developed by Steen and Karickoff(37).

If correlations between the physical chemical and chemodynamic properties of fluorochemicals are strong, the developed estimation approach will be applied to existing literature data and to actual 3M fluorochemicals.  Attempts will also be made to derive substituent constants for important 3M fluorochemical groups such as $C_8F_{17}-$.  Values of properties estimated by this approach will be compared with measured properties for validation.

The following is an estimated work load for Phase II. It anticpates the derivation of $C_8F_{17}$, $CF_3$ and $CF_2$ fragment constants for the Hansch and Leo approach to $K_{ow}$ estimation and the derivation of correlation equations between $K_{ow}$ vs. $S_w$ and $K_{oc}$ vs. $K_{ow}$ or $S_w$.

| Function | Man-hours |
|---|---|
| Substituent constants, $K_{ow}$ | |
| Literature review | 35-50 |
| Property measurement | 300-400 |
| Statistical analysis | 20-25 |
| | |
| Correlation equations | |
| Literature review | 5-10 |
| Property measurements | 250-350 |
| Statistical analysis | 20-25 |
| | |
| $K_{oc}$ vs. $K_{ow}$ or $S_w$ | |
| Method development for $K_{oc}$ measurement | 200-300 |
| $K_{oc}$ measurements | 250-350 |
| Statistical analysis | 20-25 |
| | |
| Total Phase 2 | 1100-1535 |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052953

-20-

B.  Field Studies

1.  Background

The purpose of field studies is to determine what
happens to chemicals in the real world.  The results
often confirm, but sometimes refute, laboratory
predictions, and they often uncover unpredictable
phenomena.  In other words, field studies determine
where in the environment chemicals accumulate, how
they move in the environment, and whether or not they
cause any adverse effects.

In evaluating the fate and effects of substances, a
field study is extremely valuable but rarely
practical.  Such studies are frequently too costly to
be justified for low volume chemicals.  Release may
be too widespread to allow for easy monitoring, or in
the case of new chemicals, sufficient field release
to allow detection may not have occurred.

The uncontrolled nature of field studies also
presents potential problems.  Unrelated natural or
man caused factors may complicate data
interpretation.  For example, toxic discharges from
nearby industrial or agricultural activities may mask
the effects of the chemicals of interest.

For the fluorochemicals, though, a field study is
possible since there has been known production and
limited environmental release for years at a few
facilities.  By designing the proper studies, one can
use these sites to evaluate the real-world fate and
effects of fluorochemicals.  This, in turn, will
allow evaluation of the validity and the utility of
predictions based only on laboratory observations.
Such comparisons will also enable the Environmental
Laboratory to make better estimates of the fate and
effects of similar substances in the future with much
less data and hence for less cost.

Table 3 summarizes results of past field studies on
fluorochemical residues at the Decatur plant [11,12].
The distribution of organic and inorganic fluorine
was measured in the plant's wastewater treatment
sludge and effluent, as well as in the soil where
sludge had been applied.  Some fluorochemical
components were identified.  Because these were only
preliminary quantitative evaluations, it cannot yet
be concluded that high fluorochemical concentrations
have not accumulated near the plant site.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052954

-21-

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TABLE 3

FLUORIDE MEASUREMENTS AT THE DECATUR PLANT

| | Measured Fluorine | | |
| | Total | Inorganic | Organic |
|---|---|---|---|
| Sludge | | 223 | 730[a] |
| Effluent | | 23.7 | 10.9[b], 0.096 |
| Soil (Sludge Treated) | 300[c] | 440[c] | |
| Decatur Soil (untreated) | 24.4 | 8.9 | |

[a]   Major volatile fluorochemical was FM-3422.  FC-143 and $C_8F_{17}SO_2NHEt$ were also identified.

[b]   Identified FC-143.

[c]   Apparent analytical error (CRL Anal. #6937).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fish placed in the Decatur effluent bioconcentrated those fluorochemicals with low water solubility [38]. Residue concentrations in the fish were measured at 10 ppm for the FOSE amide ($C_8F_{17}SO_2NHEt$) and 7 ppm* for FM-3422 ($C_8F_{17}SO_2NEtC_2H_4OH$).  Neither FC-128 nor FC-143 was detected.  FC-95 was detected but not quantified.

This greater bioaccumulation of low water soluble fluorochemicals agrees with SAR relationships between bioaccumulation and water solubility or octanol-water partition coefficient derived for nonfluorinated organic chemicals [24,39].

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*For perspective, FDA allows PCB concentrations up to 2 ppm in edible portions of fish.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052955

-22-

2.   Field Study at Decatur Plant

A field study is recommended to measure distribution, biological uptake, and effects of fluorochemicals near the Decatur plant.  In this study, we want to determine: 1) if fluorochemicals are long lived as predicted; 2) if they concentrate near the point of entry or are diluted throughout the environment; 3) if they concentrate in one compartment of the environment such as air, water, soil, sediment or biota; 4) if they cause any ecological effects.

Fluorochemicals have been produced at the Decatur plant for about thirty years.  Since then, they have been entering the environment through landfilling of tars and other by-products, through water discharges, both before and after the installation of a modern wastewater treatment facility, through vapor discharges from manufacturing processes and wastewater aeration basins, and more recently through the field incorporation of wastewater sludge containing fluorochemicals.

Analytical capabilities will be tested and evaluated prior to study initiation.  While there is concern about all fluorochemicals produced at Decatur, we plan to monitor only three (perfluorooctanoic acid, perfluorooctyl sulfonate, and FM-3422).  Specific analyses, however, will only be made after first determining the need by looking at the levels of total organic fluorine.  This preliminary screening for total organic fluorine will eliminate an unnecessarily large number of costly specific fluoro-chemical analyses.  We can obtain estimations on how these chemicals and other fluorinated chemicals move and act in the environment by looking at just organic fluorine.

A comparison of the difference between the total organic fluorine concentration and the concentration of the three specific monitored chemicals would indicate whether other fluorinated chemicals may be important as environmental contaminants, and thus whether they should also be identified.  Other fluorochemicals found in significant quantities in Decatur soil, sludge, biota, wastewater, and receiving water by methods such as capillary GLC may also be identified and quantitatively determined in the study.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052956

-23-

The analytical techniques selected must have adequate specificity for 3M fluorochemicals to ensure accurate identification in order to avoid false alarms. Analytical work, done to determine if Tennessee River fish bioconcentrated 3M fluorochemicals, has clearly illustrated the potential for incorrect results with nonspecific analytical techniques[40,41]. In this study, preliminary GLC analysis with electron capture detection separated three peaks from fish extracts that moved identically to those of three 3M fluorochemical controls [40]. Had analysis stopped here, it would have appeared that 3M fluorochemicals were bioconcentrating into fish from ambient concentrations. However, confirmational analytical work using microwave sustained helium plasma detection showed that the peaks from the fish tissue extracts were not due to fluorochemicals [41].

Before sampling, conceptual modeling will be conducted in an attempt to predict the field study findings. These predictions will be based on old and new laboratory data, available discharge records, and maps of the site. When possible, widely used environmental models such as the EPA's EXAMS System will also be applied. This exercise will help to ensure a meaningful interpretation of the field study results and will immediately draw attention to unexpected results. It will also help in evaluating the applicability of existing models, which are based mostly on hydrocarbon data, in predicting the environmental behavior of fluorochemicals.

The following is a list of proposed sampling sites and procedures. These procedures and sites may be adjusted as other information on the properties of the chemicals and nature of the sampling sites become available. At the time of sampling, complete details of the sampling sites, including pictures, will be recorded.

a) Sludge

A series of grab sludge samples will be taken to compare with other samples previously taken. Sludge should be sampled when it is being pumped from storage to be applied to fields. The results will be used to estimate quantities and variability of fluorochemicals entering the soil environment through sludge incorporation. (7 samples, 96 hrs.)

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052957

-24-

b) Effluent

Effluent will be collected at the outflow of the
biological treatment system before mixing with
cooling water.  Concentrations entering the reservoir
will also be calculated based on relative flow rates
and the assumption that no fluorochemicals are
present in cooling water.  One 5-liter sample will be
taken during each of four different weeks so that the
variation in the effluent characteristics can be
evaluated.  Single controls will also be taken from
two waste treatment systems not treating fluoro-
chemicals.  The results of the analysis will give an
estimation of the quantities of fluorochemicals
entering the lake.  The values will be compared with
those from sediment and biota. (6 samples, 84 hrs.)

c)  Soil

Soil from the fields where sludge has been
incorporated will be collected in accordance with
accepted methods (42) and analyzed for total organic
fluorine and, if this is found in high quantities,
for the three fluorochemicals specified above.
Approximately ten samples will be collected from the
fields in different locations.  Sampling depth will
be between the surface and 12".

In addition to these samples, approximately six soil
samples from the ditches that collect runoff water
from the field will be taken at points outside the
sludge application area.

Two controls will be taken from a location with the
same soil type at least 10 miles from the
manufacturing facility.  The exact locations of the
sampling sites will be set after review of the sludge
incorporate rates in the fields and the runoff
patterns of the fields.

The results from the analysis of these samples will
be used to estimate how much of the applied
fluorochemical stays in the soil at the site and how
much of the fluorinated sludge is washed from the
field, possibly to the adjacent reservoir. (18
samples, 252 hrs.)

d) Field Vegetation

Six crop samples will be collected at harvest time
from fields receiving sludge and two from control
fields.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052958

-25-

These samples will first be analyzed for total organic fluorine. Then if there are high levels, the crops will be analyzed for FC-143, FC-95, and FM-3422, and a rat feeding study using the crop will be initiated. The purpose of the feeding study will be to determine the uptake kinetics of the fluorocarbons from the crop. The details of the feeding study will be set if or when it is appropriate. (8 samples, 108 hrs not including possible feeding studies)

e) Fallout

One important possible mode of entry of the fluorochemicals into the environment is through air emissions from plant manufacturing processes or volatilization due to aeration of the waste treatment system. Chemicals entering the environment through the air are usually either diluted into the air and therefore carried off or they precipitate out, usually locally. When there is such fallout, the concentration is usually greatest closest to the source and falls off with distance from the source.

Thus, we propose sampling the soil close to the plant and at increasing distances from the plant. Two sampling vectors would be set up. The first would follow the predominant downwind trajectory and the other upwind. Four soil core samples would be collected along each vector at intervals of 100M, 200M, 400M, and 800M. Two control samples will be taken several miles from the plant. The location is yet to be determined. Samples will not be taken from those points where sampling vectors intersect waste disposal sites or the river (10 samples, 144 hrs).

f) Sediment

Previous studies have shown that several of the fluorochemicals bind to soil and thus would be expected to also bind to aquatic sediments. For this reason there is a need to look at aquatic sediment to see how much fluorochemical does bind. Chemicals that bind to sediment and are in water tend to fractionate into the sediment very rapidly, and are usually found in higher concentrations where effluent waters enter a lake or pond. The concentration decreases with distance away from the entry point.[1] For this reason, we propose to sample sediment at the effluent entry point and at the middle and mouth of the cove into which the discharge flows. Since the flow of the effluent after entering the reservoir can vary, additional sampling will follow three vectors:

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052959

one up the shore line: one down the shore line, and
one perpendicular to the shore line.  Sampling depth
will be determined on-site and will depend on the
bottom topography along each vector.  Control samples
will also be taken from points on the river well
above and below the plant site.  Only the top 1-2
centimeters of sediment would be sampled.  The
sampling method has not been determined yet, but it
could be either done by diving and scraping the top
1-2 centimers or by using a Vanbean sampler with a
removable top to obtain the top 1-2 centimeters. (9
samples, 132 hrs.)

g) Biota

There will be two types of biotic sampling.  First,
to estimate possible effects and second, to determine
if biota accumulate fluorochemicals.  The sampling
points will be the same as for the sediment samples
for the same reason and so that the concentrations in
the sediment can be directly compared with the
concentration in the biota.  If there is an effect on
biota, then either species diversity or populations
will likely decrease with increasing concentration of
the chemical causing the effect.  The clam,
Corbicula, will be sampled in order to determine the
concentration of fluorochemicals in biota.[43] (18
samples, 204 hrs.)

h) Water Column

The concentration of fluorochemicals in the water
column will be measured at each of the sites where
the biota and sediment are sampled in order to
directly compare the concentration of fluorochemicals
in the water versus the sediment and the biota.  The
parts of the water column that will be sampled will
depend on the mixing pattern of the water, the flow
of the effluent, and topography of sampling sites.
One possibility is to sample water close to the
bottom, at the middle of the water column, and close
to the surface. (12 samples, 168 hrs.)

3.  Priority

This field work is needed for three reasons:  1) very
little data now exists on the actual environmental
concentration and impact of fluorochemicals; 2) the
study will assist in clarifying those physical,
chemical, and biochemical properties of
fluorochemicals that are most important in
determining their environmental fate; 3) it will
provide the necessary data for validation or
correction of our present estimated environmental
concentrations from our modeling studies.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052960

-27-

The primary objective of the field study, however, is to determine if unanticipated or unreasonably high fluorochemical concentration exists in any site near the Decatur manufacturing plant and to extend such information to predictions at other manufacturing and use sites.

The phases of this study are given the following priority:

Phase 1 (confirm analytical capabilities) -
   Priority I - 150 hours
Phase 2 (modeling to predict findings) -
   Priority I - 20 hours
Phase 3 (field samples and sample analysis) -
   Priority III - 1200 hours

C. Incineration

   1. Background

   Incomplete combustion of fluorochemicals can lead to the formation of acutely toxic by-products such as carbonyl fluoride and perfluoroisobutylene in addition to the HF normally formed.

   Incineration studies conducted by EE&PC at a pilot scale incineration facility looked for possible toxic by-products (such as $CF_2O$, $OF_2$, perfluoroolefins or $NF_3$) from FC-78 (100 ml) combustion (with 5 gallons #2 fuel oil) at 2185°F. None of these components were detected at 1 and 5 ppm in condensable and volatile components, respectively. However, literature sources describing other fluorochemical combustion studies have observed some of these toxic components (44).

   2. Approval and Decision Points

   A test burn of fluorochemicals at the Decatur incinerator is recommended. The Decatur incinerator has been selected for this study because it is more likely to allow the formation of incomplete combustion products than the more sophisticated Chemolite incinerator. Thus, if the Decatur incinerator does not produce significant levels of toxic by-products, we would assume that the similar Cordova or more modern Chemolite incinerators are at least as effective in destroying fluorochemicals without producing toxic by-products.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052961

−28−

Samples of the material to be incinerated will be analyzed for HF and Total Organic Fluorine. Suggested stack gas analytical parameters include HF, $CF_2O$ (carbonyl fluoride), perfluoroisobutylene, total organic carbon (TOC), total organic fluoride, and CO.

Analytical capabilities and sample handling, stability, and preservation requirements will be evaluated prior to the test.  As some of these possible by-products are quite reactive, sample handling difficulties are anticipated and could cause cancellation or changes to portions of this proposal.

3.   Priority

The study is a confirmatory test planned to tell us if the Decatur incinerator does or does not emit unreasonable amounts or concentrations of hazardous degradation products.

A Priority III is assigned to this proposal.

Made Available by 3M for Inspection and Copying as Confidential Information;
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052962

-29-

IV.   ENVIRONMENTAL PROPERTIES OF FLUOROCHEMICAL CLASSES

This section reviews our present knowledge of the following classes of 3M fluorochemicals:  A.  Inert Liquids; B.  Low MW Acids and Their Salts; C.  Surfactants; D.  Phosphates; E. Alcohols; F.  Acrylates;  G.  Urethanes;  H.  FLUOREL® and Kel-F® Polymers; and I.  Catalysts.

The section on each fluorochemical class is further divided into a "Background" section and a "Recommended Testing" section.  The Background sections outline our present understanding of the environmentally significant aspects of the fluorochemical class' physical properties, degradability, and effects.  The "Recommended Testing" section proposes additional work and gives decision points and expected test output.  Each study is given a priority rating of I, II, or III in which the numbers indicate both the need and the order in which the proposed studies should be done.

The proposed physical properties measurements will broaden profiles on individual fluorochemicals which are representative of these important fluorochemical classes. These data will be used both to model their environmental fate and as a data base for SAR development.

Degradations studies will determine which, if any, of the possible environmental degradation mechanisms (chemical, biochemical or photochemical) are important in the environmental fate of the fluorochemical classes.  *and persistence*

Effects testing will determine the concentration of fluorochemicals that could adversely affect ecological systems.

These three types of data, when used in combination with modeling and field data, will yield a good indication of the likelihood of adverse environmental effects from these 3M fluorochemical classes.

A.   Inert Liquids

     1.   Background

          a)   Physical Properties

               Commercial Chemicals Division Technical brochure
               Y-ITPB-1(21.3)JR summarizes the physical
               properties of Fluorinert Electronic Liquids.
               These data indicate that all FLUORINERT liquids
               have sufficient volatility to enable them to
               eventually evaporate and disperse into the
               atmosphere.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052963

-30-

Calculations based on models developed by
Cupitt (45) show that, once in the atmosphere,
the FLUORINERT liquids are not likely to be
removed by dissolving in rain water or by
adsorbing to and settling with particulates.  In
any case, because of their high volatility, any
of these inert fluorochemicals removed from the
atmosphere by these processes will likely
eventually reevaporate to the atmosphere.

Some unanswered questions do exist concerning the
physical properties of the inert fluorochemicals.
For example, how strongly do they adsorb to soil?
Soil sorption data allows us to predict mobility
and determine if they, like some chlorinated
solvents, are likely to move from spill and land
disposal sites and contaminate groundwater
sources.  The Environmental Laboratory should be
able to evaluate this possibility after
development of structure activity relationships
(SAR) capabilities.  The low toxicity of
FLUORINERT® Liquids, discussed below, makes this
potential problem noncritical, but even if
completely innocuous, the presence of man-made
chemicals in groundwater is a sensitive and high
profile subject.

b)   Degradation

Fluorochemical inert liquids are very stable,
resisting degradation under both extreme chemical
and physical conditions.  In addition, these
liquids show no susceptibility to biodegradation
in BOD and other biodegradation tests.

Their stability suggests that they will persist
in the atmosphere for very long times.  This
hypothesis is substantiated by analytical
findings of Dietz and co-workers (46,47,48).
They found that perfluoromethylcyclohexane and
perfluorodimethylcyclohexane have remained in the
atmosphere near the concentration expected from
their total worldwide production.  The great
majority of these two perfluorochemicals were
released to the atmosphere in the 1940's at Oak
Ridge, and eighty percent, or possibly all, of
this fluorochemical is still in the atmosphere.

Due to the transparency of perfluoroparaffins and
amines above 280 nm (49,50,51,52), the FLUORINERT
products are not expected to degrade in the
troposphere or lower stratosphere.  Nitrogen-
containing FLUORINERT products, which have the
longest wavelength UV absorption, may

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052964

-31-

photodegrade in the mid-stratosphere, but other
FLUORINERT chemicals will probably only
photodegrade in the upper stratosphere and above.

Unlike other organic materials, degradation of
inert liquids through reaction with OH radical is
also unlikely to provide a significant sink for
perfluorocarbons [53]. Reactions with $O(^1D)$
(which occurs primarily in the stratosphere) may
have some significance [53].

The lifetime of these products is probably
determined by the extremely long time required
for molecules to diffuse into the upper regions
of the atmosphere where photolysis,
photooxidation or significant reaction with
singlet oxygen can occur [54]. Estimated
atmospheric lifetimes of perfluorocarbons due to
these reactions are on the order of hundreds of
years [53].

Preliminary literature findings on chlorofluoro-
methanes and ethanes suggest that FLUORINERTS,
unlike chlorofluorocarbons, are unlikely
candidates to photodegrade after adsorbing to
sand in spite of the strength of SiF bonds [55].
The literature shows that increasing the number
of fluorines in a chlorofluorocarbon greatly
decreases its rate of photodegradation when
adsorbed to sand [39,55]. Thus, one would expect
that these completely fluorinated compounds would
degrade even more slowly than
chlorofluoromethanes. In addition, these
experiments have shown no detectable C-F bond
breakage.

Kanno has reported on the sensitized
photodegradation of Freon 12 with very high
concentrations of nitrogen oxides in air. This
study, which used a xenon lamp, shows the
formation of HF indicating breakage of the C-F
bond [56]. Similar sensitized photodegradation
could possibly occur with the FLUORINERTS but
would likely be at an extremely slow rate.

c)  Effects

As a class, FLUORINERT liquids show little
toxicity. A summary of the environmental effects
data on this class of compounds is shown in Table
4. No significant toxicity has been found. All
of the thirteen FLUORINERT liquid products which
have been subjected to acute fish bioassays have
had 96-hr. $LC_{50}$ values greater than 1,000 mg/l
and are classified as insignificant hazard*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Appendix 1 gives a scale rating aquatic toxicity data from
highly toxic to insignificant hazard.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052965

-32-

In addition, one FLUORINERT liquid (FC-77) was found to be nontoxic to Daphnia ($LC_{50}$ >1500 mg/l), and four were found not to adversely affect activated sludge microorganisms.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TABLE 4

SUMMARY OF ENVIRONMENTAL EFFECTS OF
FLUORINERT® LIQUIDS

| Product | Typical Boiling Range(°C) | Major Components | 96-Hr. $LC_{50}$[a,b] (mg/l) | Other Data and Lab Request or Reference |
|---|---|---|---|---|
| FC-40 | 138-189 | $(C_4F_9)_3N$ | >1,000<br>>5,000 | 5120<br>2455 |
| L-4380 [c] | 139-185 | F2C-CF2<br>$(C_8F_{17})$FC CF2<br>O<br>$C_{11}F_{24}$ | 1,686<br><br>1,893 | 4894 |
| FC-43 | 165-185 | $(C_4F_9)_3N$ | >5,000 | Did not support fungal growth[d]. 2455 |
| FC-48 | 139-180 | $C_{12}F_{24}$<br>(cyclic, 8 isomers) | >1,500<br>>5,000 | Retarded activated sludge $O_2$ depletion rate[e]. (57), 2465<br><br>No adverse effect on lab scale treatment system[f] (57). |
| FC-70 | 207-225 | $(C_5F_{11})_3N$ | >1,000 | 7981 |
| FC-?, L-4308[g] | 203-211 | $C_{13}F_{28}$;<br>F2C-CF2<br>$(C_{10}F_{21})$FC CF2 | >1,000[h] | No effect on activated sludge $O_2$ depletion rate. EAI 79215,79213, 6589 |
| FC-71, ~~L-4308~~ | 244-262 | $(C_6F_{13})_3N$ | >1,000 | 6589 |
| FC-72 | 50-60 | $C_6F_{14}$ | >1,000 | 7842 |
| FC-75 | 99-107 | $C_8F_{18}$;<br>F2C-CF2<br>$(C_4F_9)$FC CF2<br>O | >5,000 | Did not support fungal growth[d]. 2455 |
| FC-77 | 90-107 | $C_8F_{18}$;<br><br>F2C-CF2<br>$(C_4F_9)$FC CF2<br>O | >5,000<br>>1,000 | >1,500 mg/l, 48-Hr. $LC_{50}$ Daphnia. 2455<br>~LR 7843 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052966

-33-

(Table 4 continued)

| Product | Typical Boiling Range($^{\circ}$C) | Major Components | 96-Hr. LC$_{50}$[a,b] mg/l | Other Data and Lab Request or Reference |
|---|---|---|---|---|
| FC-78 | 50-60 | $F_2C$—$CF_2$ / $F_2C$—$CF_2$ over N—$CF_3$ | >5,000 | Retarded activated sludge $O_2$ depletion rate[e]. No adverse effect on lab scale treatment system[f]. 2455, 5713[57] |
| FC-82 | 90-107 | Cyclic $C_8F_{16}$ | >1000h | 4913 |
| FC-84 | 75-90 | $C_7F_{16}$ | >1,000 | No effect on activated sludge $O_2$ depletion rate. 6262 |

Footnotes:

(a) All 96-hr. LC$_{50}$ tests were on Fathead minnows (Pimephales promelas) unless indicated.

(b) All 96-hr. LC$_{50}$ values are for nonmiscible mixtures.

(c) L-4380 is a possible FC-40 component.  It is a mixture of various isomers of perfluoro-octyl tetrahydrofuran.

(d) ASTM G-21-70 growth rating was 1 indicating sparse and scattered growth.  The analyst felt this growth was due to a mass of spores in the inoculum and not to growth on product.

(e) Activated sludge mixed liquor with a dissolved oxygen concentration of 7 mg/l had a slightly longer oxygen depletion time than the control.
This was probably not due to toxicity but to the fact that perfluorinated organic liquids dissolve large quantities of oxygen which they can transfer to the aqueous phase.  Thus, since more $O_2$ was present, a longer time was needed for its utilization.

(f) FC-48 and FC-78, even at unreasonably high concentrations (13 g/l nonmiscible mixtures), had no adverse effect on lab scale semicontinuous activated sludge systems operated for 11 days.

(g) L-4308 is a possible FC-70 component.

(h) Bluegill sunfish (Lepomis macrochirus).

- - - - - - - - - - - - - - - - - - - - - - - - - - -

The low toxicity of FLUORINERT® liquids, indicates that this group of chemicals presents an insignificant risk of causing adverse environmental effects to aquatic organisms.  The low aquatic exposure resulting from their low water solubility and high volatility further reduces the risk.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052967

-34-

2.   <u>Recommended Testing</u>

No laboratory studies on FLUORINERT® Liquids are
recommended at this time.  However, an ongoing
literature study has been established.  This study is
enabling the Environmental Laboratory to continually
increase its understanding of the fate and effects of
these chemicals.

B.   <u>Low MW Acids and Their Salts</u>

1.   <u>Background</u>

a)   Physical Properties

Commercial Chemicals Division products in this
class consist of two fluorochemical acids (FC-23
and FC-24) and some of their salts.  In the
unneutralized form, the fluorochemical acids are
very strongly acidic and corrosive, making them
hazardous materials.  However, except in the case
of large spills or discharges, they would be
neutralized in the environment.

Calculated Henry's Law constants for these
products suggest that they will ultimately
migrate to and disperse in the aquatic
environment(58).  Unlike the inert fluorochemical
liquids, the atmosphere will not be a significant
sink.  The high water solubility of these
products also makes them unlikely to
bioconcentrate in living systems or to bond
strongly to soil or sediments.

b)   Degradation

FC-24 showed no biochemical oxygen demand (BOD)
in a 20-day test and no dichromate chemical
oxygen demand (COD) (LR 5695).  Similar results
would be expected for FC-23.  The lack of a
chemical oxygen demand suggests extreme
resistance to chemical degradation in the
environment.

c)   Effects

Environmental screening data on the neutralized
products shows them to have very little toxicity
(insignificant hazard) (see Table 5 and Appendix
I).  Neutralized FC-24 caused no acute lethality
or other toxic effects to fish in 96 hrs. at
2000 mg/l.  At this same concentration, FC-23
caused minimum lethality:  only two of 60 fish
died.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052968

-35-

Table 5 also shows that the neutralized acids have no significant acute toxicity to activated sludge microorganisms at concentrations much higher than would normally occur in a waste treatment system.

The low toxicity of these chemicals, the fact that they are likely to dilute in the aquatic environment and not concentrate in either living or nonliving systems, and their low production volumes makes the probability of significant adverse effects from this group of chemicals remote.  Nevertheless, some concern exists about the apparent extreme resistance of these products to degradation.

2.   Recommended Testing

No further environmental testing is recommended on these products at this time.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TABLE 5

TOXICITY OF NaOH NEUTRALIZED FLUOROCHEMICAL ACIDS
AND OTHER SALTS OF THESE ACIDS

| Product | Formula | 96-Hr. $LC_{50}$ (mg/l)(a) | Microbial Inhibition Concentration(b) (mg/l) | Lab Request No. |
|---|---|---|---|---|
| FC-23 | $C_3F_7COOH$ | – | – | – |
| Neutralized | $C_3F_7COONa$ | >2000 | >1000 | 7364 |
| FC-24 | $CF_3SO_3H$ | | | |
| Neutralized | $CF_3SO_3Na$ | >2000 | >1000 | 5696 |
| FC-124 | $CF_3SO_3Li$ | >1000(c) | – | 4388 |
| FC-520 | $[CF_3SO_3^-][H_2N(C_2H_5)_2]^+$ | >1000 | – | 4740 |

(a)  Bioassays used Fathead minnows (Pimephales promelas) unless indicated.

(b)  Concentration causing an immediate reduction of activated sludge oxygen uptake rate.

(c)  Bluegill sunfish (Lepomis macrochirus).

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052969

-36-

C. <u>Surfactants</u>

   1. <u>Background</u>

      a) Physical Properties

<u>Water Solubility</u> – FC-143 ($C_7F_{15}COONH_4$) and FC-95 ($C_8F_{17}SO_3\overline{K}$) were studied as representative FC surfactants in the Fate of Fluorochemicals Program Part I [2,3]. From an environmental perspective, both products have high water solubility. Since this study, FC-95 solubility has been more accurately measured, and determined to be about 1,080 mg/l [59]. This solubility measurement was subsequently confirmed by the analysis of a water saturated sample of FC-95 sent to Dohrmann during the Environmental Laboratory's evaluation of their TOC equipment [60].

FC-143 is very soluble. Its actual solubility limit was not determined. Solubility work on this compound was terminated after a sample was found to totally dissolve in a volume of water of equal weight [61]. Solubility data on other 3M fluorochemical surfactants are given in Table 6.

These high water solubilities suggest that FC-95, FC-143, and other 3M fluorochemical surfactants will dilute in aquatic environments with little partitioning from the water phase into sediment, lipid tissues, or suspended organic matter. These data also indicate that these fluorochemicals are likely to remain in the aqueous phase during wastewater treatment and not to concentrate into wastewater sludge.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052970

-37-



TABLE 6

SOLUBILITY AND OCTANOL/WATER PARTITION COEFFICIENTS
OF FLUOROCHEMICAL SURFACTANT PRODUCTS

|  | Water Solubility at Room Temp. | Reference |
|---|---|---|
| FC-90 | >250 g/l | (62,63) |
| FC-93 | (a) |  |
| FC-95 | 1 g/l | (59,60) |
| FC-98 | 10 g/l | (64) |
| FC-99 | >500 g/l | (65) |
| FC-100 (hydroxy foamer) | (a) |  |
| FC-120 | (a) |  |
| FC-128 | 200 g/l (gel) | (66) |
| cc 773-588 | 50 g/l (gel) | (66) |
| FC-143 | >500 g/l | (61) |
| FC-170 | 300 g/l (gel) | (66) |
| FC-170C | 1 g/l | (67) |
| FC-171 | 1 g/l (b) | (68) |

Footnotes:

(a)  Solubility is unknown but probably high (>1%) because it is
     sold at 25% solids in a water-organic solvent solution.

(b)  Cloudy solution.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Octanol/Water Partition Coefficient - An
octanol/water partition coefficient ($K_{OW}$), or
more accurately, an octanol/water distribution
coefficient, is available for only one
fluorochemical surfactant, FC-90 ($K_{OW}=0.65$).
Since FC-90 is an ionic material and thus does
not exist as the same solute species in the two
immiscible solvents*, this is not a true
partition coefficient.  Quantitative SAR methods
have not been fully developed for ionic species
(24).

The applicability of this distribution ratio
value for FC-90 to existing regression equations
correlating physical-chemical and chemodynamic
properties is questionable.  Nevertheless, the
regression equation of Banerjee et al (21), which
correlates $K_{OW}$ with water solubility (S), appears
to make a reasonable prediction.  Using the
midpoint of the melting range as the melting
point (69), this equation predicts the solubility
of FC-90 to be 250 g/l.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*FC-90 will exist in the dissociated state in the aqueous phase
and primarily in the associated state in n-octanol.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052971

-38-

Soil Adsorption Coefficients – Soil organic
matter adsorption coefficients, $K_{OC}$, of 17 for
FC-143 and 45 for FC-95 (70) indicate very high
mobility in soil.  This is congruent with their
high water solubility.  A regression analysis
based on data for FC-95, FC-143, FM-3422, and
FM-3925 showed the following relationship between
solubility (S) and soil organic matter adsorption
coefficient ($K_{OC}$):

$$\log K_{OC} = 3.58 - 0.513 (\log S).$$

This regression equation is nearly identical to
the correlation reported by Kenaga and
Goring (10) for 106 organic compounds:

$$\log K_{OC} = 3.64 - 0.55 (\log S).$$

This preliminary correlation again supports the
prospect that some currently described structure
relationships may be applicable to fluorochemical
surfactants and alcohols.

Developing soil thin-layer chromatography (TLC)
plates with water is another method of measuring
the affinity of chemicals for soil.  Procedures
have been proposed by the USEPA to measure
mobility in soil by this method (71), and
preliminary measurements by a very similar method
have been made on FC-95 and FC-143 (72).
Unfortunately, the amount of FC-95 spotted was
too small to allow visualization.  FC-143,
however, showed low mobility.  This finding seems
to contradict both the soil adsorption
coefficient measurements given above and the
predictions of low soil sorption based on the
high water solubility of 3M fluorochemical
surfactants.  These adsorption ($K_{OC}$) and TLC
measurements were conducted in two different soil
types, but while edaphic factors* can cause

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*The following are edaphic factors which can affect chemical
mobility in soil (73):
  1) Complexation with organics
     a)  Cation exchange with organics
     b)  Organic anion fixation
     c)  Nonpolar organic reactions
  2) Adsorption by mineral species (e.g., clay)
  3) Chemical oxidation-reduction effects
  4) Precipitation reactions and pH effects
  5) Ion exchange reactions
     a)  With layered silicates
     b)  With hydroxy oxides of Fe and Mn
     c)  With organic matter
     d)  With lime materials (agricultural or natural)

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052972

-39-

differences in chemical mobility, differences of
this magnitude are unlikely with these
fluorochemical surfactants.  Clarification of
these data is needed.

Biosorption - A biosorption study has been
conducted on FC-90, the diethanolamine salt of
perfluoroethylcyclohexyl sulfonic acid [74].  The
fluorochemical portion of this material was found
not to bind strongly to activated sludge.  The
results of this study indicate that the
fluorochemical portion of FC-90 is likely to
remain in the aqueous phase during passage
through a wastewater treatment system.  The
behavior of this water soluble fluorochemical is
thus similar to that predicted for FC-95 and
FC-143, and because of its similarity to FC-95
(the perfluorinated portion is also a saturated,
$C_8$ sulfonic acid), the finding adds credence to
this prediction.

Studies with rats done by Riker have shown that
perfluorooctane sulfonate is very difficult to
recover quantitatively from tissues and feces
even when extracted by a series of nonpolar to
polar organic solvents.  Perfluorooctane
sulfonate in the blood was also found to be
essentially completely bound to soluble proteins
[75].  These two findings suggest that
perfluorooctane sulfonate may bind strongly to
nonsoluble proteinaceous materials, both in
animal tissues and in soils or sediments of the
aquatic or terrestrial environment.  These
findings and the predictions based on them are
contrary to the prediction of the Environmental
Laboratory based on water solubility
measurements.

Vapor Pressure - No actual vapor pressure
measurements were made on FC-95, FC-143, or any
other 3M fluorochemicals in the Fate of
Fluorochemical Study Part I.  The parameter can
be very useful, however, in predicting the rate
of movement and distribution of a chemical
between the atmosphere and terrestrial and
aquatic environments [45], e.g., vapor pressure
approximates the rate of volatilization from
aqueous solution or from the adsorbed state on
soil [76].

FC-143 can be sublimed completely and recovered
unchanged (by IR) at 178°C and atmospheric
pressure [77].  Most FC-143 probably enters the
environment through volatilization from its use
in PTFE manufacture.  On the other hand, our
experience in handling FC-95 and trying to
analyze it by TOC and GLC indicates that its

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052973

-40-

vapor pressure is probably quite low.  These data
indicate the need for quantitative measurement of
vapor pressure and volatilization from aqueous
systems that will enable predictions of
environmental distribution.

b)  Degradation

One 3M fluorochemical surfactant, FC-143, is a
perfluorocarboxylic salt.  Several of these
surfactants, like FC-95, are perfluorosulfonic
acid salts, and the remainder, such as FC-128 and
the hydroxy foamer, are organic-amide derivatives
of fluorochemical sulfonic acids.  Degradability
assessments on this latter group must separately
consider the perfluorinated and nonfluorinated
portions.

Biodegradation - Neither FC-95 nor FC-143
degraded in 2 1/2-month shake flask
biodegradation studies using inocula from three
separate treatment systems (78).  Two of these
inocula were from systems treating 3M
fluorochemical wastes, and thus more likely than
nonacclimated inocula to have microorganisms
capable of growing on these fluorochemicals.
This was the most rigorous laboratory
biodegradation test ever done on these
fluorochemical surfactants.  Other biodegradation
tests, including a 3-hr. Warburg study on FC-95
(79) and $BOD_{20}$ tests on both FC-95 and FC-143 (LR
#3844), also showed no degradation.  No testing
has been done under anaerobic conditions.

These data are adequate to demonstrate that
biodegradation of FC-95 and FC-143 cannot be
depended on to occur in an aquatic environment.
This resistance to degradation is consistent with
their perfluorinated structured.  However, to
more substantially rule out the possibility of
biotransformation and the concomitant formation
of daughter products of unknown toxicity, tests
more rigorously favoring biodegradation should be
performed.

Table 7 shows biodegradation data on other
fluorochemical surfactant products.  The products
in this table do not contain biodegradable
solvents which tend to mask the biodegradability
of the fluorochemical surfactants in nonspecific
tests, such as BOD.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052974

-41-

These data show that fluorochemical surfactants with no nonfluorinated organic portions, e.g., FC-98, FC-95, and FC-143, have essentially no biochemical oxygen demand. Those with ionically bonded organics, i.e., FC-98 and FC-99, have BOD's close to that which would be — — — — — — — ✓
— — — — — — — — — — — — — — — — — — — — — — — —
—                                                    ✓

TABLE 7

BIODEGRADATION DATA ON NONSOLVENT-CONTAINING
FLUOROCHEMICAL SURFACTANTS

| Product(a) | Test Results | Reference or Lab Request |
|---|---|---|
| FC-90 | $BOD_{20}$ 0.28 g/g(b) | 6260 |
| FC-98 | $BOD_{20}$ <3800 mg/kg | 3844 |
|  | $BOD_{20}$ Nil | 1231 |
| FC-99 | $BOD_{20}$ 82,000 mg/kg(c) | 4895 |
| FC-128 | 7-Hr. Warburg BOD=70% of $ThOD_{NH_3}$(d) of the organic portion. | (79) |
| FC-134 | $BOD_{20}$ Nil | 1870 |
| FC-170C | $BOD_{20}$ = 0.107 g/g(e) | 4197 |
| FC-171 | $BOD_{20}$ = 0.17 g/g(f) | 4951 |
| FM-3555 (MCL Emulsifier) | $BOD_{20}$ 9600 mg/l | 5062 |
| F-6422    (Hydroxy Foamer) | $BOD_{20}$ <9300 mg/kg | 8139 |

(a)  Structures for these products are in Table 9.

(b)  The $BOD_{20}$ of FC-90 is approximately 90% of the theoretical oxygen demand of the diethanolamine portion of this chemial.

(c)  FC99 is a 25% aqueous solution of a diethanolamine salt. The fluorochemial portion of this salt is the same as that of FC-95.

(d)  $ThOD_{NH_3}$ is the theoretical oxygen demand assuming no oxidation of the nitrogen. This ThOD also assumes no degradation of the perfluorinated portion of the molecule.

(e)  $BOD20$ = 10% of COD

(f)  $BOD20$ = 25% of COD

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052975

−42−

expected from their organic portion (diethanolamine) alone. Fluorochemical surfactants with covalently bonded organic portions gave mixed results. Those with quaternary ammonium organic portions, i.e., MCL, hydroxy foamer, and FC-134, had no BOD. This is not unexpected since even nonfluorinated quaternary ammonium surfactants are frequently difficult to biodegrade. Those surfactants with polyethylene glycol components, i.e., FC-170C and FC-171, had $BOD_{20}$ values equal to 10-20% of their COD's. This indicates some partial degradation of the nonfluorinated organic portions of FC-170C and FC-171 since the observed BOD is greater than would be expected from organic by-products. One of these, FC-170C, did not biodegrade at all in the first 7 days. Slight biodegradation was seen at 10 days with the rate increasing at the 14-day observation and continuing at 20 days with no indication of plateauing.

*− biocidal*

These data suggest that longer biodegradation test periods, using acclimated organisms, might lead to more complete degradation of the nonfluorinated portion of polyethylene glycol adduct fluorochemical surfactants.

FC-128 has the highest $BOD_{20}/COD$ (77%) of those surfactants with covalently bound organics, but it was tested by a somewhat more rigorous biodegradation test method (79). Attempts to confirm this biodegradability have been made with FC-129 (LR 6300), a product containing the FC-128 surfactant, but samples from this study are still awaiting analysis in the Commercial Chemicals Division Laboratory.

Photodegradation − Both FC-95 and FC-143 have been tested for photodegradation in aqueous solutions using an artificial light source (wavelength >300 nm) (80,81). No photodegradation was observed. These photodegradation studies did not contain sensitizing agents. No photodegradation studies have been done on surfactants with covalently bonded nonfluorinated portions or when adsorbed onto solid surfaces such as sand or silica gel.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052976

c)   Bioconcentration

No bioconcentration studies have been done on
fluorochemical surfactants in the Environmental
Laboratory.  Studies in Riker have shown that
male rats excrete prefluorooctane sulfonate and
perfluorooctanoate very slowly (75).  Perfluoro-
octane sulfonate is strongly protein-bound which
prevents excretion through the kidney.
Perfluorooctanoate is less strongly protein bound
(approx. 97.5%), but the small fraction of free
material that filters through the glomerulus
seems to be actively readsorbed by male rat
kidneys.  Researchers at DuPont have made similar
findings on hamsters (75).  Female rats can
excrete perfluorooctanoate, but both male and
female people appear to behave more like male
rats and only very slowly clear their bodies of
this material.

d)   Effects

Table 8 summarizes the current set of bioassay
data on FC-95 and FC-143.  FC-95 was about a
factor of ten more toxic to fish and daphnia than
FC-143.  On the other hand, FC-143 retarded algae
growth by approximately twice as much as FC-95.
Based on the NIOSH aquatic toxicity scale (see
Appendix I), FC-95 would be considered to have
slight to moderate toxicity to fish, while FC-143
would be classified as practically nontoxic to
fish and slightly toxic to algae.

Environmental screening tests have also been run
on other surfactant products (Table 9).  In some
of these products, e.g., FC-93 and FC-100, the
fluorochemical surfactants are sold in solvent
systems containing water and isopropanol or butyl
Carbitol®.  Bioassays were run on these products
as sold.  Since these solvents have very little
toxicity to fish, it is assumed that all the
toxicity observed was due to the fluorochemical
and not the solvents.  Synergistic or
antagonistic effects, however, are possible.
Based on our limited experience, antagonism,
which would make the surfactants appear somewhat
less toxic, is more likely.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052977

-44-

TABLE 8

AQUATIC BIOASSAY DATA ON FC-143 AND FC-95

| Species | Parameter | Concentration mg/l | | Lab Request or Reference |
|---------|-----------|-------------|---------|--------------------------|
| | | FC-95 | FC-143 | |
| Fathead | 96-Hr. $LC_{50}$ | 32,29,38 | 766 | 1429,2340,5625,(c) |
| Bluegill | 96-Hr. $LC_{50}$ | 68 | 569 | (d),3844 |
| Trout | 96-Hr. $LC_{50}$ | 11 | — | (e) |
| Daphnia | 48-Hr. $LC_{50}$ | 50 | 632 | |
| Fathead | 30-Day Egg-Fry | 1.9(a) | 100(b) | (82,83) |
| Green algae | Cell weight 14-Day $EC_{50}$ | 146 | 73 | (84,85) |
| Green algae | Cell count 14-Day $EC_{50}$ | 95 | 43 | (84,85) |

(a)  Color and behavioral changes observed at 1.0 mg/l while egg-fry survivability was decreased at 1.9 mg/l.

(b)  No effect noted during this study at doses up to and including 100 mg/l.

(c)  Environmental Laboratory Aquatic Toxicity Worksheet on FC-95 Lot 583, Fathead minnow, started 8/22/77.

(d)  M. T. Elnabarawy, Environmental Laboratory Aquatic Toxicity Data Sheet on FC-95 Lot 583, Bluegill sunfish, started 5/23/78.

(e)  M. T. Elnabarawy, Environmental Laboratory Aquatic Toxicity Data Sheet on FC-95, Lot 583, Rainbow trout, started 2/21/78.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052978

–45–

TABLE 9

FISH 96-HR. $LC_{50}$ DATA FOR FLUOROCHEMICAL SURFACTANTS

| Product | Chemical Structure | Fathead minnow 96-Hr. $LC_{50}$ (mg/1) | Lab Request Number |
|---|---|---|---|
| FC-90 | $C_2F_5$⟨F⟩$SO_3^-H_2N^+(C_2H_4OH)_2$ | 43 | 6260 |
| FC-93 | $C_8F_{17}SO_3^-NH_4^+$ | 20-25[a] | 2318,2456 |
| FC-98 | $C_2F_5$⟨F⟩$SO_3^-K^+$ | 155,200 | 3844,2563 |
| FC-99 | $C_8F_{17}SO_3^-H_2N^+(CH_2CH_2OH)_2$ | 8[b] | (86) |
| FC-100 (Hydroxy Foamer) | $C_6F_{13}SO_2N-C_3H_6N^+(CH_3)_2C_2H_4OH$ $CH_2CH(OH)CH_2SO_3^-$ | 20-25[a] | 5720,4950 |
| FC-120 | $C_{10}F_{21}SO_3^-NH_4^+$ | 4[a] | 2318,2456 |
| FC-127 | $C_8F_{17}SO_2N(C_2H_5)CH_2COO^-K^+$ | 430[c] | 7009 |
| FC-128 | $C_8F_{17}SO_2N(C_2H_5)CH_2COO^-K^+$ | 34,30[c] | 2254,2340 |
| FC-129 | $C_8F_{17}SO_2N(C_2H_5)CH_2COO^-K^+$ | 260[c] | 6300 |
| FC-134 | $C_8F_{17}SO_2N-C_3H_6N^+(CH_3)_3I^-$ | 20,31 | 2340,1955 |
| FC-170C | $C_8F_{17}SO_2N(C_2H_5)(CH_2CH_2O)_{14}CH$ | 285[b] | 4197 |
| FC-171 | >90% $C_8F_{17}SO_2N(C_2H_5)(CH_2CH_2O)_{7.2}CH_3$ <10% $C_8F_{17}SO_2NH(CH_2CH_3)$ | 208 | 4951 |
| FM-3555 | $C_8F_{17}SO_2N-C_3H_6N^+(CH_3)_3Cl^-$ | 30 | 5408 |

(d) Product had not much more impurity

Footnotes:

(a) $LC_{50}$ values reported are those calculated for the surfactant solids. This calculation assumes neither synergism nor antagonism from solvent systems.

(b) Bluegill sunfish.

(c) This fluorochemical was tested both as a 100% solids material (FC-128) and as water-isopropanol and water-butyl Cellosolve-ethanol solutions (FC-127, FC-129). The solvent appears to have an antagonistic effect on toxicity, but it's also possible that differences in by-product concentration could have caused the observed toxicity differences.

(1)

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052979

-46-

3M "CONFIDENTIAL"

Other environmental effects data on fluorochemical surfactants are shown in Table 10. These tests showed that the surfactants have little or no immediate toxicity to activated sludge at concentrations much greater than those normally expected to reach a wastewater treatment system.

While most sludge toxicity tests were run for 5-10 minutes, the test with EAI 80021 showed no inhibition even when exposure of the sludge to the fluorochemical was continued for four hrs. The data does not show whether fluorochemical surfactants have a delayed or chronic effect on sludge, i.e., by inhibiting growth or causing population shifts, but due to their low acute toxicity, this seems unlikely.

One unusual result was that cc 7711-18 is more than two orders of magnitude more toxic to Daphnia than to fish. Large differences between Daphnia and fish toxicity were not seen with cc 8011-23, EAI 80021, nor LR 5625.

cc 7711-18 is the only fluorochemical surfactant which has undergone testing to determine its chronic effects on Daphnia [87] and its acute effects on vascular plants. While the product showed chronic toxic effects at very low concentration exposures, 0.1 mg/l, to daphnids, it was found not to be very toxic to vascular plants. It had no effect on germination, root growth, or hypocotyl growth of soybeans, ryegrass, or corn at concentrations ranging from 1000-1800 mg/l.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052980

-47-

## TABLE 10

### OTHER ENVIRONMENTAL EFFECTS DATA[a] ON FLUOROCHEMICAL SURFACTANTS

| Product | Immediate Inhibition of Activated Sludge | 48-Hr. $LC_{50}$ Daphnia magna | Other Effects | Lab Request No. or Reference |
|---|---|---|---|---|
| FC-90 | None at 250 mg/l | 18 mg/l | | 6260S 6457S |
| FC-95 | None at 4000 mg/l[b] | | | (79) |
| FC-98 | None at 100 mg/l | | | 5428 |
| FC-99 | None at 250 mg/l | | | 4895 |
| FC-100   (c) | None at 150 mg/l | | | 4950S |
| FC-127 | None at 500 mg/l | | | 7009 |
| FC-128 | | | No inhibition of microbial activity at low mg/l[d] | 2174 |
| FC-129 | None at 500 mg/l | | | 6003 |
| FC-134 | | | No inhibition of microbial activity at low mg/l[d] | 2174 |
| FC-170C | | 1.5 mg/l 1.0 mg/l | No effect on soy-bean, rye, and corn growth and germination at 1800 mg/l[e] | 4197 (87) |
| FC-171 | None at 1000 mg/l | | 0.15 mg/l caused reduced survivability, number of broods, and brood size in 28-day daphnid life cycle study.  Later generations were less sensitive. | 5951 |
| FM-3555(e) | 30% inhibition at 1000 mg/l None at 100 mg/l | | | 5062 |

Footnotes:

(a)  All values based on surfactant solids.
(b)  Exposure to FC-95 continued for 4 hrs. as opposed to 5 to 10 min. sludge exposures in other tests.
(c)  Hydroxy foamer.
(d)  Measured by TTC (2,3,5-Triphenyltetrazolium chloride) test for dehydrogenase activity re: "Dehydrogenase Enzyme as a Parameter of Activated Sludge Activities," Ford, et al.  Proceedings of the 21st Industrial Waste Conference, Purdue, May 3, 4, and 5, 1966.
(e)  The no effect level for soybean root length was 1000 mg/l.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052981

-48-

2.  Recommended Testing

    a)  Physical Chemical

        Solubility – Water solubility data on 3M
        fluorochemical surfactants is adequate for use in
        estimating the environmental mobility of these
        compounds.  Further water solubility measurements
        on 3M fluorochemical surfactants are not
        specifically recommended, but some may be
        included as part of efforts to develop structure
        activity relationships for fluorochemicals.

        Partition Coefficients – Octanol/water partition
        coefficient measurements on fluorochemical
        surfactants FC-95 and FC-143 are recommended.
        True "partition coefficients" can't be made on
        these ionic materials, but octanol/water
        distribution coefficients can be measured.  The
        usefulness of such distribution coefficients in
        predicting chemodynamic properties from
        octanol/water partition coefficients is now
        uncertain, but these measurements will be helpful
        in determining their utility in this area.  FC-95
        and FC-143 are appropriate choices for this
        testing since they represent the range of
        fluorochemical surfactant solubility:  FC-95 is
        one of the least soluble FC surfactants, and
        likely to have one of the highest octanol/water
        distribution coefficients among this class of
        fluorochemicals, while FC-143 has one of the
        highest solubilities.

        Distribution coefficients will be measured, if
        possible, by standard procedures such as those
        approved by the OECD (88) and the USEPA (89).
        The separated phases will be analyzed for total
        organic fluorine, for the specific fluorochemical
        by capillary GLC following methylation, or by
        using radiolabeled materials.  Standard samples
        prepared in water-saturated octanol and
        octanol-saturated water will be used as controls.

        These distribution coefficient measurements are
        given the following priority:

            FC-95 – Priority I
            FC-143 – Priority I

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052982

-49-

Soil TLC – Since preliminary soil TLC tests on FC-95 and FC-143 gave ambiguous results, we recommend repeating these tests.  The standard USEPA soil TLC procedure will be followed [71]. The procedure requires a $^{14}C$-labeled substrate and produces a standard TLC $R_f$ value that characterizes the mobility of the fluorochemical in soil systems.

Soil TLC testing of fluorochemical surfactants is given the following priority.

    FC-95 – Priority II
    FC-143 – Priority II

Bioadsorption – As FC-143 and FC-95 have been found to bind to protein in rats, it seems probably that they would also bind to the microbial proteins in activated sludge.  It is recommended that Bioadsorption Studies be run using the Environmental Labratory protocol [74] and radiolabeled materials.  Such studies would be useful in determining whether these compounds would be most likely to pass through a wastewater treatment system in the aqueous phase or bind strongly and be disposed of with activated sludge.

Biosorption testing of fluorochemical surfactants.

    FC-143 – Priority III
    FC-95 – Priority III

Vapor Pressure – Vapor pressure measurements are necessary to estimate the volatilization of fluorochemicals and to make quantitative predictions of environmental distribution. Measurements will be made following standard USEPA [90] or OECD procedures [91] and will most probably be performed by Analytical and Properties Research at CRL.

    EAI 80021 – Priority III
    FC-143 – Priority III

Greater priority is given to work on FC-143 since this material will typically enter the atmosphere through its use in PTFE manufacture.  It is also a higher volume product.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052983

-50-

b)  Degradation

Biodegradation – FC-171 and FC-170C have both
given indications of partial biodegradation in a
20-day BOD test, suggesting possible degradation
of the Carbowax portion of these molecules.
Studies on FC-171 under more rigorous conditions
are recommended to substantiate these partial
degradation findings and to identify degradation
products.

The recommended test approach involves using
preacclimated microorganisms as inocula for a
28-day BOD (92).  If biodegradation tests are
positive, an attempt will be made to identify
major degradation products.  This testing is
important to substantiate the previous
inconclusive findings of partial microbial
degradation of 3M fluorochemicals with covalently
bonded nonfluorinated moieties and to determine
if perfluorooctane sulfonic acid (the FC-95
fluorochemical) is the major degradation product.
Analytical methods could involve techniques such
as methylation and capillary GC or TLC of radio-
labeled FC-171 degradation products.  The $^{14}C$
label should be on the perfluorinated portion of
the FC-171 molecule.

28-Day BOD:
    FC-171 - Priority I
    Degradation Product Identification -
    Priority II

No degradation has been observed in BOD tests on
the hydroxy foamer, F-6422, or on any other
quaternary ammonium fluorochemical surfactant.
Since the hydroxy foamer is an important
component of "LIGHT WATER" products and is also
finding a significant use in copper mining,
rigorous biodegradation tests such as the SCAS*
test or soil respirometric tests are recommended.
This testing would be greatly facilitated by the
use of radiolabeled hydroxy foamer with the
radiocarbon tag placed on the hydrocarbon portion
of the molecule.

If results indicate significant degradation, an
attempt will be made to identify degradation
products.

Soil Respirometry or SCAS:
    Hydroxy foamer - Priority II
    Degradation product identification -
    Priority III

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Semicontinuous activated sludge

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052984

-51-

While the structure of FC-95 and FC-143 suggests they will have extreme resistance to biodegradation, testing to date is only sufficiently rigorous to show that their degradation cannot be depended upon to occur in an aquatic environment.  More rigorous aerobic biodegradation tests are recommended to further substantiate the expected complete resistance of FC-95 and FC-143 to biodegradation.  Conditions rigorously favoring biodegradation will be used such as mixing the products with garden soil and compost further inoculated with sludge that has been acclimated to these chemicals.  Such studies could be extended up to 1 year depending on results, and would be periodically primed with fresh decaying materials.  Analytical methods will involve testing for fluoride release using the fluoride electrode, measurement of $^{14}CO_2$, absorbed in base, or searching for other degradation products of radiolabeled fluorochemicals by TLC autoradiography.

Rigorous (soil) aerobic biodegradation:
    FC-95 - Priority II
    FC-143 - Priority II

Rigorous anaerobic biodegradation tests involving long-term (i.e., weeks-months) burial of FC-143 as a representative perfluorinated surfactant in water-saturated soil are also recommended. Analytical methods will be the same as for the rigorous aerobic tests.

Rigorous anaerobic biodegradation:
    FC-143 - Priority III

<u>Photodegradation</u> - Since no photochemical degradation of a 3M fluorochemical surfactant has yet been demonstrated in aqueous solution[71,72], exploratory photodegradation studies are suggested to test possible activation by surfaces such as silica sand or "sensitizing agents" like the organic components of natural water.



Candidate fluorochemical surfactants, preferably radiotagged, will be both coated onto sand or silica gel and also dissolved in water containing sensitizing agents.  Both the coated silica and aqueous samples will then be irradiated in Vycor tubes by sunlight for 3, 6, and 12-month periods. After irradiation, the samples will be extracted, analyzed for initial fluorocarbon and/or daughter products by TLC autoradiograph, or GLC following methylation, and for fluoride release using the fluoride electrode.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052985

-52-

FC-143 and FC-95 Photodegradation:
    On silica - Priority III
    Sensitized - Priority III

Hydroxy foamer* photodegradation:
    Sensitized - Priority III

c)   Bioconcentration

Because an active mode of concentrating
perfluorooctanoic acid exists in rats [75], it
seems possible that fish or other organisms could
actively concentrate this or other fluorochemical
surfactants from the environment.  Laboratory
studies should be done to prove or disprove this
possibility.  Whole body fish bioconcentration
studies using EPA-approved techniques [93] and
radiolabeled materials are recommended.

Fish bioconcentration studies on fluorochemical
surfactants.

    Perfluorooctanoate (FC-143) - Priority I
    Perfluoroctane sulfonic acid (FC-95) -
    Priority I

d)   Effects

Aquatic bioassays are proposed to complete the
aquatic toxicity profiles of several selected
fluorochemical surfactants.  These bioassays will
employ standard Environmental Laboratory
procedures [87,94,95].

Environmental screening tests have been done on
the hydroxy foamer in two mixtures, FM-3974 and
FC-100 (LR Nos. 4950 and 5720).  Assuming that
all of the toxicity of these mixtures is due to
the FC solids, the hydroxy foamer has a 96-hr.
$LC_{50}$ for Fathead minnow of 20-25 mg/l.  Tests on
the surfactant alone to confirm this toxicity
level are desirable.

    Fish - 96-hr. $LC_{50}$ on Solvent-free Hydroxy
    Foamer - Priority III

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    * Photodegradation tests on hydroxy foamer are
    recommended only if it does not biodegrade
    under rigorous conditions.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052986

-53-

Fish bioassays on FC-127, FC-128, and FC-129, which all contain the same fluorochemical surfactant, suggest that solvents found in FC-127 and FC-129 may have a significant antagonistic effect on the toxicity of this fluorochemical. Acute fish bioassays on an FC-128 sample both in the presence and absence of isopropanol would clarify if the great differences in toxicity observed (Table 9) were due to antagonistic effects or differences in toxicity of different lots of this surfactant.

Testing is currently underway (LR #8442) on L-6778, F-6873, a product similar to FC-127, that may partially answer this question.  As an addendum to the routine screening, the Environmental Laboratory is also looking at the toxicity of this product after evaporating off the solvent.  The need for further testing will depend on the results of this testing.

> Fish 96-hr. $LC_{50}$ on FC-128 with and without solvent – Priority III

Since most fluorochemical surfactants find their way into aquatic environments, 28-day Daphnia bioassays similar to that done on FC-170C [87], and 14-day multigeneration algal bioassays similar to those done on FC-143 and FC-95 are recommended for all of the major fluorochemical surfactants.

Toxicity tests on those organisms, which represent 2 major components of the aquatic community, plants and invertebrates, will give a broader perspective of the toxic potential of fluorochemical surfactants to the aquatic environment.  This broader perspective is needed because the minimal daphnid and algal test data presently available has shown that toxicity to these organisms cannot be predicted reliably from fish bioassay data.  For example, FC-170C is practically nontoxic to fish but moderately  to highly toxic to daphnids, and FC-95 when compared with FC-143 is more toxic to fish but less toxic to algae.



These tests should be done on the neat fluoro-chemicals to avoid synergistic effects from solvents in which they are sold.  Chronic Daphnia studies will be done only on products with $LC_{50}$ values less than 100 mg/l or which show a delayed onset of toxicity in preliminary acute bioassays on this organism.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052987

-54-

14-Day Algae Bioassays on the neat
fluorochemicals contained in:

| | |
|---|---|
| FC-128 | Priority II |
| FC-100 | Priority II |
| ~~CC-773-58~~ FC-133 | Priority II |
| FC-171 | Priority II |

28-Day Daphnia Bioassay on the neat fluoro-
chemicals contained in:

| | |
|---|---|
| FC-143 | Priority II |
| FC-128 | Priority II |
| FC-100 | Priority II |
| ~~CC-773-58~~ FC-133 | Priority II |
| FC-171 | Priority II |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052988

-55-

D. <u>Phosphates</u>

   1. <u>Background</u>

   The Environmental Laboratory has generated data on
   FC-807, which is one of the highest volume products
   in the FC product line.  It is a mixture containing
   mostly the ammonium salt of the di-phosphate ester of
   the ethyl FOSE alcohol, FM-3422 but also containing
   some of the mono- and tri-phosphate ester salts.

   a)  Physical Properties

       The Environmental Lab has generated no
       physical-chemical data on the fluorochemical
       component of FC-807.

   b)  Degradation

       <u>Hydrolysis</u> - The results of a hydrolysis study on
       FC-807 (NB 46269 p. 22, 24) show that incubation
       at 45°C for 24 hours at pH 3, 6, 9, 10, 12, and
       12.3 did not increase the FM-3422 concentration
       above that initially present as an unreacted
       chemical precursor of FC-807.  This work is
       significant because it suggests that rapid
       chemical hydrolysis of FC-807 to FM-3422 is
       unlikely in the environment.

       <u>Biodegradation</u> - Biodegradation testing on FC-807
       involved both biochemical oxygen demand (BOD)
       tests (96, LR #3488) and inconclusive shake flask
       tests from the Fate of Fluorochemicals Study Part
       I.

       The BOD test results lead to the conclusion that
       the FC-807 fluorochemical component is not easily
       biodegraded.  The 20-day BOD of FC-807 is only
       about half of the chemical oxygen demand (LR
       3844).  Since isopropanol, which makes up 40% of
       the organics, should have been nearly completely
       degraded in this test, very little, if any,
       degradation could have occurred to the remaining
       60%, which is the fluorochemical component.

       The shake flask biodegradation studies are
       inconclusive because no analytical technique for
       FC-807 was available at the time.  A nonspecific
       analytical technique (TOC) also did not work
       because material precipitated from solution,
       possibly due to calcium in the culture medium.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052989

-56-

c)  Effects

The available data demonstrate three
environmental effects properties of FC-807:  1)
it has minimal acute toxicity to aquatic
organisms (96-hr. $LC_{50}$ Fathead minnow (<u>Pimephales
promelas</u>) >3600 mg/l) (96, LR 1204, LR 2191, LR
2256); 2) it does not significantly affect waste
treatment system operation at <1200 mg/l [96],
and 3) it does not retard the biodegradability of
treated cardboard [97].

2.  <u>Recommended Testing</u>

a)  Physical Properties

To enable the evaluation of FC-807 environmental
mobility, measurement of water solubility,
partition coefficient, soil sorption, soil TLC,
and vapor pressure of FC-807 fluorochemical
components* are recommended.  Of these,
solubility and partition are most important since
they can most easily be used to predict other
chemodynamic properties.

<u>Water Solubility</u> - The Environmental Laboratory
will measure fluorochemical solubility in water
using current recommended methodology [98].
Analysis of the saturated water samples could
involve GLC of the methylated samples, allowing
determination of the relative solubility of the
mono- and di- esters.  Alternatively, or for
confirmation purposes, radiolabeled FC-807 could
be used.

Water Solubility of FC-807 - Priority I

<u>Octanol/Water Partition Coefficient</u> - $K_{ow}$ will be
measured by standard procedures[88,89].  The
analytical procedures will be the same as those
described above for measuring FC-807 water
solubility.

Distribution Coefficient of FC-807 -
Priority I

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*"fluorochemical components" refers to the mono-, di-, and
tri-phosphate ester salts of ethyl FOSE alcohol.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052990

-57-

Soil/Organic Matter Adsorption Coefficient ($K_{OC}$)
Soil sorption measurements are proposed to aid in
evaluating the mobility of FC-807 in the soil
environment.  For example, these data will aid in
predicting the rate and extent of leaching from
landfills to groundwater.  This work will follow
standard procedures (98,99,100).  The analytical
methods will be the same as used for water
solubility and $K_{OW}$, but because of possible
interferences caused by soil, the need for
radiolabeled material is greater.

$K_{OC}$ of FC-807 - Priority III

Soil TLC - This procedure will confirm $K_{OC}$
measurements.  USEPA recommended procedures will
again be followed (71).  These EPA procedures
require radiolabeled materials.

Soil TLC of FC-807 - Priority III

Vapor Pressure - Vapor pressure measurement for
FC-807 is proposed to complete its physical
property profile.  This measurement is necessary
to estimate the extent and rate of its movement
into the atmosphere (101).  Analytical and
Properties Research at CRL is probably the most
appropriate laboratory for this testing.

Vapor Pressure of FC-807 - Priority III

b)  Degradation

Degradation studies on FC-807 will allow
estimation of its persistence in the environment
and identification of degradation products.

Proposed biodegradation studies, as a first
stage, will simply involve looking for an
increased concentration of FM-3422, the most
likely degradation product, by GLC as was done in
the above described FC-807 hydrolysis experiment.
In this case, extraction with ethyl ether or
dioxane will be necessary to insure complete
extraction of FM-3422 which we have found binds
strongly to biological sludge and soil.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052991

-58-

If studies give an indication of FC-807
biodegradation, further work will be done
involving specific analysis for FC-807 components
and other possible degradation products such as
FC-95. As described above, these specific
analytical methods will consist of gas-liquid
chromatography of methylated extracts, or, if
possible, thin-layer chromatography of
radiolabeled FC-807.

All proposed testing will be done under
conditions rigorously favoring biodegradation.
FC-807 will be incubated for extended periods in
a mixture of compost and soil.

>       Rigorous Soil Biodegradation Tests on FC-807
>       - Priority III

c)   Effects

A 28-day Daphnia bioassay (87) and a 14-day algae
test (84) are needed to complete the
environmental effects profile on this important
fluorochemical. Procedures and decision points
will be the same as those recommended for
fluorochemical surfactants.

FC-807:

>       14-day Algae Bioassay - Priority II
>       28-day Daphnia Bioassay - Priority II

E.   Alcohols

1.   Background

a)   Usage

Only a few relatively small-volume products,
FC-10, PPA-790, PPA-791, contain the free
fluorochemical alcohols as other than an
uncompletely reacted raw material. Thus, the
importance of the alcohols (FM-3422 and FM-3925)
from an environmental assessment perspective is
mainly a concern with wastes from manufacture and
the possible release of these alcohols from the
degradation of other products such as the
fluorochemical acrylates and the phosphates
(FC-807) in which the alcohols are chemically
bound.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052992

-59-

b) Physical Properties

Water Solubility - Water solubility measurements
have been made on FM-3422 (102,103) and FM-3925
(104) by the Veith technique (105). This process
saturates water by recirculating it through a
column of sand or glass beads coated with a low
solubility material. Unfortunately, the
technique preferentially leaches the more soluble
components of impure materials from the column.

This defect of the procedure can be significant
with this class of products since both alcohols
are actually mixtures of several isomers which
likely have different solubilities but were
undifferentiated by the analytical method used.
This lack of purity makes it impossible to
accurately and reproducibly measure solubility
and partition coefficient by any standard method,
but the Veith technique is particularly deficient
in this respect. For example, the two solubility
values given for FM-3925 (2.3 mg/l and 0.82 mg/l)
resulted from two sequential recirculations
through the same coated column. From these data,
it appears that the more soluble components came
off in the first washings. Thus, the 0.82 mg/l
value probably more closely represents the
solubility of the major FM-3925 component.

The lack of chemical purity may also be the cause
of variability in FM-3422 solubility
measurements. Early, apparently repeatable
results showed an FM-3422 water solubility of
0.05 mg/l (102), but our latest set of
measurements consistently showed a value of about
0.16 mg/l (103).

Octanol/Water Partition Coefficient - The
partition coefficient for the ethyl FOSE alcohol
is also not accurately known, but the ratio of
the product's water solubility and octanol
solubility (106) indicates that the partition
coefficient is high (possibly between $10^6$ and
$10^7$). On the other hand, using the average
measured solubility of FM-3422, 0.1 mg/l
(0.18 uM), the regression equation of Chiou
et al (19) predicts an octanol/water partition
coefficient for FM-3422 of $3x10^5$. The
distribution coefficient of FM-3925 has been
measured by the standard Environmental Laboratory
procedure and was determined to be $5.7x10^4$ (107).

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052993

-60-

These water solubility and partition coefficient data suggest that the two fluorochemical alcohols would tend to partition from water into sediments, lipid tissues of aquatic organisms, and suspended organic matter, such as activated sludge.

Soil Sorption - FM-3925 and FM-3422 were found to have soil organic carbon adsorption coefficients, $K_{OC}$, of 3,500 and 15,000 (108,109), respectively, which indicates very low mobility in soil and is in agreement with the low water solubilities of these compounds. Preliminary soil TLC measurements were also made on FM-3422 (72). In this test, the FM-3422 remained at the origin, which is consistent with its $K_{OC}$ and water solubility data. Together, the water solubility, soil sorption, and soil TLC measurements indicate that FM-3422 will have very low mobility in the soil environment.

Vapor Pressure - From nonquantitative observations, the volatility of FM-3422 was found to be substantial (102,106). FM-3422 steam distills or coevaporates appreciably with water. These observations suggest that FM-3422 has a significant vapor pressure. Due to its structural similarity, FM-3925 likely behaves in a similar manner.

c)  Degradation

Chemical Degradation - Lab tests have shown that FM-3422, when treated with 5% KOH in absolute ethanol at 50-53°C, hydrolyzes to form FC-95 with a half-life of 77 hours (106). These results, however, cannot be extrapolated to estimate environmentally relevant alkaline hydrolysis rates in water. Alkoxides formed in alcohol are much stronger bases than hydroxyls in water. This stronger activity can cause reactions to take place in alcohol that may not occur in water.

Our present understanding is that FM-3422 would not hydrolyze at a significant rate in the environment since sulfonamides are stable in water at normal pH, only hydrolyzing in strong acid or caustic solutions (110).

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052994

-61-

Photodegradation - Photolysis studies by the
Agrichemical Group on FM-3422 in DI water have
given negative results (111).  In addition, the
Environmental Laboratory has done two
photodegradation studies on FM-3925.  The first
involved exposing a saturated aqueous solution of
FM-3925 for 30 days to a 40 W fluorescent black
light (112).  The second involved exposing
supersaturated aqueous solutions of FM-3925 to
natural sunlight for 7 months both in the
presence and absence of acetophenone, a
photochemical "sensitizing" agent (113).  Neither
study showed any significant photodegradation.
Aquatic photolysis doesn't appear likely to cause
significant degradation of these compounds.

A photolysis study on FM-3422 adsorbed to soil
(114) has given slight positive, yet
inconclusive, results.  In this study, adsorption
to silica could have lowered energy requirements
for photodegradation.

Biodegradation - No biodegradation of either
FM-3422 or FM-3925 has been substantiated by
analytical means in any of several biodegradation
tests conducted in the Environmental Lab.  The
tests conducted on FM-3422 include a Warburg
(79), a 10-day semicontinuous activated sludge
(115), and a 6-month shake flask study which used
inocula from a number of sources, including soil
and sludge that had been exposed to
fluorochemicals (115).  These studies show that
rapid aerobic, microbial conversion of FM-3422 to
other products is unlikely.

In contrast, perfluorooctane sulfonic acid
(FC-95) has been identified in rat and monkey
serum following 30 and 90-day FM-3422 feeding
studies (116).  Its concentration was 300-750
times greater than that of residual FM-3422,
suggesting that it is a major metabolite of
FM-3422 in mammalian systems.  Due to the great
diversity of catabolic capabilities in
microorganisms, this finding increases the
probability that microbial systems may eventually
be 'found that are also capable of this
conversion.  It also suggests that
biotransformation could occur in other organisms,
such as fish or food crops grown on soil in which
fluorochemical-containing wastewater sludge has
been incorporated.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052995

-62-

d) Bioconcentration

It has been demonstrated that fish will
bioconcentrate FM-3422 in their tissues, with
whole fish values ranging from 200-600 times the
concentration of this material in the
water [8,9]. These bioconcentration factors
(BCF) values were independent of species. BCF
data of similar orders of magnitude were found
for both bluegill sunfish or channel catfish.
Muscle samples had a BCF value of approximately
200, whereas relatively more fatty tissues
bioconcentrated FM-3422 to a much greater degree,
e.g., BCF = 1000 in brain tissue. This finding
that FM-3422 tends to concentrate in lipophilic
material qualitatively agrees with predictions of
the regression equation developed by Neely [117]
relating octanol/water partition coefficient
($K_{ow}$) to BCF. Quantitatively the equation
predicts whole fish BCF's about one order of
magnitude higher than that observed.

Fish cleared accumulated FM-3422 upon return to
clean water. Experiments with both channel
catfish and bluegill sunfish showed clearance to
be about 95% complete in 14 days [8]. A second
study, using only channel catfish, showed 70%
whole body clearance in five days [9]. Muscle,
the major edible component of fish, cleared 50%
of the FM-3422 in the same five-day period.

A major question remains about this
bioconcentration work since a review of the raw
data (NB #41947, p. 21, 23, 24, 25, 41, and
NB #46269, p. 35) shows that no tests were done
to demonstrate that the solvents used (octanol
and ethyl acetate) would quantitatively extract
FM-3422 from fish tissue. Work on microorganisms
suggests that some binding to cellular material
is irreversible [115].

e) Effects

Bioassay data on the fluorochemical alcohols,
which include acute fish and daphnia studies on
both FM-3422 and LR-3925, and algal studies on
FM-3422, indicate a lack of toxicity of these
compounds at or near their solubility limits, ca,
0.1 and 1 mg/l, respectively (Table 11). Egg-fry
studies on FM-3422 indicated no toxicity at
2 ug/l or approximately 1/3 water saturation.
This was the highest concentration used in this
study. This lack of toxicity has also been
indirectly substantiated by other tests. For
example, a semicontinuous activated sludge system
operated for 10 days with 500 mg/l

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052996

-63-

of emulsified FM-3422 and produced no apparent toxicity to the sludge microorganisms [115]. In bioconcentration studies on bluegill sunfish and channel catfish [8,9], FM-3422 showed no toxic effect despite the fact that the fish concentrated FM-3422 to whole body concentrations of up to approximtely 300 mg/kg [9].

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### TABLE 11

#### BIOASSAY DATA ON FM-3422 AND FM-3925

| Test | FM-3422 | FM-3925 | References |
|------|---------|---------|------------|
| 48-Hr. LC50 Daphnia magna | exceeds water solubility | (1350 mg/l)[c] | (1,118) |
| 96-Hr. LC50 Bluegill sunfish | exceeds water solubility | exceeds water solubility >100 mg/l)[c] | (1,118) |
| 30-day egg-fry[a] exposure | MTC[b] >20 ug/l | | (119) |
| Algae[d] 14-day EC50 cell count | >1,800 mg/l[c] | | (120) |

Footnotes:

(a) Fry were Fathead minnow (Pimephales promelas).
(b) MTC - Minimum Threshold Concentration (20 ug/l was the highest concentration used).
(c) This concentration is greatly above maximum water solubility.
(d) The green algae used in these studies was Selenastrum capricornutum.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2.  Recommended Testing

    a)  Physical Properties

        Water Solubility and $K_{OW}$ - More accurate measurements of FM-3422 water solubility, FM-3422 octanol/water partition coefficient ($K_{OC}$), and FM-3925 water solubility are needed for structure activity work. These measurements preferably should be made on individually isolated isomers. Work will be done using EPA-approved protocols and, if available, radiolabeled fluorochemicals to simplify analysis and cut analytical costs.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052997

-64-

Water Solubility:

       FM-3422 - Priority III
       FM-3925 - Priority III

Distribution coefficient ($K_{ow}$):

       FM-3422 - Priority I

<u>Soil Sorption</u> - Soil Thin-Layer Chromatography
(TLC), using the U.S. EPA protocol [79], is
recommended to substantiate the prediction that
fluorochemical alcohols have low soil mobility.
Adsorption data obtained using this procedure may
show differences among various fluorochemical
alcohol isomers.  These studies will aid in
determining the rate and extent of movement of
these alcohols in soil environments such as
landfills and sludge incorporative sites.  Soil
TLC measurements on FM-3422 are of lower priority
since this type of work has already been done,
although prior to the availability of a standard
procedure.  Soil TLC requires radiolabeled
materials.

Soil TLC:

       FM-3925 - Priority II
       FM-3422 - Priority III

<u>Vapor Pressure</u> - Since preliminary laboratory
observations indicate that FM-3422 readily
volatilizes from water, quantitative measurements
of vapor pressure and aqueous volatility are
needed to model the movement of this compound and
FM-3925 between various environmental
compartments and the atmosphere.  Measurements
may be most efficiently performed by Analytical
and Properties Research, CRL.

Vapor pressure and volatilization measurements
are proposed for:

       FM-3422 - Priority I
       FM-3925 - Priority II

b)  Degradation

<u>Chemical Degradation</u> - Chemical hydrolysis of
FM-3422 has only been measured in the presence of
alcoholic KOH.  These findings cannot be
extrapolated to estimate environmental
half-lives.  Therefore, tests more directly
applicable to the environment are needed.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052998

-65-

Testing under high temperatures (up to 60°C) and pH's (up to pH 11) may be necessary to observe hydrolysis within a reasonable time frame. Knowledge of the hydrolysis rate of FM-3422 is important because it is likely to be the most significant mode of environmental degradation for this chemical.  To date, neither microbial nor photodegradation tests have shown them to be important.  If hydrolysis is observed, attempts will be made to extrapolate findings to predict half-lives under normal environmental conditions and to identify hydrolysis products.

This testing can give only an upper limit to half-life since other mechanisms of hydrolysis may play a more dominant role at neutral pH.  For example, mechanisms such as hydrolysis by $H_2O$ alone or general acid-base hydrolysis catalyzed by metals or other materials in the environment would not be speeded up by increasing the pH. Radiolabeled material will facilitate this testing.

Proposed hydrolysis tests:

    FM-3422 - Priority III
    FM-3925 - Priority III

Photolysis - A previous study has given an indication that some photodegradation of FM-3422 may occur when adsorbed to soil.  Testing to measure the photolysis of FM-3422 adsorbed to silica sand or silica gel is recommended to confirm this finding.

Testing will involve placing a thin coating of FM-3422 on silica sand or preferably silica gel from a solvent, spreading a thin layer of the coated substrate on the bottom of an airtight Vycor® container, and exposing to sunlight for up to one year.  The container used will be transparent to sunlight down to 290 nm to permit the maximum environmental degradation rate.

    Photolysis of FM-3422 on Silica Gel or Sand -
    Priority III

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10052999

-66-

Biodegradation - Hydrolysis, photolysis, and
biodegradation studies under moderately rigorous
conditions have not shown degradation of
environmental significance in previous testing.
A need exists to run aerobic microbial
biodegradation studies under the most rigorous
conditions conceivable at moderate cost.   Such
studies would allow us to determine whether
measurable biolysis might be occurring in the
environment, but was undetectable under the
milder laboratory conditions of previous tests.

The proposed biodegradation study will modify
standard soil burial methods by simultaneously
composting organic material with the soil.   This
approach, which increases microbial activity in
the soil, has been found to greatly increase the
degradation rate of organic compounds very
resistant to degradation(121).

This study would be greatly facilitated by the
use of radiotagged FM-3925 and FC-3422.  This
would allow detection of $^{14}C$-FC-95 or other
degradation products by TLC if the label were on
the perfluorinated portion.  If the label were on
the hydrocarbon portion of the fluorochemical
alcohol, $^{14}CO_2$ evolution would be measured, and
if results indicated significant degradation, the
program would be expanded to identify degradation
products.

Proposed rigorous soil aerobic biodegradation
testing:

    FM-3422 - Priority I
    FM-3925 - Priority II

No study of FM-3422 biodegradation under
anaerobic condition has been done.  Rigorous
anaerobic tests are also recommended such as
mixing $^{14}C$-FM-3422 in river sediments or
water-saturated soil supplemented with digester
sludge and adequate nutrients.  Such testing
would provide optimal conditions for anaerobic
degradation.  It is relevant to the
fluorochemical alcohols since water solubility,
octanol/water partition coefficient, and soil
sorption data all suggest that the alcohols are
likely to accumulate in sediments or soil.  This
testing would preferably be done with the $^{14}C$
label on the perfluorinated portion of FM-3422.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053000

-67-

Proposed Anaerobic Testing:

    FM-3422 - Priority II

Biotransformation - The metabolism of FM-3422 by
fish has not been investigated in our previous
studies.  Indications have appeared in the
internal 3M literature (122,123) that this
process is operative in mammalian systems.  It
is, therefore, recommended that similar studies
be done on fish and plants.  Fish studies could
be performed alone or in conjunction with other
long-term studies such as fish chronic tests.

Accumulation in plants is of significance since
food crops are grown in areas in which
FM-3422-containing sludge is applied.  A
preliminary study of accumulation of FC's,
including the methyl and ethyl FOSE alcohols,
into crops grown at Decatur is now underway.
Samples are awaiting analysis in the Commercial
Chemicals Division Analytical Laboratory (124).
Proposed laboratory studies will examine roots
and aboveground portions of corn and soybeans
grown to maturity.  Again, radiolabeled FM-3422
should be used in future studies and plant tissue
assayed for parent and degradation compounds.

Information from this study will be used to
estimate environmental risk of sludge soil
incorporation practices.  It will allow
determination of whether vegetation grown at
these sites could uptake, accumulate, and pass
fluorochemicals into the human food chain.
Abnormalities in plant growth and development
will also be checked.  The study will follow
proposed standard procedures for vegetation
uptake measurement (125).

Proposed fish biotransformation studies:

    FM-3422 - Priority III

Proposed plant uptake and biotransformation
studies:

    FM-3422 - Priority II

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053001

-68-

c) Bioconcentration

Fish bioconcentration data are suspect because,
as indicated above, no checks were done to show
quantitative extraction of FM-3422 from fish
tissue.  It is recommended that such checks be
done at this time.  Testing would involve adding
FM-3422 to fish tissue homogenized in water,
mixing for 1 hr. and 8 hrs.  This would be
followed by extracting with ethyl acetate and
n-octanol, the solvents used in the fish
bioconcentration studies, as well as ethyl ether,
a solvent which unlike the other two solvents
extracted FM-3422 quantitatively from
microorganisms.  Analysis will be by GLC with
electron capture detection or by the use of
radiolabeled material.

Confirmation of fish bioconcentration study
extraction procedure:

    FM-3422 - Priority I

d) Effects

We recommend expanding the bioassay data on
FM-3422 with a 28-day daphnia bioassay. This data
will allow a more complete evaluation of the
environmental safety of the important
fluorochemical alcohols.  This testing is needed
to determine if this apparently long-lived
environmental contaminant causes any long-term
toxic effects.  Tests on daphnids, a
representative of the invertebrates, are
particularly useful since they are generally more
sensitive to toxicants than fish and algae.
These tests are also much less costly than other
chronic studies.  Daphnia magna life cycle
studies are completed in 28 days as opposed to
nine months for fish.

28-Day Daphnia Bioassay FM-3422 - Priority II

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053002

-69-

F.  Acrylates

   1.  Background

      a)  Chemical Characteristics

The 3M fluorochemical acrylate products are all formulated products.  They contain components such as solvents and emulsifying agents, in addition to fluorochemical-containing acrylate polymers.

The acrylate polymers are made from fluorochemical acrylate and common hydrocarbon acrylate monomers.  MeFOSEA ($C_8F_{17}SO_2N(CH_3)$ $C_2H_5$-O-C(O)CH:CH$_2$) is the most important fluorochemical monomer[126].

There are two types of acrylate fluorochemical polymers:  emulsion and solution polymers.  The emulsion polymers (those polymerized as emulsions in water) have molecular weights (MW) ranging from 200,000 to greater than a million.  The solution polymers (those polymerized in organic solvents) have molecular weights ranging from 20,000 to 200,000.  The MW ranges are estimates since there are really little hard data on MW [126].

These acrylate products may also contain some unreacted fluorochemical alcohol (approx. 1%), and this low level contaminant may be the most environmentally significant aspect of these products.  Low molecular weight components are of more environmental concern than polymers because they are likely to be more mobile, having higher solubility and vapor pressure, and they are more likely to pass through or into biological membranes, possibly causing toxic effects.  Thus, because of their high MW and their inertness, the acrylate polymers, per se, are not likely to cause significant adverse effects.

      b)  Physical Properties

The Environmental Lab has generated no physical properties data on acrylate polymers.  Based on their chemical structure, these products are likely to have low water solubility, and based on their MW, they are expected to have negligible volatility and little mobility in a soil environment.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053003

-70-

c) Degradation

The only significant question with acrylate polymers is whether they will break down under environmental conditions to release more environmentally significant low MW FC components. As a general rule, FC acrylates are more stable (they depolymerize less readily) than their hydrocarbon analogs [126].

Chemical Degradation - Due to their known chemical stability, it seems unlikely that the acrylate products would undergo rapid chemical degradation in lab tests simulating normal environmental conditions. The products, however, are known to degrade in strong base (pH 11-12) but are not easily acid hydrolyzed [126]. This suggests that the acrylates will undergo some slow basic hydrolysis in the environment.

Photodegradation - The acrylates (e.g., MeFOSEA/BA) do not discolor when exposed to light [126] which suggests resistance to photodegradation, but some such degradation is possible on sunlight exposed fabrics. Both waterborne and solid manufacturing wastes containing fluorochemical acrylates are not likely to be exposed for long period to solar radiation since the high MW of these polymers suggests that they will not volatilize and that they will move into sediments or be buried in soils where little solar exposure is possible.

Biodegradation - The likelihood of rapid biodegradation is low. Evaluation of biodegradation tests done by the Environmental Laboratory, however, is complicated by the presence of biodegradable surfactants and solvents in the tested acrylate products. In all cases, though, the extent of biodegradation can be explained as being solely due to the nonacrylate components. The lack of ready biodegradation is substantiated by the fact that hydrocarbon acrylates are generally not biodegradable [127,128], and FC acrylates are likely to be even more resistant.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053004

-71-

d)  Effects

Environmental effects tests have been done on a
large number of acrylate products.  Some of these
data are summarized in Table 12.  This table
groups products containing the same acrylate
polymer together.  It gives the weight
percentages of the specified acrylate polymers in
the nonaqueous component of each product.  As
these data are for formulated products, they do
not directly represent the toxicity of the
fluorochemical acrylate polymers.  In fact, the
solvents and surfactants in these products are
the major cause of product toxicity.  The data
only allow one to set minimum $LC_{50}$ values for the
fluorochemical acrylate polymers.

Only one acrylate product family (cc 805-14) has
an aquatic $LC_{50}$ value low enough to be classified
as moderately toxic (see Appendix I).  This
causes little concern since these products are
unlikely to reach the aquatic environment in
significant concentrations.  cc 805-14 is now
being assessed (LR 8185) and an attempt will be
made to determine the likely cause of this
toxicity.

Tests to determine the acute toxic effects to
activated sludge have also been done on a number
of fluorochemical-acrylate products.  In all
cases, the products were found not to inhibit
sludge respiration rates at product
concentrations likely to reach waste treatment
systems.

Only one fluorochemical acrylate monomer
N-BuFOSEA, is sold alone as a product.  This
material, sold as FC-189 and cc 8111-16, is
practically nontoxic.  Its acute 96-Hr. $LC_{50}$
fathead minnow is 235 mg/l.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053005

-72-

## TABLE 12

### TOXICITY OF ACRYLATE PRODUCTS TO AQUATIC ORGANISMS[a]

| Product | % this Polymer in Nonaqueous Components | 96-Hr. $LC_{50}$ of Acrylate Assuming it caused all the Toxicity (mg/l)[b] | 96-Hr. $LC_{50}$ of Total Product (mg/l) | Lab Request No. or (Reference) |
|---|---|---|---|---|
| **Products Containing the Emulsion Polymer: 95/5 MeFOSEA/BA** | | | | |
| FC-214,FC-214A | 19 | 40<br>125 | 400<br>1250 | 2485<br>1204 |
| FC-214-30 | 33 | 20<br>51[c]<br>38[d]<br>43[e] | 131<br>339[c]<br>249[d]<br>284[e] | (129) |
| _cc-8110-92_    *FC-232* | 42 | 34<br>34[c]<br>22[d]<br>34[e] | 180<br>179[c]<br>118[e]<br>180[d] | (130) |
| _cc-805-15_    *FC-245* | 27 | 25 | 170 | (131) |
| _cc 805-17_    *FC-247* | 12 | 33 | 689 | 6814 |
| FC-252 | 55 | 46 | 233 | 5785 |
| FC-254 | 38 | 78 | 527 | (132) |
| _cc-8010-32_    *FC-270* | 47 | 66 | 575 | 6363 |
| FC-353 | 54 | 71 | 440 | 6671 |
| FC-452-30 | 20 | 12[c]<br>26[d] | 132[c]<br>283[d] | 4068 |
| **Products containing the emulsion polymer: 49/29/16/6 MeFOSEA/Vinylidine chloride/ODMA/N methylol acrylamide** | | | | |
| FC-461 | 59 | >295 | >1000 | 4625 |
| **Products containing the emulsion polymer: Chloroprene/EtFOSEA** | | | | |
| FC-208 | 50 | 167<br>487 | 600<br>1750 | 2563<br>1204 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053006

**1282.0072**

−73−

TABLE 12 (continued)

| Product | % this Polymer in Nonaqueous Components | 96-Hr. $LC_{50}$ of Acrylate Assuming it caused all the Toxicity (mg/l)[b] | 96-Hr. $LC_{50}$ of Total Product (mg/l) | Lab Request No. or (Reference) |
|---|---|---|---|---|
| Products containing the solution polymer:  50/50 MeFOSEA/C.W. 4000 DMA | | | | |
| FC-218 | 67 | >600 | >2000 | 8021 |
| | | 1132 | 3762 | (133) |
| | | 1695 | 5630 | 1204 |
| cc 813-17 | 9 | 9.5 | 286 | 6888 |
| Products containing the solution polymer:  70/20/10 MeFOSEA/Polymeg − 2000 DMA/Butyl Acrylate | | | | |
| cc 805-15 | 27 | 25 | 170 | (131) |
| cc 805-16 | 77 | >300 | >1000 | |
| cc 805-16 | 77 | 28 | 96[f] | 5884 |
| FC-836 | 48 | 130 | 328 | 4200 |
| Products containing:  35/35/20/10 MeFOSBA/MeFOSEA/Polmeg −2000 DMA/BA | | | | |
| FC-324-40 | 36 | >360 | >1000 | 5546 |
| Products containing:  70/30 MeFOSEA/CW 750A | | | | |
| FC-808 | 00 | 1800 | 9000 | 2256 |
| Products containing:  50/50 EtFOSEMA/ODMA | | | | |
| FC-740 | 50 | 45[d] | 180[d] | (134) |
| Products containing: 65/35 N-MeFOSEMA/ODMA | | | | |
| cc 8011-235 | 10 | | 140 | 2485 |
| FC-3029 | 10 | >100[g] | 184 | 7820 |
| Products containing:  75/25 MeFOSEA/Alfol 1620A | | | | |
| FC-835 | 80 | 95[d] | 238[d] | 4197 |
| | | 38[e] | 94[e] | |
| Products containing MeFOSEA/Alfol-1620A | | | | |
| FC-824 | 95 | 479 | 1200 | 2456 |
| | | 400 | 1000 | 2256 |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053007

–74–

TABLE 12 (continued)

| Product | % this Polymer in Nonaqueous Components | 96-Hr. $LC_{50}$ of Acrylate Assuming it caused all the Toxicity (mg/l)[b] | 96-Hr. $LC_{50}$ of Total Product (mg/l) | Lab Request No. or (Reference) |
|---|---|---|---|---|
| Products containing 70/15/5/10 MeFOSEA/Alfol 6120A/IOA/CW 750A | | | | |
| cc 805–14 | 35 | 3.5 | 21 | 8185 |
| Products containing 50/50 chloroprene/EtFOSEMA | | | | |
| FC–208 | 50 | 167 | 600 | 2563 |
| | | 487 | 1750 | 1204 |
| | | 362 | 1300 | 2485 |
| Products containing 56.7/28.3/15 MeFOSEA/(EtFOSE/TDI/HOPMA)/BA | | | | |
| FC–134 | 93 | 179 | 480 | 5508 |
| Products containing 25/25/50 MeFOSEA/(EtFOSE/TDI/HOEMA)/Alfol 1620A | | | | |
| FC–300 | 40 | >800 | >2000 | 7461 |
| N Bu FOSEA Monomer | | | | |
| FC–189 | 00 | 235 | 235 | 6813 |

Footnotes:

a   Organism is Fathead minnow, unless noted.
b   Assuming no synergistic or antagonistic effects, this represents a minimum 96-Hr. $LC_{50}$ for the polymer.  The actual $LC_{50}$ for the acrylate, however, is likely to be much higher.
c   Rainbow trout (Salmo gairdneri)
d   Bluegill sunfish (Lepomis macrochirus)
e   Daphnia magna 48-Hr. $LC_{50}$
f   The emulsifers Tween 80 and Span 80 which make up 1.5% of the product were replaced by Siponic L-4.  This small change made the product 10 times as toxic.
g   Toxicity measured after solvent evaporation

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053008

–75–

2.   Recommended Testing

   a)   Physical Properties

      No physical properties tests are recommended on
      fluorochemical acrylate polymers.

   b)   Degradation

      Chemical Degradation - Measurements of the
      alkaline hydrolysis rate of two representative
      acrylates are recommended.  These data will
      enable us to estimate upper limits on the
      hydrolysis rates of these products at
      environmental pH's.  The acrylates recommended
      for this testing are 95/5 MeFOSEA/BA and 50/50
      MeFOSEA/C.W. 4000 DMA.  MeFOSEA/BA is a high
      molecular weight emulsion polymer used in FC-214,
      FC-214A, FC-353, and several other products.  It
      is likely to be one of the most resistant to
      hydrolysis.  MeFOSEA/CW 4000 DMA is a much lower
      MW solution polymer used in FC-220, FC-393, and
      other products.  The Carbowax® portion of the
      product may increase the affinity of this product
      to water, possibly increasing its susceptibility
      to hydrolysis.  This is expected to be one of the
      most readily hydrolyzed of the fluorochemical
      acrylate polymers.

      Laboratory procedures will be modeled after
      standard methods (e.g., 135).  Products
      containing the emulsified fluorochemical acrylate
      polymer will be hydrolyzed first within
      environmentally relevant pH (4-9) and temperature
      (20°-45°C) ranges.  Low molecular weight
      fluorochemical hydrolysis products will be
      searched for using thin-layer chromatography, if
      $^{14}$C-tagged fluorochemical acrylates are
      available, or gas liquid chromatography,
      otherwise.  If no low molecular weight
      fluorochemicals are detected in the pH 4-9 range,
      hydrolysis rate will be determined at high pH and
      extrapolations made to estimate hydrolysis rates
      under normal environmental conditions.

      Hydrolysis of fluorochemical acrylates:

         FC-220 - Priority II
         FC-214, FC-214A - Priority III

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053009

<u>Photochemical Degradation</u> − The susceptibility of
the same two fluorochemical acrylates to
photolysis should be simply checked by coating
the products on silica gel, coating this on the
inside of a sealed high silica glass container
(Vycor®), and exposing to sunlight for one year.
Following such exposure, the product could be
compared with dark controls, using analytical
methods described above, for the amount of
extractable low MW fluorochemical.

Fluorochemical acrylates are used as a soil
resistant coating for carpeting and textiles.  In
this use, some of the acrylates will be exposed
to sunlight, and it is possible that the textile
dyes might act as photochemical "sensitizer" for
the fluorochemical degradation, capable of
absorbing and transferring solar energy to the
acrylate polymers.  For this reason, it is also
proposed that dyed textile fibers coated with the
candidate fluoroactylates be sealed in Vycor®
containers, exposed to sunlight, and analyzed for
low MW fluorochemicals as described above.



Photolysis of fluorochemical acrylates:

A.   On silica gel
     FC-220 − Priority III
     FC-214, FC-214A − Priority III
B.   On dyed textile fibers
     FC-220 − Priority III
     FC-214, FC-214A − Priority III



<u>Biodegradation</u> − Rigorous biodegradation tests
are recommended to see if depolymerization of the
fluorochemical acrylates will occur.  Testing
will be similar to that recommended for FM-3422
involving burial with composting organic material
in garden soil and analyzed for the release of
low MW fluorochemical degradation products.  Such
tests should be run for at least one year.  The
use of radiolabeled acrylates would greatly
improve the sensitivity of such tests and would
allow monitoring of degradation by capturing
radiolabeled $CO_2$ or by isolating radiolabeled
fluorochemical degradation products.
Radiolabeling could be achieved by incorporating
either radiolabeled HC or FC acrylate monomers
into the polymers.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053010

-77-

Preliminary tests will be done to determine if low MW fluorochemical species that are possible degradation products can be retrieved from the soil system.  These preliminary tests will also be used to determine whether loss of fluoro-chemical monomers from the soil system through volatilization is likely.

Rigorous soil biodegradation tests on fluorochemical acrylates:

      FC-220 – Priority III
      FC-214, FC-214A – Priority III

c)  Effects

Acute fish bioassays are needed on the acrylate polymers alone, separated from the solvents and surfactants which keep them in emulsion or solution.  Such separation could probably be made by dialysis.  This method would probably remove monomers and low MW oligomers as well.  Such bioassays on the dialyzed material would be useful in supporting the existing evidence that the fluorochemical acrylate polymers themselves are nontoxic.

Acute fish bioassays of dialyzed:

      FC-220 – Priority II
      FC-214, FC-214A – Priority II

G.  <u>Urethanes</u>

  1.  <u>Background</u>

    a)  Composition

Unlike the acrylates, the fluorochemical urethanes are not polymeric materials, but are trimers, tetramers, or other small oligomers of fluorochemical alcohols, diisocyanates and sometimes hydrocarbon alcohols.  Their molecular weights are in the range of one to two thousand.

    b)  Physical Properties

The Environmental Laboratory has no physical properties data on the fluorochemical urethanes. These materials have low water solubility, but their solubility in lipid materials is unknown (126).  Based on their MW, they are expected to have low volatility.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053011

-78-

c) Degradation

The fluorochemical urethanes are more stable than their hydrocarbon analogs, but they are less stable than the fluorochemical acrylates. These materials are more likely than the acrylates to degrade through hydrolsis; photolysis, or biochemical mechanisms, releasing low MW fluorochemical monomers to the environment.

d) Effects

Environmental effects data on these products are shown in Table 13. Like the acrylates, the fluorochemical urethanes are sold in mixtures with other materials, including solvents, surfactants, and polymers that can mask the toxicity of the urethane. The table shows, however, that some of these products have high concentrations of fluorochemical urethane and little toxicity. These data indicate that at least two of the three urethanes are at worst practically nontoxic assuming no antagonistic effects on toxicity from other product components.

2. Recommended Testing

a) Physical Properties

The possibility of bioconcentration of urethane products should be further investigated. One possibility is that their molecular size may limit their capacity to bioconcentrate. Further literature study is needed on the effects of molecular size or molecular weight on the bioconcentration potential of fluorochemicals.

Most SAR methods predict bioconcentration from octanol/water partition coefficient. It is recommended that the octanol/water partition coefficient of the EtFOSE/TDI urethane be determined as a representative of this group of fluorochemicals. The most appropriate method of making this measurement appears to be the use of reverse-phase high-pressure liquid chromatograph (136). This method will prevent possible interference from other components of the product mixture. The TDI component of the molecule should facilitate UV detection.

n-Octanol/water partition coefficient of:

2 EtFOSE/TDI - Priority III

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053012

-80-

b)  Degradation

Tests similar to those for the acrylates are
recommended to check susceptibility of the
urethane products to biodegradation,
photodegradation, and chemical hydrolysis.  As
with the acrylates, hydrolysis tests will be run
on the product as sold.  Photodegradation tests
will be done on the product residue left on
silica gel and on dyed textile fabrics.
Biodegradation tests will be done on the product
residue in soil.

It is recommended that testing be done on
FC-352-20.  This product contains 20% solids, and
98% of their solids are EtFOSE/MDI.  The
remaining 2% is MCL emulsifier, a 3M
fluorochemical surfactant.  The presence of this
surfactant could cause some confusion in
interpreting results if only very low levels of
degradation occur.  The use of radiolabeled
urethanes would simplify analytical work and
prevent such confusion.

Degradation tests on fluorochemical urethane
FC-325-20 (EtFOSE/MDI):

     Hydrolysis - Priority II
     Rigorous soil biodegradation - Priority III
     Photodegradation on silica gel - Priority III
     Photodegradation on dyed fabric -
               Priority III

c)  Effects

Although no bioassays have been done on the
fluorochemical urethane alone, bioassays on the
formulated products can allow a determination of
the worst case or lowest possible toxicity due to
the urethane.  Such predictions assume that all
the toxicity of the product is due to the fluoro-
chemical, and also assume no toxicity or
antagonistic effects from other product
components.  Using this technique, present
environmental data shows that EtFOSE/MDI and
EtFOSE/ODA/PAPI urethanes have little toxicity.
But similar data on EtFOSE/TDI urethanes allow us
only to say that its 96-hr. fish $LC_{50}$ >15 mg/l
(LR #5493). Its $LC_{50}$ is probably much higher
(less toxic) than this.  To complete the data
base, bioassays are needed on products with high
levels of this urethane.  FC-376M is one

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053013

-81-

possible product for use in such testing since it contains 20% EtFOSE/TDI as its only fluorochemical component. A sample of the urethane alone would be even better to demonstrate its probable lack of significant toxicity.

96-Hr. Fish $LC_{50}$:

     EtFOSE/TDI - Priority II

H.   FLUOREL® and KEL-F® Polymers

    1.   Background

These products are high MW polymers made from one or more of the following monomers: vinylidene fluoride, hexafluoropropane, and chloro-or bromo-trifluoroethylene Some also have curative systems. After being fully cured, these polymers are nontoxic, insoluble, nonvolatile, and extremely inert.

FLUOREL®-FLUOREL® Brand fluoroelastomer FC-2174 has been found to leach small amounts of fluoride (0.43 mg/g) and small amounts of COD (0.74 mg/g) (Lab request 3270). A later study under different conditions leached 0.26 mg of COD per gram of FC-2174 [137]. The leachate from FC-2174 was found to be toxic to fish and daphnids [137,138], but after curing at 350°F for 15 minutes, no toxic material leached [138].

Toxicity was also not found after longer curing periods. FC-2175, an identical FLUOREL® fluoroelastomer, except that it does not contain a curative system, leached only .01 mg of COD/g, and the leachate was not toxic to fish or daphnids [138]. These results indicate that the curative system, and not residual fluorochemical monomers or the fluorochemical polymers themselves, are the cause of the toxicity from uncured FLUOREL® fluoroelastomers.

Kel-F® - No environmental testing has been done on the Kel-F® polymers.

    2.   Recommended Testing

No environmental testing is recommended for the FLUOREL® and Kel-F® polymers.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053014

-82-

I.  Catalysts

    1.  Background

        3M makes two hexafluorophosphate salts which are used as catalysts for the curing of epoxy resins.  At this time, these are used in low volume products (FC-508 and FC-509) and their prospect for significantly increased volume do not seem great.

    2.  Recommended Testing

        No recommendations to include these products in the Part II Fate of Fluorochemicals program are made at this time.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053015

–79–

TABLE 13

AQUATIC TOXICITY DATA ON URETHANE-CONTAINING PRODUCTS[a]

| Product | Wt. % Urethane in Product | 96-Hr. LC$_{50}$ (mg/l) | Lab Request Number or (Reference) |
|---|---|---|---|
| Products containing EtFOSE/MDI | | | |
| cc 8110-92 | 10.5 | 180 179[c] 118[d] 180[e] | (130) |
| FC-252 | 10.5 | 233 | 5785 |
| FC-270 | 6.2 | 575 | 6363 |
| FC-324-40 | 4 | >1000 | 5546 |
| FC-351-25 | 9 | 440 | 6671 |
| FC-352-20 | 20 (98% of solids) | >2000 mg/l | 6672 |
| Products containing EtFOSE/TDI | | | |
| FC-383 | 15 | 102 | 5493 |
| FC-388 | 15 | 56 | 4369 |
| FC-391 | 14 | 65 | 5055 |
| Products containing 2 EtFOSE/ODA[b]/PAPI | | | |
| FC-214 | 10 | 400 1250 | 2485 1204 |
| FC-214-30 | 15 | 131 339[c] 249[d] 284[e] | (129) |
| cc 8110-93B | 30 | 1148 | 5511 |
| cc 8110-96B | 30 | 1306 | 5983 |
| FC-247 | 5 | 689 | 6814 |
| FC-254 | 15 | 527 | (132) |

Footnotes:

[a] All data on Fathead minnows unless otherwise noted.
[b] ODA = Stearyl alcohol.
[c] Rainbow trout.
[d] Bluegill sunfish.
[e] Daphnia magna, 48-Hr. LC$_{50}$

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053016

TABLE 14

SUMMARY OF RECOMMENDED STUDIES ON FLUOROCHEMICALS

| Test or Measurement | Product Category | Product[a] | Priority of Work | Testing Time Requirements (Hrs) | Cost ($) |
|---|---|---|---|---|---|
| SAR[b] | All 3M fluorochemicals | | | | |
| 1) Application of existing SAR to Fluorochemicals | | | I | 650 | 29,250 |
| 2) Derive new SAR for fluorochemicals | | | II | 1,300 | 58,500 |
| Field Studies | All 3M fluorochemicals | | | | |
| 1) Confirm analytical | | | I | 150 | 6,750 |
| 2) Predictive modeling | | | I | 20 | 900 |
| 3) Field Sampling and analysis | | | II | 1,200 | 54,000 |
| Incineration | All 3M fluorochemicals | | III | 200 | 9,000 |

Footnotes:

(a) Chemistry of Products is shown in Appendix II
(b) SAR = Structure Activity Relationships
(c) Hydroxy Foamer

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053017

Table 14 (continued)

| Test or Measurement | Product Category | Product(a) | Priority of Work | Testing Time Requirements (Hrs) | Cost ($) |
|---|---|---|---|---|---|
| **Physical Properties** | | | | | |
| 1) Water Solubility | Phosphates | FC-807 | I | 35 | 1,575 |
| | Alcohols | FM-3422 | III | 50 | 2,250 |
| | | FM-3925 | III | 50 | 2,250 |
| 2) n-Octanol-Water distribution coefficient | | | | | |
| a) Shaking | Surfactants | FC-95 | I | 25 | 1,125 |
| | | FC-143 | I | 25 | 1,125 |
| | Phosphates | FC-807 | I | 40 | 1,800 |
| | Alcohols | FM-3422 | I | 25 | 1,125 |
| b) HPLC | Urethane | 2 EtFOSE/TDI | III | 25 | 1,125 |
| 3) Soil Sorption | | | | | |
| a) $K_{OC}$ | Phosphates | FC-807 | III | 90 | 4,050 |
| b) TLC | Surfactants | FC-95 | II | 15 | 675 |
| | | FC-143 | II | 15 | 675 |
| | Phosphates | FC-807 | III | 15 | 675 |
| | Alcohols | FM-3422 | III | 15 | 675 |
| | | FM-3925 | II | 15 | 675 |
| 4) Vapor Pressure | Surfactants | FC-95 | III | 15 | 675 |
| | | FC-143 | III | 15 | 675 |
| | Phosphates | FC-807 | III | 15 | 675 |
| | Alcohols | FM-3422 | I | 15 | 675 |
| | | FM-3925 | II | 15 | 675 |
| 5) Bioadsorption | Surfactants | FC-95 | III | 15 | 675 |
| | | FC-143 | III | 15 | 675 |
| **Degradation** | | | | | |
| 1) Alkaline Hydrolysis | Alcohols | FM-3422 | III | 40 | 1,800 |
| | | FM-3925 | III | 40 | 1,800 |
| | Acrylates | FC-220 | II | 60 | 2,700 |
| | | FC-214,FC-214A | III | 60 | 2,700 |
| | Urethane | FC-352 | II | 60 | 2,700 |
| 2) Photolysis | | | | | |
| a) on Silica | Surfactants | FC-95 | III | 100 | 4,500 |
| | | FC-143 | III | 100 | 4,500 |
| | alcohols | FM-3422 | III | 100 | 4,500 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053018

Table 14 (continued)

| | | | | | |
|---|---|---|---|---|---|
| | Acrylates | FC-220 | III | 100 | 4,500 |
| | | FC-214,FC-214A | III | 100 | 4,500 |
| | Urethanes | FC-352-20 | III | 100 | 4,500 |
| b) on dyed fabrics | Acrylates | FC-220 | III | 100 | 4,500 |
| | | FC-214,FC-214A | III | 100 | 4,500 |
| | | FC-352-20 | III | 100 | 4,500 |
| | Urethanes | | | | |
| c) sensitized in water | Surfactants | FC-95 | III | 100 | 4,500 |
| | | FC-143 | III | 100 | 4,500 |
| | | F-6422C | III | 100 | 4,500 |

3) Biodegradation

| | | | | | |
|---|---|---|---|---|---|
| a) Acclimated Seed $BOD_{28}$ | Surfactants | FC-171 | I | 20 | 900 |
| | | Daughter Products I.D. | II | 25 | 1,125 |
| b) Soil Respirometry | Surfactants | F-6422C | II | 20 | 900 |
| | | Prod. I.D. | III | 25 | 1,125 |
| c) Rigorous Aerobic | Surfactants | FC-95 | II | 45 | 2,025 |
| | | FC-143 | II | 45 | 2,025 |
| | Phosphates | FC-807 | III | 45 | 2,025 |
| | Alcohols | FM-3422 | II | 45 | 2,025 |
| | | FM-3925 | II | 45 | 2,025 |
| | Acrylates | FC-220 | III | 45 | 2,025 |
| | | FC-214 | III | 45 | 2,025 |
| | Urethanes | FC-352-20 | III | 45 | 2,025 |
| D) Rigorous Anaerobic | Surfactants | FC-143 | III | 45 | 2,025 |
| | Alcohols | FM-3422 | II | 45 | 2,025 |

4) Biotransformation

| | | | | | |
|---|---|---|---|---|---|
| a) Plants | Alcohol | FM-3422 | II | 50 | 2,250 |
| b) Fish | Alcohol | FM-3422 | III | 25 | 1,125 |

Bioconcentration

| | | | | | |
|---|---|---|---|---|---|
| a) Fish | Surfactants | FC-95 | I | 55 | 2,475 |
| | | FC-143 | I | 55 | 2,475 |
| b) Confirm extraction method | Alcohol | FM-3422 | I | 25 | 1,125 |
| 1) 96-Hr. Fish Tox. | Surfactants | F-6422C | III | 10 | 450 |
| | | FC-128 (with & without solvent) | III | 20 | 900 |
| | Acrylate | Dialyzed FC-220 | II | 25 | 1,125 |
| | | Dialyzed FC-214,FC-214A | II | 25 | 1,125 |
| | Urethane | EtFOSE/TDI | II | 10 | 450 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053019

Table 14 (continued)

| | | | | | |
|---|---|---|---|---|---|
| 2) 14-Day Algae | Surfactants | FC-128 | II | 35 | 1,575 |
| | | cc 773-58 solids | II | 35 | 1,575 |
| | | FC-171 | II | 35 | 1,575 |
| | | F-6422C | II | 35 | 1,575 |
| | Phosphates | FC-807 | II | 35 | 1,575 |
| 3) 28-Day Daphnia | Surfactants | FC-143 | II | 50 | 2,250 |
| | | FC-128 | II | 50 | 2,250 |
| | | cc 773-58 solids | II | 50 | 2,250 |
| | | FC-171 | II | 50 | 2,250 |
| | | F-6422 | II | 50 | 2,250 |
| | Phosphates | FC-807 | II | 50 | 2,250 |
| | Alcohol | FM-3422 | II | 50 | 2,250 |

| | | |
|---|---|---|
| Total Priority I | 1,140 | 51,300 |
| Total Priority II | 2,285 | 102,825 |
| Total Priority III | 3,465 | 155,925 |

| | | |
|---|---|---|
| Total Project | 6,890 | 310,050 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053020

-88-

TABLE 15

SCHEDULE OF PROPOSED WORK

This table prioritizes work and schedules it by quarter following program approval.  The schedule assumes a 1-1 1/2 man rate of expenditure and availability of the radiolabeled materials listed in Appendix III.

Year 1, Quarter 1

| Priority | Category | Description | Time in hrs. |
|----------|----------|-------------|--------------|
| I | SAR | – Begin study on applicability of existing SAR methods | 150 |
| I | Field | – Confirm analytical capabilities for TOF, FC-95, FC-143, and FM-3422 in spiked soil, sediment, sludge, tissue and water samples. | 150 |
| I | | – Predictive modeling for proposed field study. | 20 |
| I | Physical Properties | – Water solubility of FC-807 | 35 |
| I | | – n-octanol/water distribution coefficient of FC-95, FC-143, FC-807, and FM-3422. | 115 |
| I | | – vapor pressure of FM-3422 | 15 |
| I | Biodegradation | – Acclimated seed BOD or Shake flask study on FC-171 (save products) | 20 |
| I | Bioconcentration | – Determine if extraction procedures used in past FM-3422 fish bioconcentration studies were quantitative | 25 |
| | | Time quarter 1 – | 530 hrs. |
| | | Cost quarter 1 – | $23,850 |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053021

-89-

Year 1, Quarter 2

| Priority | Category | Description | Time in hrs. |
|---|---|---|---|
| I | SAR | – Continue study on existing SAR applicability. | 125 |
| II | Field | – Begin field sampling and analysis. | 300 |
| II | Biodegradation | – Identify biodegradation products of FC-171 | 25 |
| I | Bioconcentration | – Fish bioconcentration studies on FC-95 and FC-143 | 110 |
| | | Time quarter 2 – | 560 hrs. |
| | | Cost quarter 2 – | $25,200 |

Year 1, Quarter 3

| I | SAR | – Continue study on existing SAR applicability. | 125 |
|---|---|---|---|
| II | Field | – Continue field sampling and analysis. | 300 |
| II | Biodegradation | – Rigorous aerobic on FC-95, FC-143, FM-3422, and FM-3925. | 180 |
| | | Time quarter 3 – | 605 hrs. |
| | | Cost quarter 3 – | $27,225 |

Year 1, Quarter 4

| I | SAR | – Continue SAR applicability | 125 |
|---|---|---|---|
| II | Field | – Continue field sampling and analysis | 300 |
| II, III | Physical Properties | – Soil TLC of FC-95, FC-143, FC-807, FM-3422, and FM-3925 | 75 |
| II | Effects | – 14-day algae FC-128, FC-135 Solids, and FC-171 | 105 |
| | | – 96-hr. $LC_{50}$ fish on dialyzed acrylate polyers FC-220, and FC-214A | 50 |
| | | Time quarter 4 – | 655 hrs. |
| | | Cost quarter 4 – | $29,475 |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053022

1282.0088

-90-

### Year 2, Quarter 1

| Priority | Category | Description | Time in hrs. |
|---|---|---|---|
| I | SAR | - Finish SAR applicability | 125 |
| II | Field | - Finish field sampling and analysis | 300 |
| II, III | Physical Properties | - Vapor pressure of FC-95, FC-143, FC-807, and FM-3925 | 60 |
| II | Effects | - 14-day algae F-6422 and FC-807 | 70 |
| | | - 28-day Daphnia FC-143 and FC-128 | 100 |
| | | Time quarter 5 - | 655 hrs. |
| | | Cost quarter 5 - | $29,475 |

### Year 2, Quarter 2

| | | | |
|---|---|---|---|
| III | SAR | - Start to derive new SAR for fluorochemicals | 300 |
| II, III | Degradation | - Alkaline hydrolysis of representative acrylates and urethanes | 180 |
| II | | - Biotransformation of FM-3422 in plants | 50 |
| II | Effects | - 28-day Daphnia on FC-135 solids, FC-171, and F-6422 | 150 |
| | | Time quarter 6 - | 680 hrs. |
| | | Cost quarter 6 - | $30,600 |

### Year 2, Quarter 3

| | | | |
|---|---|---|---|
| III | SAR | - Continue new SAR for fluoro-chemicals | 250 |
| III | Physical Properties | - Water solubility of fluoro-chemical alcohols FM-3422 and FM-3925 | 100 |
| II, III | Biodegradation | - Soil respirometry on hydroxy foamer with product identifica-tion | 45 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053023

1282.0089

-91-

| Priority | Category | Description | Time in hrs. |
|---|---|---|---|
| II, III | | - Rigorous anaerobic biodegradation of FC-143, FM-3422 | 90 |
| III | | - Biotransformation of FM-3422 in fish | 25 |
| II | Effects | - 28-day Daphnia FC-807 and FM-3422 | 100 |
| | | Time quarter 7 - | 610 hrs. |
| | | Cost quarter 7 - | $27,450 |

**Year 2, Quarter 4**

| Priority | Category | Description | Time in hrs. |
|---|---|---|---|
| III | SAR | - Continue new SAR for fluorochemicals | 250 |
| III | Incineration | - Look for toxic fluorochemical by-products in Decatur Incinerator emissions | 200 |
| III | Bioadsorption | - Determine adsorption of surfactants FC-95 and FC-143 to activated sludge | 30 |
| | Degradation | - Sensitized photolysis of surfactants in water on FC-143 and F-6422 | 200 |
| | | Time quarter 8 - | 680 hrs. |
| | | Cost quarter 8 - | $30,600 |

**Year 3, Quarter 1**

| Priority | Category | Description | Time in hrs. |
|---|---|---|---|
| III | SAR | - Continue new SAR for fluorochemicals | 250 |
| III | Physical Properties | - Octanol/water distribution coefficient of urethane by HPLC | 25 |
| III | Degradation | - Sensitized photodegradation surfactant FC-95 | 100 |
| | | - Photodegradation of alcohol, FM-3422, and urethane, FC-352-20, on silica | 200 |
| III | Effects | - 96-hr. fish tox on F-6422 F-128 solids, and EtFOSE/TDI | 40 |
| | | Time quarter 9 - | 615 hrs. |
| | | Cost quarter 9 - | $27,675 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053024

-92-

Year 3, Quarter 2

| Priority | Category | Description | Time in hrs. |
|---|---|---|---|
| III | SAR | – Complete new SAR for fluoro-chemicals | 250 |
| III | Physical Properties | – Measure $K_{oc}$ for FC-807 | 90 |
| III | Degradation | – Photolysis of acrylates FC-220 and FC-214A on silica | 200 |
| III | | – Rigorous aerobic biodegradation of phosphate FC-807 and urethane FC-352-20 | 90 |
| | | Time quarter 10 – | 630 hrs. |
| | | Cost quarter 10 – | $28,350 |

Year 3, Quarter 3

| Priority | Category | Description | Time in hrs. |
|---|---|---|---|
| III | Degradation | – Alkaline hydrolysis of alcohols FM-3422 and FM-3925 | 80 |
| | | – Photolysis on silica of surfactants FC-95 and FC-143 | 200 |
| | | – Photolysis of acrylates and urethanes on dyed fabrics | 300 |
| | | – Rigorous aerobic bio-degradation of acrylates FC-220 and FC-214 | 90 |
| | | Time quarter 11 – | 670 hrs. |
| | | Cost quarter 11 – | $30,150 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053025

1282.0091

-93-

## VI. REFERENCES

1. A. N. Welter, "Final Comprehensive Report:  FM 3422," 3M Technical Report, 2/7/79.

2. A. N. Welter, "Final Comprehensive Report:  FC-143" 3M Technical Report, 3/23/79.

3. A. N. Welter, "Final Comprehensive Report:  FC-95," 3M Technical Report, 3/15/79.

4. D. F. Hagen, Personal Communication, May 11, 1981.

5. V. Pothapragada, Personal Communication, May 5, 1982.

6. J. Dean, "The Effects of Continuous Aqueous Exposure to 14C-78.02 (FC-95) on Hatchability of Eggs and Growth and Survival of Fry of Fathead Minnow (Pimephales promelas)," Report #BW-78-8-263, EG&G Bionomics, Wareham, MA, August 1978.

7. M. M. Goyer et al, Human Safety and Environmental Aspects of Major Surfactants.  A report by Arthur D. Little, Inc., To The Soap and Detergent Association, May 31, 1977.

8. M. T. Elnabarawy, "Bioconcentration of FM-3422 in Bluegill Sunfish and in Channel Catfish," 3M Technical Report, 5/17/77 (Dept. 0222).

9. A. N. Welter, "Evaluation of the Bioconcentration Potential of FM-3422," 3M Technical Report, 8/16/78 (Dept. 0222).

10. E. E. Kenaga and C.A.I. Goring, "Relationship Between Water Solubility, Soil Sorption, Octanol-Water Partitioning, and Concentration of Chemicals in Biota," Published in Aquatic Toxicology.  ASTM STP 707.  J. G. Eaton, P. R. Parrish, and A. C. Hendricks, Eds., American Society for Testing and Materials, 1980, pp. 78-115.

11. A. Mendel, "Progress Report on Fate of Fluorochemicals Project," 3M Technical Report, 8/30/78 (Dept. 0535).

12. J. W. Belisle, "Analysis of Decatur, Alabama, Soil for Fluorine Content," 3M Technical Report, 6/6/78 (Dept. 0502).

13. T. F. Baltutis Personal Communication, October 26, 1982. This ratio was calculated from data from the 1981 report to the State of Alabama on Wastewater Sludge application and from data in the four quarterly NPDES Reports to the State of Alabama.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053026

-94-

14.  J. A. Todhunter, Assistant Administrator for Pesticides and Toxic Substances, USEPA, Letter to M. R. Rose, Deputy Assistant Secretary for Environmental Health and Natural Resources, U.S. Department of State, Sept. 30, 1982.

15.  S. P. Wasik, Y. B. Tewari, M. M. Miller, and D. E. Martire, Octanol/Water Partition Coefficients and Aqueous Solubilities of Organic Compounds, NBSIR 81-2406, 1981.

16.  Y. B. Tewari, M. M. Miller, S. P. Wasik, and D. E. Martire, "Aqueous Solubility and Octanol/Water Partition Coefficient of Organic Compounds at 25.0°C," J. Chem. Eng. Data, 27: 451-454, 1982.

17.  Y. B. Tewari, M. M. Miller, And S. P. Wasik, "Calculation of Aqueous Solubility of Organic Compounds," J. Research NBS, 87: 155-158, 1982.

18.  W. B. Neely, "Estimated Rate Constants for the Uptake and Clearance of Chemicals by Fish," Environ. Sci. Technol. 13:1506-1510, 1979.

19.  C. T. Chiou et al., "Partition Coefficient and Bioaccumulation of Selected Organic Chemicals," Environmental Science & Technology, 11(5), 1977.

20.  D. Mackay, Untitled note, Environ. Sci. Technol. 11: 1219-1220, 1977.

21.  S. Banerjee, S. H. Yalkowsky, and S. C. Valvani; "Water Solubility and Octanol-Water Partition Coefficients of Organics.  Limitations of the Solubility-Partition Coefficient Correlation," Environmental Science and Technology Vol. 14(10), p. 1227-1229, 1980.

22.  G. L. Amidon & N. A. Williams, A Solubility Equation for Nonelectrolytes in Water, Intl. J. Pharm. 11:249-256 (1982).

23.  P. W. Carr, D. F. Hagen, L. D. Winter, and S. S. Lande, personal communication, February 24, 1983.

24.  C. Hansch and A. J. Leo, Substituent Constants for Correlation Analysis in Chemistry and Biology, Wiley-Interscience, New York, 1979.

25.  J. M. Prausnitz, et al., Computer Calculations for Multicomponent Vapor-Liquid and Liquid-Liquid Equilibra, Prentice-Hall, Englewood Cliffs, NJ, 1980.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053027

-95-

26.   J. M. Mayer, H. van de Waterbeemd, and B. Testa, "A comparison between the Hydophobic Fragmental Methods of Rekker and Leo," Eur J. Med. Chem., V17 N1, pp. 17-25, 1982.

27.   D. S. Abrams and J. M. Prausnitz, "Statistical Thermodynamics of Liquid Mixtures: A New Expression for the Excess Gibbs Energy of Partly or  Completely Miscible Systems," AIChE J., 21,116 (1975).

28.   G. L. Amidon and S. T. Anik, "Application of the Surface Area Approach to the Correlation and Estimation of Aqueous Solubility and Vapor Pressure, Alkyl Aromatic Hydrocarbons," J. Chem. Eng. Data, 26:28-33, 1981.

29.   G. L. Amidon, S. H. Yalkowsky, and S. Leung, Solubility of Nonelectrolytes in Polar Solvents II: Solubility of Aliphatic Alcohols in Water, Journal of Pharmaceutical Sciences, 63(12), p. 1858, 1974.

30.   L. H. Hall, "The Relation of Molecular Connectivity to Molecular Volume and Biological Activity," Eur. J. Med. Chem.-Chemica Therapeutica, 16(5), pp. 399-407, 1981.

31.   C. T. Chiou et al, "Partition Equilibria of Nonionic Organic Compounds Between Soil Organic Matter and Water," Environmental Science & Technology, 17(4), 1983.

32.   S. S. Lande and S. Banerjee, Predicting Aqueous Solubility of Organic Nonelectrolytes from Molar Volume, Chemosphere Vol. 10, pp. 751-759, 1981.

33.   G. G. Briggs, Theoretical and Experimental Relationships Between Soil Adsorption, Octanol-Water Partition Coefficients, Water Solubilties, Bioconcentration Factors, and the Parachlor, J. Agric. Food Chem. Vol. 29, pp. 1050-1059, 1981.

34.   C. F. Grain, "Vapor Pressure," Chapter 14, pp. 14-7, Handbook of Chemical Property Estimation Methods Environmental Behavior of Organic Compounds, W. J. Lyman, W. F. Rechl, and D. H. Rosenblett, Eds., McGraw-Hill, 1982.

35.   S. H. Yalkowsky, R. J. Orr, and S. C. Valvani, "Solubility and Partitioning.  3. The Solubility of Halobenzenes in Water," Ind. Eng. Chem. Fundam. 18:351, 1979.

36.   D. Mackay, R. Mascarenhas, and W. Y. Shiu, "Aqueous Solubility of Polychlorinated Biphenyls, Chemosphere 9:257, 1980.

37.   W. C. Steen and S. W. Karickhoff, "Biosorption of Hydrophobic Organic Pollutants by Mixed Microbial Populations," Chemosphere Vol. 10, pp. 27-32, 1981.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053028

-96-

38.   G. A. Vraspir, A. Mendel; "Analysis for Fluorochemicals in
      Bluegill Fish," 3M Technical Report, 5/1/79 (Dept. 0535).

39.   H. Parlar, 1980, "Photochemistry at Surfaces and
      Interphases," in O. Hutzinger (ed.), The Handbook of
      Environmental Chemistry, Vol. 2, Part A, Springer-Verlag,
      New York, pp. 145-160.

40.   J. E. Gagnon, "Bioaccumulation of Fluorochemicals in Tenn.
      River Fish," 3M Technical Report, 5/22/79 (Dept. 0222).

41.   J. E. Gagnon, "Fluorochemicals in Tenn. River Fish," 3M
      Technical Report, 12/28/79 (Dept. 0222).

42.   On-Site Sampling of Sediments and Soil, Handbook for
      Sampling and Sample Preservation of Water and Wastewater.
      Edward Berg, Editor, EPA 600/4-82-0209, September, 1982.

43.   Biological Field and Laboratory Methods for Measuring the
      Quality of Surface Water and Effluents, Cornelius Weber,
      Editor.  EPA-670/4-73-001.  July, 1973.

44.   Y. Alarie et al., Toxicity of Plastic Combustion Products,
      NTIS #PB-267 233, Springfield, VA, 1977.

45.   L. T. Cupitt, Fate of Toxic and Hazardous Materials in the
      Air Environment.  EPA 600/3-80-084, August, 1980, NTIS
      #PB80-221948.

46.   R. N. Dietz, R. W. Goodrich, and E. A. Coate; "Detection of
      Perfluorinated Taggants in Electric Blasting Caps by
      Electron Capture Monitors."  In Proceedings - Symposium and
      Workshop on Detection and Identification of Explosives,
      October 30, 31, and November 1, 1978, Reston Virginia.

47.   R. N. Dietz, Brookhaven National Laboratory.  Personnel
      communication 7/24/81.

48.   G. J. Ferber, NOAA Air Resources Laboratory.  Personal
      communication 4/28/82.

49.   L. D. Winter, UV/Vis Spectra of CS 81210 (LR 6589),
      Commercial Chemicals Analytical Report #240, July 17, 1981.

50.   G. Belanger, P. Sauvageau, and C. Sandorfy, "The
      Far-Ultraviolet Spectra of Perfluoro-Normal-Paraffins,"
      Chem. Phys. Letters 3, 649, 1969.

51.   A. R. Calloway, M. A. Stamps, and G. L. Loper; Vacuum
      Ultraviolet and Ultraviolet Absorption Spectra of Various
      Candidate Vapor Taggants for Blasting Caps, Prepared by the
      Aerospace Corporation for the U.S. Dept. of the Treasury,
      March, 1979, NTIS #PB 81-15531 9.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053029

-97-

52.  C. Sandorfy, "UV Absorption of Fluorocarbons," Atmospheric Environment, Vol. 10, pp. 343-351, 1976.

53.  M. B. McElroy, et al., "Potential Atmospheric Impact of Explosive Vapor Taggant Molecules," Atmospheric and Environmental Research, Inc., NTIS #PB81-187189 1979.

54.  National Academy of Sciences — Committee on Impact of Stratospheric Change, Halocarbons: Environmental Effects of Chlorofluoromethane Release, p. 28, 1976.

55.  P. Ausloos et al., "Photodecomposition of Chloromethanes Adsorbed on Silica Surfaces," Journal of Research of the National Bureau of Standards 82(1): 1-8, 1977.

56.  S. Kanno, T. Ito, and T. Omura, "Studies on the Photochemistry of Aliphatic Halogenated Hydrocarbons I." Chemopshere 6(8), pp. 583-508, 1977.

57.  E. A. Reiner, "Environmental Effects of Fluorinert Electronic Liquids FC-48 and FC-78," 3M Technical Report, Project 9970010100, Report 002, Dept. 0535, 12/27/78.

58.  R. G. Thomas, "Volatilization from Water," Chapter 15, pp. 15-1 - 15-34, Handbook of Chemical Property Estimation Methods - Environmental Behavior of Organic Compounds, W. J. Lyman, W. F. Reehl, and D. H. Rosenblatt, Eds., McGraw-Hill, Inc., 1982.

59.  E. A. Reiner, and W. A. Scheil, "Solubility Measurements on FC-95," 3M Technical Report, 2/6/81.

60.  Anonymous, XERTEX, Dohrmann Division, Application Project Report No. 1653, June 29, 1982.  Dohrmann found that, after filtration through a Whatman GF/F glass fiber filter, a 0.25% FC-95 mixture in water had a TOC of 195 ppm C.  This TOC concentration is equivalent to a FC-95 concentration of 1090 mg/l.

61.  M. T. Elnabarawy, Measurements on the Solubility of FC-143 Lot 37, 3M Technical Notebook 50012, page 28, 11/17/81.

62.  L. D. Winter, CS-2070/CS-2151 (FC-90) Solubility, Commercial Chemicals Analytical Report #242, August 3, 1981.

63.  L. D. Winter, CS-2070/CS-2151 (FC-90) Partition Coefficient, Commercial Chemicals Analytical Report #245, August 3, 1981.

64.  Commercial Chemicals Division Technical Information Brochure Y-ISTDI (75-2) NPI, FLUORAD® Brand Fluorochemical Surfactants FC-95 and FC-98.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053030

-98-

65.  J. D. Lazerte, Memo Subject:  Change in Formulation-
     Fluorochemical Code Number, June 29, 1979.  Memo indicates
     that FC-99 had been sold as a 50% Solids Solution.

66.  Commercial Chemicals Division Technical Information Brochure
     Y-ISTDJ (75-2) NPI, FLUORAD® Brand Fluorochemical
     Surfactants FC-128, FC-134, and FC-170.

67.  Commercial Chemicals Division Technical Information Brochure
     Y-ITD170C (41.1) R1, "FLUORAD®" Fluorochemical Surfactant
     FC-170C, 1981.

68.  Commercial Chemicals Division Technical Information Brochure
     Y-ITD171 (41.1) R1, "FLUORAD®" Fluorochemical Surfactant
     FC-171, 1981.

69.  L. D. Winter, CS-270/CS 2151 (FC-90) Thermal Analysis,
     Commercial Chemicals Analytical Report #244, July 29, 1981.

70.  S. K. Welsh, "Adsorption of FC-95 and FC-143 on Soil," 3M
     Technical Report, 2/27/78.

71.  U. S. EPA, Draft Proposed Environmental Test Standard for
     TSCA Test Rules, Soil TLC Standard for Test Data
     Development, Proposed Rule Section 4 TSCA, Part 772, Subpart
     L, Section 122-5, Federal Register Vol. 44, No. 53. pp.
     16257-16264, March 16, 1979.

72.  A. Mendel, "Analytical Methodology and Support for Fate of
     Fluorochemicals Project," 3M Technical Report, 1/17/79
     (Dept. 0535).  Also see 3M Technical Notebook No. 48277 page
     30.

73.  W. H. Fuller, Movement of Selected Chemicals in Soil -
     Applications to Waste Disposal Problems, 1977,
     EPA-600/2-77-020.

74.  E. A. Reiner, "Biosorption of CS-2070 (FC-90)," 3M Technical
     Report, Project 9970012600, Report No. 61, Dept. 0535,
     8/25/81.

75.  R. D. Johnson, Personal Communications, 3/22/83.

76.  W. Klopffer, G. Rippen, and R. Frische, "Physicochemical
     Properties as Useful Tools for Predicting the Environmental
     Fate of Organic Chemicals," Ecotoxicology and Environmental
     Safety, Vol. 6(3), 294-301, 1982.

77.  M. T. Pike, Phone report with Mr. J. Kolcun of ICI,
     November 11, 1981.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053031

78.  E. A. Reiner, "Biodegradation Studies of Fluorocarbons III,"
     3M Technical Report, Project 9970612613, No. 5, Dept. 0535,
     7/19/78.

79.  E. A. Reiner, "Biodegradation Studies of Fluorochemicals,"
     3M Technical Report, Project 75-6398-29, Dept. 0222,
     8/12/76.

80.  J. W. Todd, "FC-95/Photolysis Study using Simulated
     Sunlight," 3M Technical Report, Project 9776750202, No. 001,
     Dept. 3068, 1/9/79.

81.  J. W. Todd, "FC-143 Photolysis Study using Simulated
     Sunlight," 3M Technical Report, Project 9976750202, No. 002,
     Dept. 3068, 2/2/79.

82.  J. Dean, "The Effects of Continuous Aqueous Exposure to
     14C-78.02 (FC-95) on Hatchability of Eggs and Growth and
     Survival of Fry of Fathead Minnow (Pimephales promelas),"
     Report #BW-78-8-263, EG&G, Bionomics, Wareham, MA, August
     1978.

83.  B. F. Wilson, "The Effects of Continuous Aqueous Exposure to
     78.03 (FC-143) on Hatchability of Eggs and Growth and
     Survival of Fry of Fathead Minnow (Pimephales promelas),"
     Report #BW-78-6-175, EG&G Bionomics, Wareham, MA, June,
     1978.

84.  M. T. Elnabarawy, "Multi-phase Exposure/Recovery Algae Assay
     Test Methods, FC-95, Lot 583," 3M Technical Report, Project
     No. 9970030000, No. 007, Dept. No. 0535, 12/16/81.

85.  M. T. Elnabarawy, "Multi-phase Exposure/Recovery Algae Assay
     Test Method, FC-143, Lot 37," 3M Technical Report, Project
     No. 9970030000, No. 006, Dept. No. 0535, 11/16/81.

86.  C. M. Thompson, "Acute Toxicity of 3M Sample No. 2 (FC-99)
     to Bluegill Sunfish (Lepomis macrochirus)," Static Acute
     Bioassay Report #23893, ABC Analytical Biochemistry
     Laboratories, Columbia, MO, June 18, 1979.

87.  A. N. Welter, "Multigeneration Daphnid Life Cycle Test," 3M
     Technical Report, Project No. 9970030000, Report #5, Dept.
     0535, 7/17/81.

88.  Anonymous, "Partition Coefficient (n-otanol/water)"
     (Flask-shaking Method), OECD Guidelines for Testing
     Chemicals, No. 107, p. 1-9, 1981.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309                    3MA10053032

-100-

89. U.S. EPA, Draft Proposed Environmental Test Standard for TSCA Test Rules, Octanol/Water Partition Coefficient, Proposed Rule Section 4 TSCA, Part 772, Subpart L, Section 722-122-4, FR Vol. 44, No. 53, pp. 16254-16256, March 16, 1979.

90. U.S. EPA, Draft Proposed Environmental Test Standard for TSCA Test Rules, Vapor Pressure, Proposed Rule Section 4 TSCA, Part 772, Subpart L, Section 772-122-3, Federal Register, Vol. 44, No. 53, pp. 16256-16257, March 16, 1979.

91. Anonymous, "Vapor Pressure Curve", OECD Guidelines for Testing Chemicals No. 104, p. 1-20, 1981.

92. Anonymous, U.S. EPA Notice of Proposed Environmental Test Standards for TSCA Test Rules, Biodegradation, Federal Register 44, No. 53, 16272, 1979.

93. Anonymous, Fish Bioconcentration Test, Environmental Effects Test Guidelines, EPA 560/6-82-002, 1982.

94. ASTM-Standard Practice E729-80. Standard Practice for Conducting Acute Toxicity Tests with Fishes, Macroinvertebrates, and Amphibians. American Society for Testing and Materials, Philadelphia, PA 1980.

95. W. E. Miller, J. C. Greene, and T. Shiroyama. "The Selenastrum capricornutum Printz Algal Assay Bottle Test: Experimental design, application, and data interpretation." U.S. Environmental Protection Agency, Corvallis, Oregon. EPA-600/9-78-018. 125 p., July, 1978.

96. R. L. Bohon, "Environmental Aspects of Scotchban® Brand Paper Protector FC-807," 5/12/77. This paper was approved for an outside presentation by Mr. P. Salomon (Hilden) 1977.

97. E. A. Reiner, "Biodegradation of FC-807 Treated Cardboard," 3M Technical Report, Project 9970012600, Dept. 0535, 4/22/80.

98. Anonymous, OECD Guidelines for Testing of Chemicals, Sections I, Physical Chemical Properties, Water Solubility Method 105, 1981.

99. P. J. McCall, and D. A. Laskowski, Standard Practice for the determination of sorption constants of organic chemicals in soil and sediments. Draft #9, Oct. 7, 1981, under consideration by ASTM.

100. Anonymous, OECD Guidelines for Testing of Chemicals, No. 106, Adsorption/Desorption pp. 1-23, 1981.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053033

101.  D. Mackay and P. J. Leinonen, "Rate of Evaporation of Low-Solubility Contaminants From Water Bodies to Atmosphere," Environ. Sci. Technol. 9:1178, 1975.

102.  A. Mendel, "Analytical Methodology on FM-3422," 3M Technical Report, 11/15/77.

103.  M. T. Elnabarawy, 3M Technical Notebook No. 42669, p. 33, 12/28/77.

104.  E. A. Reiner and A. N. Welter, "Solubility of FM-3925," 3M Technical Report, 1/8/79.

105.  G. D. Veith and V. M. Comstock, "Apparatus for Continuously Saturating Water with Hydrophobic Organic Chemicals," J. Fish, Res. Board Can. Vol. 32(10), pp. 1845-1851, 1975.

106.  A. Mendel, "Analytical Methodology and Support," 3M Technical Report, 1/17/79.

107.  E. A. Reiner, "Distribution Coefficient of FM-3925, in n-Octanol/Water," 3M Technical Report, Project No. 9970012600, Report No. 015, Dept. 0535, 1/10/79.

108.  S. K. Welsh and C. H. Schrandt, "Adsorption of FM-3925 on Soil," 3M Technical Report, 3/22/79.

109.  S. K. Welsh, "Adsorption of FM-3422 on Soil," 3M Technical Report, 9/1/78.

110.  J. March, 1968, Advanced Organic Chemistry, McGraw-Hill Book Company, New York, p. 313-316.

111.  J. W. Todd, "FM-3422 Photolysis Using Simulated Sunlight," 3M Technical Report, 8/11/81 (Dept. 3068).

112.  Arthur Mendel and Connie H. Schrandt, "Photodegradation Study on FM-3925," 3M Technical Report, 8/6/80 (Dept. 0535).

113.  J. E. Gagnon, C. H. Schrandt, "Photolysis of FM-3925 in Aqueous Solutions," 3M Technical Report, 11/7/80 (Dept. 0535).

114.  J. E. Gagnon and Arthur Mendel, "Photolysis of FM-3422 on Soil," 3M Technical Report, 12/10/81.

115.  E. A. Reiner, "Biodegradation Studies of Fluorocarbons II," 3M Technical Report, 1/9/78, (Dept. 0222).

116.  J. Belisle, Study Numbers:  IRDC 137-086 and IRDC 137-088.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053034

-102-

117.   W. B. Neely et al., "Partition Coefficient to Measure
       Bioconcentration Potential of Organic Chemicals in Fish,"
       Enviornmental Science and Technology Vol. 8, p. 1113, 1974.

118.   A. N. Welter, "Aquatic Toxicity Studies:  FM-2935," 3M
       Technical Report, Project 9970012600 Report No. 018, Dept.
       No. 0535, 1/8/79 (See also Lab Request 4197).

119.   J. W. Dean, "The Effects of Continuous Aqueous Exposure to
       78.01 (FM-3422) on Hatchability of Eggs and Growth and
       Survival of Fry of Fathead Minnow (Pimephales promelas),"
       EG&G, Bionomics Report #BW-78-6-175, June, 1978.

120.   M. T. Elnabaraway, "Multi-phase Algae Assay Test Method.
       FM-3422," 3M Technical Report, Project 9970030000, Report
       No. 008, Dept. 0535, 12/30/81.

121.   J. L. Osmon and C. C. Andrews, "The Biodegradation of TNT in
       Enhanced Soil and Compost Systems," Science Div., Weapons
       Quality Engineering Center, Naval Weapons Support Center,
       Crane, Indiana, Report No. ARLCD-TR-77032, 1978 NTIS No.
       AD-A054375.

122.   CRL, First Trimester Report, 1978.

123.   J. D. Johnson, "First Trimester Report, 1981," Riker
       Laboratories, Inc., April 29, 1981.

124.   E. A. Reiner, Sampling Vegetation for Fluorochemical Uptake,
       Memo to F. J. Blackwell, March 17, 1981.

125.   US EPA, Plant Uptake and Translocation Test Standard.  Draft
       Proposed Section 4 Test Guidelines, Sections #48 and #49,
       January 15, 1981.

126.   D. P. Landucci, Personal Communication, May 5, 1981.

127.   J. Suzuki et al., "Effect of Ozone Treatment upon
       Biodegradation of Water-Soluble Polymers."  Environmental
       Science and Technology 12(10), p. 1180-1183, 1978.

128.   D. L. Kaplan et al., "Biodegradation of Polystyrene, Poly
       (methyl metacrylate) and Phenol Formaldehyde," Applied and
       Environmental Microbiology, 38(3), pp. 55-535, 1979.

129.   A. N. Welter, "Aquatic Toxicity Studies:  FC-214-30," 3M
       Technical Report, Project 9970012600, Report Number 007,
       Dept. 0535, 2/16/79.

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309
3MA10053035

-103-

FC-232

130. A. N. Welter, "Aquatic Toxicity Studies: ~~cc 8110-92~~ Lot 610," 3M Technical Report, Project 9970012600, Report No. 008, Dept. 0535, 1/17/79.

FC-245

131. A. N. Welter, "~~cc 805-15~~ Aquatic Testing Results," 3M Technical Report, Project 9970012600, Report No. 018, Dept. 0535, 6/29/79.

132. M. T. Elnabarawy, "Aquatic Toxicity Testing:  FC-254 (F-6461-1) L.R. 57495," 3M Technical Report, Project 9970012600, Report No. 038 Dept. 0535, 6/30/80.

133. Env. Lab. Aquatic Toxicity Work Sheet FC-218 Completed 9/10/77.

134. C. M. Tompson, A. D. Forbis, "Acute Toxicity of 3M Sample No. 5 (FC-740) to Bluegill Sunfish (Lepomis macrochirus), Static Acute Bioassay Report #23896, ABC Analytical Bio Chemistry Laboratories, Inc., Columbia, MO, June 19, 1979.

135. Anonymous, OECD Guidelines for Testing Chemicals, No. 111, Hydrolysis as a Function of pH, pp. 1-24, 1981.

136. G. D. Veith and R. T. Morris, A Rapid Method of Estimating Log P for Organic Chemicals, EPA-6003-78-049, May, 1978.

137. E. A. Reiner and A. N. Welter, "Bioassay on Leachate of FC-2174," 3M Technical Report, Project #9970012600, Report No. 47, 11/17/80.

138. E. A. Reiner, "Bioassays on Cured and Uncured Fluoroelastomer Leachate," 3M Technical Report, Project #9970012600 Report No. 62, 11/17/81.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053036

1282.0102

A-1                    3M "CONFIDENTIAL"

APPENDIX I

AQUATIC TOXICITY RANKING SYSTEM

NIOSH adopted the following toxicity scale to aid in interpreting aquatic toxicity data listed in the Registry of Toxic Effects of Chemical Substances:

| Description | $LC_{50}$ Concentration |
|---|---|
| Insignificant hazard | >1,000 mg/l |
| Practically nontoxic | 100-1,000 mg/l |
| Slightly toxic | 10-100 mg/l |
| Moderately toxic | 1-10 mg/l |
| Highly toxic | <1 mg/l |

This scale, which was developed based on published data from studies on adult and juvenile aquatic organisms, provides a basis on which acute aquatic toxicity data can be put in some perspective. In using this scale, one should be aware that many other factors, in addition to acute aquatic toxicity, contribute to determining the impact of a chemical on an aquatic environment. Important among these other factors are solubility, volatility, environmental entry concentration, bioconcentration potential, persistence, and the size and mixing rate of the receiving aquatic environment.

Reference:

Registry of Toxic Effects of Chemical Substances, '75 Edition, Christensen, H. E., and E. J. Fairchild, Eds., p. XV and CI, U.S. Department of Health, Education and Welfare; National Institute for Occupational Safety and Health, Washington, DC (June, 1976).

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053037

A-2

APPENDIX II

This Appendix is a cross-reference between report code numbers, product identification
FC numbers, and product chemical composition. The alphanumeric codes used in the report
are primarily those assigned by Commercial Chemicals Division to keep track of work
requests to the Environmental Laboratory. These numbers begin with "cc". Although many
products have more than one cc number because more than one request for work on the
product has been made to the Environmental Lab, only one cc number was selected. Thus
each product has only one cc number in this report. In those cases where a cc number
could not be found, Envir. Assess. Inq. (EAI) numbers or Lab Request (LR) numbers were
used.

KEY TO CHEMICAL CODES USED IN REPORT

| CODE | PRODUCT NUMBER | CODE | PRODUCT NUMBER | CODE | PRODUCT NUMBER |
|------|------|------|------|------|------|
| cc 742-7 | FC-77 | cc 798-21 | FC-393 | EAI 80021 | FC-95 |
| cc 7512-25 | FC-376M | cc 802-23 | FC-98 | LR 2256-3 | FC-808 |
| cc 766-29 | FC-452-30 | cc 803-3 | FC-383 | LR 2318-2 | FC-120 |
| cc 773-53 | FC-135 | cc 803-15 | FC-324-40 | LR 2337-1 | FC-170 |
| cc 775-27 | FC-326 | cc 805-1 | FC-24 | LR 2456-1 | FC-93 |
| cc 777-3 | FC-171 | cc 805-10 | FC-100 | LR 2465-1 | FC-48 |
| cc 777-4A & B | FC-760 | cc 805-10S | F-6422 | LR 2455-3 | FC-75 |
| cc 777-4B | F-6580 | cc 805-24 | FC-254 | LR 2485-2 | FC-214, |
| cc 7711-18 | FC-170C  cc 805-17 | cc 806-6 | FC-252 | | FC-214A |
| cc 7711-27 | FC-134 | cc 809-21 | FC-84 | LR 2543-4 | FC-824 |
| cc 782-5 | FC-388 | cc 8010-11A | FC-2174 | LR 2563-3 | FC-208 |
| cc 782-14 | FC-835 | cc 8010-11B | FC-2175 | LR 2929 | FC-128 |
| cc 782-43 | FC-836 | cc 8010-30 | FC-270 | LR 2929-1 | F-6873 |
| cc 783-1 | PPA-790 | cc 8011-10 | FC-129 | LR 3844-1 | FC-43 |
| cc 783-38 | FC-244 | cc 8011-23 | FC-90 | LR 3844-4 | FM-3422 |
| cc 786-6 | FC-124 | cc 8011-24A | FC-220 | LR 4197-2 | FM-3925 |
| cc 788-19 | FC-78 | cc 8012-41 | FC-3029 | LR 4894 | L-4380 |
| cc 7811-1 | FC-461 | cc 811-17 | FC-353 | LR 4913 | FC-82 |
| cc 791-17 | FC-520 | cc 811-18 | FC-352-20 | LR 5062 | FM-3555 |
| cc 792-8 | FC-508 | cc 812-35 | FC-247 | LR 5120 | FC-40 |
| cc 794-2 | FC-740 | cc 813-26 | FC-189 | LR 5625 | FC-143 |
| cc 794-6 | FC-509 | cc 815-1 | FC-214-30 | LR 6589 | FC-71, |
| cc 795-7 | FC-99 | cc 815-11 | FC-10 | | L-4308 |
| cc 795-19 | FC-391 | cc 816-27 | FC-127 | LR 7842 | FC-72 |
| cc 795-23 | FC-807 | cc 8110-9 | FC-23 | LR 7981 | FC-70 |
| cc 796-3 | FM-3974 | cc 8111-12 | FC-300  232 | | |
| cc 796-10 | PPA-791 | cc 824-32 | FC-218 | | |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053038

A-3

KEY TO CHEMICAL PRODUCTS DISCUSSED IN REPORT

This table includes those products which are discussed within the report.

| Product Number | Class | Chemical Name (3M Synonym) | Chemical Formulation |
|---|---|---|---|
| FC-10 (cc 815-11) | Alcohol | (Wide range N-EtFOSE alcohol) | See FM-3422 |
| FC-23 (cc 8110-9) | Low MW Acid | Perfluorobutyric acid | $C_3F_7COOH$ |
| FC-24 (cc 805-1) | Low MW Acid | Trifluoromethane sulfonic acid (Triflate) | $CF_3SO_3H$ |
| FC-40 (LR 5120) | | | |
| FC-43 (LR 3844-1) | | | |
| FC-48 (LR 2465-1) | | | |
| L-4380 (LR 4894) | | | |
| FC-70 (LR 7981) | | | |
| FC-71 (LR 6589) | | | |
| FC-72 (LR 7842) | | | |
| FC-75 (LR 2455-3) | | | |
| FC-77 (cc 742-7) | Inert liquid | Perfluorinated alkanes and cyclic ethers boiling range 90-107°C | e.g., $(C_4F_9)$ $C_4F_7O$, $C_4F_7-O$, $C_8F_{18}$ |
| FC-78 (cc 788-19) | Inert liquid | N-perfluoromethyl perfluoromorpholine | $C_5F_{11}NO$ |
| FC-82 (LR 4913) | | | |
| FC-84 (cc 809-21) | | | |
| FC-90 (cc 8011-23) | Surfactant | Perfluoroethyl cyclohexyl sulfonic acid, diethanolamine salt | $C_2F_5$ F $SO_3^- -^+H_2N^+(C_2H_4OH)_2$ |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053039

1282.0105

A-4

| Product Number | Class | Chemical Name (3M Synonym) | Chemical Formulation |
|---|---|---|---|
| FC-93 (LR 2456-1) | | | |
| FC-95 (EAI 80021) | Surfactant | Perfluorooctanesulfonic acid, potassium salt | $C_8F_{17}SO_3K$ |
| FC-98 (cc 802-23) | Surfactant | Perfluoroethyl cyclohexyl sulfonic acid, potassium salt | $C_2F_5$   F   $SO_3^-K^+$ |
| FC-99 (cc 795-7) | Surfactant | Perfluorooctanesulfonic acid, diethanolamine salt | $C_8F_{17}SO_3^-H_2N^+(CH_2CH_2OH)_2$ |
| FC-100 (cc 805-10) | Surfactant | Product containing 25% FC Hydroxy Foamer, 25% solvent and 50% $H_2O$ | $C_6F_{13}SO_2N-C_3H_6N^+(CH_3)_2$ $\begin{array}{c}C_2H_4OH\\ \mid \\ CH_2CHCH_2SO_3^-\\ \mid \\ OH\end{array}$ |
| FC-120 (LR 2318-2) | | | |
| FC-128 (LR 2929) FC-127 (cc 816-27) FC-129 (cc 8011-10) F-6873 | Surfactant | N-ethyl-n-[(perfluorooctyl) sulfonyl] glycine, potassium salt | $C_8F_{17}SO_2N(C_2H_5)CH_2COOK$ |
| FC-134 (cc 7711-27) FC-135 (cc 773-53) | Surfactant | 3(((perfluorooctyl) sulfonyl) amino)-N,N,N-trimethyl-1-propanaminium iodide | $[C_8F_{17}SO_2NC_3H_6\overset{H}{N}(CH_3)_3]^+I^-$ |
| FC-143 (LR 5625) | Surfactant | Perfluorooctanoic acid ammonium salt | $C_7F_{15}COO^-NH_4^+$ |
| FC-170 (LR 2337-1) | | | |
| FC-170C (cc 7711-18) | Surfactant | (N-EtFOSE alcohol-ethylene oxide adduct) | $C_8F_{17}SO_2N(C_2H_5)$ $(CH_2CH_2O)_{14}OH$ |
| FC-124 (cc 786-6) | | | |
| FC-171 (cc 777-3) | Surfactant | See FC-760 | |
| FC-189 (cc 813-26) | Acrylate | 2-Propenoic acid-4-(((heptadecafluorooctyl) sulfonyl)methyl-amino-butyl ester (N-butyl FOSE ecrylate) | $C_8F_{17}SO_2N(C_3H_7)C_2H_4O$ $C(O)CHCH_2$ |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053040

A-5

| Product Number | Class | Chemical Name (3M Synonym) | Chemical Formulation |
|---|---|---|---|
| FC-208 (LR 2563-3) | | | |
| FC-214 (LR 2485-2) | | | |
| FC-214A (LR 2485-2) | Acrylate | A polymer of 95% MeFOSEA = $C_8F_{17}SO_2N(CH_3)CH_2CH_2$ $OC(O)CHCH_2$ and 5% butyl acrylate = $CH_3(CH_2)_3OC(O)CHCH_2$ Emulsifier is 5% Ethoquad 18/25 based on solids | |
| FC-214-30 (CC 815-1) | | | |
| FC-218 (cc 824-32) | | | |
| FC-220 (cc 8011-24A) | Acrylate | 30% 50/50 copolymer of N-MeFOSEA/Carbowax 4000 55% water 8% solvent 7% Carbowax 4000 | |
| FC-232 (CC 8110-92) | | | |
| FC-244 (cc 783-38) | Acrylate | 17% 70/15/5/10 MeFOSEA/ Alfol-1620A/IOA/CW 750A 11% other acrylate polymer 52% water 20% solvent | |
| FC-247 (cc 812-35) | | | |
| FC-252 (cc 806-6) | | | |
| FC-254 (cc 805-24) | | | |
| FC-270 (cc 8010-32) | | | |
| FC-300 (cc 8111-4) | | | |
| FC-324-40 (cc 803-15) | | | |
| FC-326 (cc 775-27) | | | |
| FC-351-25 (cc 811-17) | | | |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053041

A-6

| Product Number | Class | Chemical Name (3M Synonym) | Chemical Formulation |
|---|---|---|---|
| FC-352-20 (cc 811-18) | Urethane | 20%: 98% EtFOSE/MDI 2% MCL emulsifier 80%: water Trace: ethyl acetate | |
| FC-353 (cc 813-17) | | | |
| FC-376M (cc 7512-25) | Urethane | 20% 2-EtFOSE/TDI 12.5% alumina Dispal .75 sulfamic acid 66.75 solvents and water | |
| FC-383 (cc 803-3) | | | |
| FC-388 (cc 782-5) | | | |
| FC-391 (cc 795-19) | | | |
| FC-393 (cc 798-21) | | | |
| FC-452-30 (cc 766-29) | | | |
| FC-461 (cc 7811-1) | | | |
| FC-508 (cc 792-8) | Catalyst | 50% $\emptyset_3S^+PF_6^-$ 50% dimethoxyethyl phthalate | |
| FC-509 (cc 794-6) | Catalyst | 45% $\emptyset_3I^+PF_6^-$ 45% dimethylphthalate 10% ERL-4221 epoxy resin | |
| FC-520 (cc 791-17) | | | |
| FC-740 (cc 794-2) | | | |
| FC-760 (cc 777-4A & B) | Surfactant | >90% | $C_8F_{17}SO_2NH(Et)(CH_2CH_2O)_{7.2}CH_3$ |
| | | <10% | $C_8F_{17}SO_2NH(Et)$ |
| PPA-790 (cc 783-1) | Alcohol | (90 - 100%N-MeFOSE alcohol + 0 - 10%N-EtFOSE Alcohol) | See FM-3925 See FM-3422 |

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053042

1282.0108

A-7

| Product Number | Class | Chemical Name (3M Synonym) | Chemical Formulation |
|---|---|---|---|
| PPA-791 (cc 796-10) | Alcohol | (MeFOSE alcohol) | See FM-3925 |
| FC-807 (cc 795-23) | Phosphate | 33% solids: N,N'-(phosphinicobis (oxy-2,1-ethanediyl)) bis(N-ethyl perfluoro-1-octane sulfonamide) (ammonium salt of diphosphate ester of N ethyl FOSE alcohol) Note some mono and tri-esters are also present +49% water, 18% alcohol. | $[C_8F_{17}SO_2N(C_2H_5)CH_2CH_2O]_2$ $PO(ONH_4)$ |
| FC-808 (LR 2256-6) | | | |
| FC-824 (LR 2543-4) | | | |
| FC-835 (cc 782-14) | | | |
| FC-836 (cc 782-43) | | | |
| FC-2174 (cc 8010-11A) | FLUOREL® Polymer | 96% fluoroelastomer: 1% dichlorodiphenyl sulfone 2% bisphenol AF 0.5% triphenyl benzyl phosphonium chloride 0.45% tetramethylene sulfone 0.05% sodium methylate | 78 mole % $CH_2CF_2$ and 22 mole % $C_3F_6$ |
| FC-2175 (cc 8010-11B) | FLUOREL® Polymer | 100% fluoroelastomer | 76/24 $CF_2CH_2/CF_3CFCF_2$ |
| FC-3029 (cc 8012-41) | | | |
| FM-3422 (LR 3844-4) | Alcohol | N-ethyl-N(2-hydroxy ethyl)-1-perfluoro-octanesulfonamide (N-ethyl FOSE alcohol) | $C_8F_{17}SO_2N(C_2H_5)C_2H_4OH$ |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053043

A-8

| Product Number | Class | Chemical Name (3M Synonym) | Chemical Formulation |
|---|---|---|---|
| FM-3555 (LR 5062) | Surfactant | 3-(((heptadecafluoro-octyl) sulfonyl) amino)-N,N,N-trimethyl-1-propanamium chloride (MCL emulsifier) | $C_8F_{17}SO_2NHC_3H_6N^+(CH_3)_3CL^-$ |
| FM-3925 (LR 4197-2) | Alcohol | N-ethyl-N(hydroxymethyl)-1-perfluorooctane sulfonamide (N-methyl FOSE alcohol) | $C_8F_{17}SO_2N(CH_3)C_2H_4OH$ |
| FM-3974 (cc 796-3) | | | |
| F-6422 (cc 805-10S) | Surfactant | 100% FC Hydroxy Foamer solids | See FC-100 |
| F-6580 (cc 777-4B) | -- | N-ethyl-1-perfluoro-octane sulfonamid (FOSE amide) | $C_8F_{17}SO_2\overset{H}{N}-C_2H_5$ |
| F-6873 (LR 2929-1) | | | See FC-128 |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053044

3M "CONFIDENTIAL"

This artical from the BNA Chemical Regulation Reporter shows the importance that Structure-Activity relationships will take in future U.S. EPA Chemical Assessment.

CURRENT REPORT                                                                                   993

## Research

**EVALUATION OF BIOLOGICAL PESTICIDES, STRUCTURE-ACTIVITY RELATIONSHIPS PLANNED**

New research on "key" environmental issues, including the role of structure-analysis in evaluating chemical hazards and the effects of biological pesticides on non-target organisms, is planned during 1983, according to a draft of the Environmental Protection Agency's 1983 research outlook.

Discussed Nov. 29 at a Science Advisory Board meeting, the draft said structure-activity relationships (SAR) currently used to assess chemicals are based upon limited data and often are speculative. "Often the SAR information is essentially the product of prevailing but unverified toxicological opinion," the report said. EPA currently uses structure-activity assessments in its evaluation of chemicals submitted for premanufacture review.

New research by the agency's Office of Research and Development would seek to "make decisions based on SAR more independent than they are now and of greater use in assuring that toxic chemicals and pesticides are adequately regulated," the report said.

The outlook paper's sections on toxics and pesticides said research also is planned on:

▶ Key methods of meeting the agency's monitoring, data collection, and data analysis requirements under the Toxic Substances Control Act;

▶ The most important environmental parameters that should be used in the physical and biological mathematical models that the agency uses to predict exposure, hazard effects, and risks;

▶ The primary environmental endpoint responses for toxic substances and pesticides;

▶ New tests needed to assess chemical hazards and evaluate risk;

▶ Use of field information to verify models used to predict pesticide exposure;

▶ Improvements needed on mathematical models of pesticide transport, fate, and exposure; and

▶ Registration criteria and environmental measurements needed to register biological pesticides.

### Structure-Activity Relationships

The agency plans research into development of reliable structure-activity analyses because the SAR is "an attractive and potentially useful method which, if valid, can produce rapid, timely, inexpensive, scientifically acceptable able data for evaluating the biological effects of chemicals and pesticides and for better assessing the risks," the draft report said.

Specifically, the agency would develop a data base of existing information and correlations and would seek data on the causal relationship between molecular structure and chemical, physical, and biological behavior.

By 1985, the agency hopes to produce models for evaluating environmental fate and toxicity of several chemical classes in a variety of media. By 1986, a working system is expected to be completed using molecular structure descriptions and combinations to predict genetic and carcinogenic activity in humans, according to the draft.

### Biological Control Agents

Environmental research to evaluate the effects of biological control agents on non-target organisms also will begin in 1983, the agency said. Initially, EPA plans to develop hazard evaluation protocols to determine effects from microbial agents and for some biochemicals in estuarine, freshwater, and terrestrial ecosystems.

The organisms, both biochemical and microbial pest control agents, are registered for use under the Federal Insecticide, Fungicide, and Rodenticide Act. "These microorganisms are known to attack targeted pests, but their transport, persistence, and fate in the environment and their effects on non-target species are not clearly understood," the report said.

Specific research planned by the agency includes:

▶ Determining the scope of the biological control agents' effects in terrestrial environment, 1983;

▶ Testing protocols for estimating hazards to non-target terrestrial species, 1984;

▶ Testing with non-target freshwater organisms under field conditions, 1985; and

▶ Studying exposure of aquatic animals to insect viruses, 1984.

### Research Milestones

EPA also set a variety of research milestones for the next five years. These include the development of methodologies for several short-term tests, such as identifying the effects of toxicants upon the nervous system. A short-term methodology for identifying the teratogenic potential of chemicals

994

also will be sought in an effort "to support or eliminate the need for extensive animal tests," the draft said.

The agency also aims to develop methods "capable of evaluating the responses of entire systems, systemic disease processes, and specific target organisms to acute, subchronic, and chronic toxicant insult," according to the report.

12-3-82

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053045

1282.0111

-iii-

## TABLES AND FIGURES

Page

TABLE 1 - DATA ON FLUOROCHEMICALS INCLUDED IN FATE OF
FLUOROCHEMICALS STUDY PART I                                    5

FIGURE 11- IMPORTANT PATHWAYS OF AN ORGANIC CHEMICAL IN
THE ENVIRONMENT                                                12

TABLE 2 - AQUEOUS SOLUBILITIES AND OCTANOL/WATER PARTITION
COEFFICIENTS OF ORGANIC COMPOUNDS                              16

TABLE 3 - FLUORIDE MEASUREMENTS AT THE DECATUR PLANT          21

TABLE 4 - SUMMARY OF ENVIRONMENTAL EFFECTS OF FLUORINERT      32
LIQUIDS

TABLE 5 - TOXICITY OF NaOH NEUTRALIZED FLUOROCHEMICAL ACIDS   35
AND OTHER SALTS OF THESE ACIDS

TABLE 6 - SOLUBILITY AND OCTANOL/WATER PARTITION             37
COEFFICIENTS OF FLUOROCHEMICAL SURFACTANT PRODUCTS

TABLE 7 - BIODEGRADATION DATA ON NONSOLVENT-CONTAINING        41
FLUOROCHEMICAL SURFACTANTS

TABLE 8 - AQUATIC BIOASSAY DATA ON LR-5625 AND EAT 80021      44

TABLE 9 - FISH 96-HR. $LC_{50}$ DATA FOR FLUOROCHEMICAL      45
SURFACTANTS

TABLE 10 - OTHER ENVIRONMENTAL EFFECTS DATA ON               47
FLUOROCHEMICAL SURFACTANTS

TABLE 11 - BIOASSAY DATA ON LR-3844-4 AND LR-4197-2          63

TABLE 12 - TOXICITY OF ACRYLATE PRODUCTS TO AQUATIC          72
ORGANISMS

TABLE 13 - AQUATIC TOXICITY DATA ON URETHANE CONTAINING      79
PRODUCTS

TABLE 14 - SUMMARY OF RECOMMENDED STUDIES ON                 84
FLUOROCHEMICAL

TABLE 15 - SCHEDULE OF PROPOSED WORK                         88

(handwritten annotations: FC 143, FC-55 above "LR-5625 AND EAT 80021"; FM 3w22, FM-3525 above "LR-3844-4 AND LR-4197-2")

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053046

A-5

### APPENDIX III
CHPS

Needs for [14]C-Radiolabeled Fluorochemicals

| Report Section | Test | Priority | Placement of [14]C Label | Importance of Having Label [a] |
|---|---|---|---|---|
| IV.C.2.a. | Distribution coef. of FC-95 and FC-143 | I | anywhere | Low |
| IV.C.2.a. | Soil TLC of FC-95 and FC-143 | II | anywhere | Necessary |
| IV.C.2.a | Bioadsorption of FC-95 and FC-143 | III | anywhere | high |
| IV.C.2.b. | Acclimated seed BOD of FC-171 | II | on perfluorinated portion | Moderate |
| IV.C.2.b. | Soil biometry (respirometry) on Hydroxy Foamer, F-6422 | II | on Hydrocarbon portion | High |
| IV.C.2.b. | Aerobic soil biodegradation tests on FC-143, FC-95 | II | anywhere | High |
| IV.C.2.b. | Anaerobic soil biodegradation tests on FC-143 | III | anywhere | High |
| IV.C.2.b. | Photodegradation of FC-143, FC-95, F-6422 | III | on perfluorinated portion | Moderate |
| IV.C.2.C | Bioconcentration of FC-95 and FC-143 | I | anywhere | High |
| IV.D.2.a. | Water solubility of FC-807 | I | anywhere | Low |
| IV.D.2.a. | Octanol/water partition coefficient of FC-807 | I | anywhere | Low |
| IV.D.2.a. | Soil adsorption of FC-807 | III | anywhere | Moderate |
| IV.D.2.a. | Soil TLC of FC-807 | III | anywhere | Necessary |
| IV.D.2.b. | Aerobic soil biodegradation of FC-807 | III | on perfluorinated portion | High |
| IV.E.2.a. | Water Solubility of FM-3422 and FM-3925 | III | anywhere | Low |
| IV.E.2.a. | Octanol/water partition coef. of FM-3422 | I | anywhere | Low |
| IV.E.2.a | Soil TLC of FM-3422 | III | anywhere | Necessary |
| IV.E.2.a | Soil TLC of FM-3925 | II | anywhere | Necessary |
| IV.E.2.b. | Alkaline hydrolysis of FM-3422 and FM-3925 | III | on perfluorinated portion | Moderate |

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053047

A-6

| | | | | |
|---|---|---|---|---|
| IV.E.2.b. | Photolysis of FM-3422 on sand | III | on perfluorinated portion | Moderate |
| IV.E.2.b. | Soil biodegradation of FM-3422 and FM-3925 | I for FM-3422 II for FM-3925 | preferably on per-fluorinated portion | High |
| IV.E.2.b. | Anaerobic soil biodegradation of FM-3422 | II | on perfluorinated portion | High |
| IV.E.2.b. | Biotransformation in fish and plants of FM-3422 | III-fish II-plants | on perfluorinated portion | Moderate |
| IV.E.2.c | *extractability of FM-3422 from fish tissue* | *I* | *anywhere* | *Moderate* |
| IV.F.2.b. | Hydrolysis of FC-220 and FC-214A | FC-220-II FC-214AIII | preferably ~~anywhere~~ on MeFOSEA monomer | Moderate |
| IV.F.2.b. | Photolysis of FC-220 and FC-214A | III | preferably ~~anywhere~~ on MeFOSEA monomer | Moderate |
| IV.F.2.b. | Soil biodegradation of FC-220 and FC-214A | III | preferably ~~anywhere~~ on MeFOSE monomer | High |
| IV.G.2.b. | Hydrolysis of EtFOSE/MDI (FC-352-20) | II | on EtFOSE monomer | Moderate |
| IV.G.2.b. | Rigorous soil biodegradation of EtFOSE/MDI | III | on EtFOSE monomer | High |
| IV.G.2.b. | Photolysis of EtFOSE/MDI | III | on EtFOSE Monomer | Moderate |

Footnotes:

(a) Terms in this column are defined as followed:

Low = radiolabeled material is preferred but testing could readily be done without it;
Moderate = The use of radiolabeled material would greatly facilitate testing;
High = Testing would be difficult, possibly impossible, without radiolabeled materials;
Necessary = Testing could not be done without radiolabeled material.

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053048



Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10053049

1282.0115