# EXHIBIT 44

## 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF ALABAMA
 3                NORTHEASTERN DIVISION
 4
 5   CIVIL ACTION NO. 5:15-cv-01750-AKK
 6
 7   TOMMY LINDSEY, et al.,
 8              Plaintiffs,
 9   vs.
10   3M COMPANY, et al.,
11              Defendants.
12
13        VIDEO DEPOSITION OF LARRY WATKINS
14          Heninger Garrison Davis, LLC
15             2224 First Avenue North
16           Birmingham, Alabama 35203
17              November 22, 2019
18
19
20   REPORTED BY:   Laura H. Nichols
21                  Certified Realtime Reporter,
22                  Registered Professional
23                  Reporter and Notary Public
```

## 2

```
 1            A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4        Mr. Timothy C. Davis
 5        Attorney at Law
 6        Heninger Garrison Davis LLC
 7        2224 First Avenue North
 8        Birmingham, Alabama 35203
 9        205.326.3336
10        tdavis@hgdlawfirm.com
11   -AND-
12        Mr. Kevin Hannon
13        Attorney at Law
14        The Hannon Law Firm, LLC
15        1641 Downing Street
16        Denver, Colorado 80128
17        303.861.8800
18        khannon@hannonlaw.com
```

## 3

```
 1       A P P E A R A N C E S  (Continuing)
 2
 3   FOR THE DEFENDANT, 3M COMPANY:
 4        Mr. M. Christian King
 5        Attorney at Law
 6        Lightfoot, Franklin & White, L.L.C.
 7        The Clark Building
 8        400 North 20th Street
 9        Birmingham, Alabama 35203
10        205.581.0715
11        cking@lightfootlaw.com
12
13   FOR THE DEFENDANT, DAIKIN AMERICA, INC.:
14        Mr. Christopher L. Yeilding
15        Attorney at Law
16        Balch & Bingham LLP
17        Post Office Box 306
18        Birmingham, Alabama 35201-0306
19        205.251.8100
20        cyeilding@balch.com
```

## 4

```
 1       A P P E A R A N C E S  (Continuing)
 2
 3   OTHERS PRESENT:
 4        Ms. Karen Kelley, Videographer
 5        Freedom Court Reporting
 6        2031 Shady Crest Drive
 7        Hoover, Alabama 35216
 8        205.397.2397
```

Page 65

```
09:27:15  1  about the lawsuit?
09:27:16  2       A.   We don't carry on conversations
09:27:17  3  about it all the time.  I have my work to do.
09:27:19  4       Q.   What is your understanding of what
09:27:21  5  this lawsuit is about?
09:27:25  6       A.   It is about contamination of the
09:27:27  7  water.
09:27:27  8       Q.   What water?
09:27:28  9       A.   That 3M dumped in the river, in
09:27:31 10  the Tennessee River, and the pollution, toxic
09:27:34 11  material.
09:27:41 12       Q.   What water are you talking about
09:27:44 13  that is contaminated in this lawsuit?
09:27:45 14       A.   The water from 3M dumped in the
09:27:48 15  Tennessee River that was used by WMEL to supply
09:27:54 16  water to our property.
09:27:58 17       Q.   Okay.  So your understanding of
09:27:59 18  what this lawsuit is about is making claims
09:28:02 19  about the contamination of the water you get
09:28:05 20  from WMEL?
09:28:06 21       A.   Toxic material dropped in the
09:28:08 22  water by 3M.
09:28:20 23       Q.   As I said earlier, I represent
```

Page 66

```
09:28:22  1  Daikin America.  Have you heard of Daikin?
09:28:25  2       A.   I have.
09:28:25  3       Q.   Do you know that Daikin is a party
09:28:28  4  to this lawsuit?
09:28:29  5       A.   Yes.
09:28:29  6       Q.   What do you contend that Daikin
09:28:31  7  did wrong?
09:28:32  8       A.   The same thing 3M did.
09:28:41  9       Q.   And what is that?
09:28:42 10       A.   Dumped toxic waste into the
09:28:44 11  Tennessee River that supplies water to our
09:28:50 12  property.
09:28:54 13       Q.   What toxic waste?
09:28:55 14       A.   I'm not sure of that.  I don't
09:28:57 15  know.  Toxic waste, the PFOs.  I don't know all
09:29:03 16  that stuff.
09:29:03 17       Q.   Do you know what chemicals you are
09:29:05 18  making a claim about in this case?
09:29:07 19       A.   They say it is PFOs.
09:29:10 20       Q.   Anything else?
09:29:15 21       A.   That is all I know.
09:29:39 22       Q.   I am going to show you discovery
09:29:41 23  responses in this case.
```

Page 67

```
09:29:45  1            MR. HANNON:  Are you going to mark
09:29:46  2  them?  You don't have to.  You gave it to him
09:29:51  3  and me without a sticker.
09:29:53  4            (Defendants' Exhibit 12 was marked
09:29:56  5            for identification.)
09:29:56  6       Q.   (BY MR. YEILDING:)  May I steal
09:29:58  7  that back from you?  I am going to mark it as
09:30:01  8  Defendants' Exhibit 12.  If you could skip to
09:30:18  9  Page 22, is that your signature?
09:30:32 10       A.   That is it.
09:30:32 11       Q.   Did you review these responses
09:30:36 12  before you signed them?
09:30:37 13       A.   I did.
09:30:38 14       Q.   And they are true and correct, to
09:30:40 15  the best of your knowledge?
09:30:43 16       A.   They are.
09:30:44 17       Q.   Just a few questions about these.
09:30:50 18  If you could turn to Page 4, do you see in the
09:31:06 19  middle of the page it has got your name and
09:31:08 20  Larry Watkins and then Doby in parentheses?
09:31:12 21       A.   Yes.
09:31:13 22       Q.   Is all the information in those
09:31:15 23  two lines correct for your driver's license,
```

Page 68

```
09:31:20  1  last four digits of your Social, cell phone
09:31:23  2  number, email address?
09:31:24  3       A.   It is.
09:31:29  4       Q.   Have you had any other cell phone
09:31:31  5  numbers in the last, say, ten years?
09:31:33  6       A.   No.
09:31:46  7       Q.   Moving on to -- have you had any
09:31:48  8  other email addresses in the last ten years?
09:31:51  9       A.   I think so.
09:31:51 10       Q.   Do you remember what they were?
09:31:58 11       A.   I had an AOL account.  That is all
09:32:00 12  I know.  I can't remember that.  That has been
09:32:03 13  so long ago.
09:32:03 14       Q.   How long have you had the Yahoo
09:32:05 15  account?
09:32:06 16       A.   About seven or eight years, I
09:32:09 17  guess.
09:32:09 18       Q.   Are you on Facebook?
09:32:10 19       A.   No.
09:32:12 20       Q.   Is your wife on Facebook?
09:32:14 21       A.   I don't know.
09:32:15 22       Q.   Are you on any other type of --
09:32:20 23       A.   No.
```

## Page 77

1  MR. HANNON: Okay. Just want to
2  make sure we are on the same page, so to speak.
3  Q. (BY MR. YEILDING:) Is that your
4  signature on the guilty plea?
5  A. That is.
6  Q. And what was your sentence?
7  A. Thirteen months.
8  Q. Did you serve thirteen months in
9  prison?
10  A. I served twelve months and
11  something, I guess. I got good time, whatever
12  good time was.
13  Q. Where did you serve your time?
14  A. In the federal penitentiary in
15  Arkansas.
16  Q. And do you see -- just flipping
17  through this to finish the exhibit. So you saw
18  the page that you are on with your signature
19  for the guilty plea. Do you see the next page
20  is the judgment?
21  A. Uh-huh.
22  Q. Do you see that?
23  A. Uh-huh.

## Page 78

1  Q. Is that a yes?
2  MR. HANNON: You need to answer
3  out loud.
4  A. Yes. I'm sorry.
5  Q. (BY MR. YEILDING:) And then the
6  next page has got the actual sentence?
7  A. Yes.
8  Q. And then ultimately at the very
9  end, the very last page, there's a satisfaction
10  of judgment saying you have satisfied the
11  judgment; is that right?
12  A. The very last page, 15. Yes.
13  MR. YEILDING: Do y'all want to
14  take a short break?
15  MR. DAVIS: Sure.
16  THE VIDEOGRAPHER: We are going
17  off the record at 9:40.
18  (Whereupon, a break was had from
19  9:40 a.m. until 10:00 a.m.)
20  THE VIDEOGRAPHER: Going back on
21  the record at 10:00.
22  Q. (BY MR. YEILDING:) Mr. Watkins, I
23  want to show you the May 6, 2019, Complaint

## Page 79

1  Amendment. And I don't have many questions
2  about this. I know it is a thick document.
3  Have you seen that before?
4  A. I have.
5  Q. Did you review it before it was
6  filed?
7  A. I did.
8  Q. It was filed in May of 2019. Do
9  you see that?
10  A. I see that.
11  Q. And were you provided a copy of
12  that before it was filed?
13  A. Yes.
14  Q. And did you review it before it
15  was filed?
16  A. I did.
17  Q. All right. Thank you. I want to
18  go back to your property, the property we are
19  here about today, and your use of that
20  property, okay?
21  A. Okay.
22  Q. When you first built the house,
23  you said it was hooked up to WMEL water; is

## Page 80

1  that right?
2  A. I hooked up as soon as I built it.
3  Q. To WMEL?
4  A. Yes.
5  Q. Have you ever had any sources of
6  water for your house that we are here about
7  today other than WMEL water?
8  A. No.
9  Q. So starting in around '95 or '96,
10  you were using WMEL water at that property?
11  A. Somewhere around that time.
12  Q. For all purposes that people use
13  water for at their house, right?
14  A. Right.
15  Q. Drinking, cooking, you know,
16  anything else you do, showering, bathing, you
17  were using WMEL water once you got hooked up to
18  it at that house?
19  A. I did.
20  Q. Did there ever come a point where
21  you changed your, you know, your use of the
22  WMEL water?
23  A. Yes.

81

```
10:03:17   1         Q.    When was that?
10:03:20   2         A.    I don't know exactly the date, but
10:03:22   3    I started drinking bottled water.
10:03:23   4         Q.    What was the triggering event for
10:03:32   5    you to start drinking bottled water?
10:03:36   6         A.    I found out the water was
10:03:37   7    contaminated.
10:03:38   8         Q.    How did you find out the water was
10:03:41   9    contaminated?
10:03:42  10         A.    Through Mr. King -- Mr. Cole.  I'm
10:03:46  11    sorry.
10:03:46  12         Q.    Through Mr. Cole?
10:03:48  13         A.    Carl Cole.
10:03:57  14         Q.    You were added to the lawsuit
10:03:59  15    right after -- or shortly after that
10:04:01  16    conversation you had with William Jackson; is
10:04:03  17    that right?
10:04:03  18         A.    That is correct.
10:04:04  19         Q.    And that was in early '16?
10:04:06  20         A.    That was correct, to the best of
10:04:09  21    my knowledge.
10:04:09  22         Q.    I don't want to get into the
10:04:10  23    details of what you discussed with Mr. Cole.
```

82

```
10:04:15   1    Had you switched to bottled water before you
10:04:18   2    went and met with Mr. Cole?
10:04:20   3         A.    I had not.
10:04:20   4         Q.    You had used WMEL water for all
10:04:23   5    purposes up until whenever you met with
10:04:25   6    Mr. Cole for the first time?
10:04:27   7         A.    That is correct.
10:04:27   8         Q.    Who was living in your house in
10:04:35   9    early 2016 when you were added to this case?
10:04:40  10         A.    Me and my wife.
10:04:41  11         Q.    You and Venetia?
10:04:45  12         A.    Yes.
10:04:45  13         Q.    Anyone else?
10:04:53  14         A.    My niece, Tae'Lore.
10:04:55  15         Q.    Anyone else?
10:04:56  16         A.    I think that is it.
10:04:58  17         Q.    And at some point after that,
10:05:00  18    Tae'Lore moved out?
10:05:01  19         A.    That's correct.
10:05:02  20         Q.    Has anybody else lived there since
10:05:05  21    besides you and Venetia?
10:05:07  22         A.    That is it.
10:05:12  23         Q.    And so you say you switched to
```

83

```
10:05:16   1    bottled water.  Would you drink the tap water
10:05:18   2    from time to time and drink bottled water at
10:05:21   3    other times?
10:05:22   4         A.    No.
10:05:22   5         Q.    Did you switch to drinking bottled
10:05:24   6    water at your house a hundred percent of the
10:05:26   7    time?
10:05:26   8         A.    Repeat that again.
10:05:27   9         Q.    Do you drink only bottled water at
10:05:29  10    your house now?
10:05:29  11         A.    I do.
10:05:30  12         Q.    And have you only drank bottled
10:05:33  13    water at your house since you had that
10:05:35  14    conversation with Mr. Cole?
10:05:36  15         A.    That is all.
10:05:37  16         Q.    Have you only drank bottled water
10:05:39  17    at your house and not any tap water since you
10:05:42  18    got added to this lawsuit?
10:05:43  19         A.    I have not.
10:05:44  20         Q.    Have you drank any tap water out
10:05:46  21    of the faucet at your house since you got added
10:05:49  22    to this lawsuit?
10:05:50  23         A.    I have not.
```

84

```
10:05:54   1         Q.    Has anyone else drank water out of
10:05:58   2    the faucet or tap water at your house since you
10:06:00   3    got added to this lawsuit?
10:06:01   4         A.    I cannot answer that.
10:06:02   5         Q.    Do you know if your wife drinks
10:06:08   6    bottled water or tap water at your house?
10:06:10   7         A.    She drinks bottled water.
10:06:11   8         Q.    Do you ever see her drink tap
10:06:13   9    water?
10:06:13  10         A.    I have not.
10:06:14  11         Q.    Have you seen her drink tap water
10:06:17  12    since you got added to this lawsuit in 2016?
10:06:20  13         A.    I have not.
10:06:20  14         Q.    What about Tae'Lore, when she
10:06:23  15    lived there, did Tae'Lore drink tap water after
10:06:27  16    you got added to this lawsuit in 2016?
10:06:29  17         A.    I haven't seen her drink any.
10:06:31  18         Q.    Did you see her drink bottled
10:06:33  19    water?
10:06:33  20         A.    I did.
10:06:34  21         Q.    What type of water do you use for
10:06:36  22    cooking purposes?
10:06:37  23         A.    Tap water.
```

85

```
10:06:37  1       Q.    And you use tap water for watering
10:06:44  2  the flower bed, right?
10:06:46  3       A.    That's correct.
10:06:46  4       Q.    And you use tap water for giving
10:06:51  5  the cows water to drink, right?
10:06:53  6       A.    Yes.
10:06:54  7       Q.    Do you use bottled water for any
10:06:58  8  purpose other than what you drink at your
10:07:00  9  house?
10:07:00 10       A.    That is all.
10:07:04 11       Q.    You obviously shower and bathe in
10:07:06 12  tap water.
10:07:07 13       A.    Correct.
10:07:09 14       Q.    How often do you buy bottled
10:07:10 15  water?
10:07:12 16       A.    As often as needed.  I don't know.
10:07:18 17       Q.    In what type of quantities?
10:07:19 18       A.    Cases.
10:07:20 19       Q.    You buy cases of -- you have got a
10:07:22 20  bottle of water in front of you right there.
10:07:25 21  Do you buy cases like that?
10:07:26 22       A.    Yes.
10:07:27 23       Q.    Are they either sixteen ounces or
```

86

```
10:07:29  1  twenty ounces?
10:07:30  2       A.    Yes.
10:07:30  3       Q.    Do you ever buy gallon jugs of
10:07:33  4  water?
10:07:34  5       A.    No.
10:07:34  6       Q.    About how much water do you drink
10:07:36  7  a day?
10:07:39  8       A.    About three or four bottles,
10:07:42  9  certain times.
10:07:47 10       Q.    And has that been the same ever
10:07:49 11  since you stopped drinking the tap water since
10:07:53 12  2016?
10:07:53 13       A.    Yes.
10:07:54 14       Q.    About how much -- how many bottles
10:07:56 15  of water do you see your wife drink during the
10:07:58 16  day?
10:07:58 17       A.    I don't be around my wife during
10:08:00 18  the day most of the time.
10:08:01 19       Q.    Does your wife work?
10:08:02 20       A.    No.
10:08:03 21       Q.    You are out working?
10:08:04 22       A.    Yes.
10:08:04 23       Q.    Do you work five days a week?
```

87

```
10:08:07  1       A.    Seven.
10:08:08  2       Q.    You work seven days a week in
10:08:10  3  construction?
10:08:11  4       A.    Yes.
10:08:11  5       Q.    How -- you know, what -- I know it
10:08:18  6  would vary, but what type of hours are you gone
10:08:20  7  from the home during the day?
10:08:22  8       A.    Mostly eight hours or longer.
10:08:24  9       Q.    When do you leave the house in the
10:08:26 10  mornings on average?
10:08:30 11       A.    I don't have an average time.
10:08:32 12  5:00 in the morning, 6:00 in the morning,
10:08:34 13  different times.
10:08:34 14       Q.    And you are gone most of the day
10:08:37 15  working?
10:08:37 16       A.    That's correct.
10:08:38 17       Q.    And your wife is in and out of the
10:08:40 18  house during those time periods; is that right?
10:08:44 19       A.    I would assume.
10:08:45 20       Q.    So your wife spends more time at
10:08:47 21  the house than you do?
10:08:48 22       A.    Correct.
10:08:49 23       Q.    What type of bottled water do
```

88

```
10:08:56  1  y'all buy?
10:08:57  2       A.    I don't -- I'm not sure.  Just all
10:08:58  3  kinds of water.  What is on sale.
10:09:02  4       Q.    Just cases of bottles?
10:09:05  5       A.    That's correct.
10:09:06  6       Q.    How many come in a case?
10:09:08  7       A.    Twenty-four, thirty-two.
10:09:11  8       Q.    Is there a certain place you buy
10:09:14  9  them from or just wherever?
10:09:15 10       A.    Anything that is on sale.
10:09:17 11       Q.    What grocery store do y'all
10:09:19 12  usually go to?
10:09:20 13       A.    Foodland.
10:09:22 14       Q.    Do you do the shopping or your
10:09:24 15  wife do the shopping?
10:09:25 16       A.    My wife.
10:09:26 17       Q.    Do you ever buy the water at the
10:09:28 18  store, you yourself, bottled water?
10:09:34 19       A.    I do.
10:09:44 20       Q.    Okay.  Would you explain to me
10:09:45 21  more about why you switched to bottled water
10:09:49 22  and quit drinking water out of your faucet?
10:09:52 23       A.    Because of the contamination.
```

## Page 89

```
1    Q.    Contamination with what?
2    A.    With toxic waste.
3    Q.    Is that based on anything other
4  than what you talked to Mr. Cole about?
5          MR. HANNON:  I am going to object
6  and instruct you not to answer because that
7  presumes a conversation with your lawyer.  I
8  think you can rephrase it, like what area,
9  where have you gotten information of the
10 contamination from or something like that.
11   Q.    (BY MR. YEILDING:)  Can you tell
12 me all of the sources of information or any
13 other sources of information that you have seen
14 that have led you to only drink bottled water
15 at your house?
16         MR. HANNON:  Same objection.  Go
17 ahead and answer.
18   A.    From TV, that is the number one
19 source.  And the letter from the WMEL director.
20   Q.    (BY MR. YEILDING:)  Do you
21 remember receiving a letter from the WMEL
22 director directing WMEL customers not to drink
23 the water?
```

## Page 90

```
1    A.    No, I don't remember seeing that.
2    Q.    Then what letter are you referring
3  to?
4    A.    I said the news.
5    Q.    Okay.  I thought you said
6  something about a letter from the director.
7    A.    No.
8    Q.    Do you remember there was a point
9  in time where WMEL told its customers not to
10 drink the water?
11   A.    Yes.
12   Q.    How did you hear about that?
13   A.    Saw it on the news.
14   Q.    And at that time, were you
15 drinking tap water or bottled water?
16   A.    Bottled water.
17   Q.    Had you already switched to
18 bottled water full time by the time that
19 announcement came out?
20   A.    I had.
21   Q.    Do you remember that there was a
22 time where WMEL told its customers that it was
23 okay and safe to drink the water?
```

## Page 91

```
1    A.    I don't recall that.
2    Q.    Do you remember that sometime
3  after they had instructed -- that WMEL had
4  instructed their customers not to drink the
5  water that WMEL told their customers that it
6  was now okay and safe to drink the WMEL water?
7          MR. HANNON:  Objection.  Asked and
8  answered.  You can answer.
9    A.    Okay.  No, I don't.
10   Q.    (BY MR. YEILDING:)  Have you ever
11 heard that WMEL, since they had originally
12 instructed their customers not to drink the
13 water, have informed their customers it is safe
14 to drink the water?
15         MR. HANNON:  Objection.  Asked and
16 answered.
17   A.    I haven't heard that.
18   Q.    (BY MR. YEILDING:)  Do you drink
19 coffee?
20   A.    I do.
21   Q.    Do you make coffee at home?
22   A.    I do not.
23   Q.    Do you ever make coffee at home?
```

## Page 92

```
1    A.    My wife does.
2    Q.    Does your wife use tap water or
3  bottled water for the coffee?
4    A.    Tap water probably.
5    Q.    Does -- do either you or your wife
6  make tea at home?
7    A.    I don't.
8    Q.    Does your wife?
9    A.    I'm not sure.
10   Q.    So y'all use tap water for the
11 coffee y'all make at home?
12   A.    Yes.
13   Q.    So whatever concerns you have
14 about drinking the tap water from your house --
15 or strike that.
16         The concerns that you have that
17 led you to choose to just drink bottled water
18 don't prevent you from using tap water to make
19 coffee at home?
20   A.    It concerns me.
21   Q.    But you still do it?
22   A.    Yes.
23   Q.    Do y'all have any kind of water
```

97

```
 1    Q.   What water system?
 2    A.   The water where you wash the cars,
 3  spray on -- in the garden -- I mean in the
 4  flower beds.  And if it is in the Tennessee
 5  River, it seeps through the ground.
 6    Q.   How far are you from the river?
 7    A.   About two miles.
 8    Q.   And do you use the hose where you
 9  are working on cars?
10    A.   When you wash the car.  I don't
11  wash cars.  My wife do.
12    Q.   She washes cars at your house with
13  a hose that is tap water?
14    A.   Yes.
15    Q.   Where does she wash the cars on
16  your property?
17    A.   In the front, on the -- in the
18  front of the garage.
19    Q.   How many cups of coffee do you
20  drink a day?
21    A.   Possibly one at home.
22    Q.   In the morning before you leave?
23    A.   Sometimes.
```

98

```
 1    Q.   How much coffee does your wife
 2  drink at home?
 3    A.   I don't know.
 4    Q.   Do you think you drink around one
 5  cup of coffee a day at home, you?
 6    A.   No, not every day.
 7    Q.   Do you think the water from WMEL
 8  is still contaminated?
 9    A.   Yes.
10    Q.   Are you aware that WMEL installed
11  a filtration system in 2016?
12    A.   I am.
13    Q.   But you still think the water is
14  not safe to drink?
15    A.   I do.
16    Q.   And why is that?
17    A.   Because it has been contaminated
18  all the time.
19    Q.   Do you know anything about how
20  effective or not the filtration system is at
21  removing things from the water?
22    A.   I do not.
23    Q.   What are the sources of
```

99

```
 1  information that you have that make you think
 2  that the drinking water is still not safe to
 3  drink from WMEL even after the filtration
 4  system was installed?
 5    A.   I don't feel that it is cleaning
 6  it up.
 7    Q.   Where do you get your information
 8  that makes you believe that?
 9    A.   I just believe that.  I don't have
10  to get information.  I just believe it.
11    Q.   Have you read anywhere that after
12  the filtration system was installed at WMEL,
13  the water is still not safe to drink?
14    A.   I have not.
15    Q.   Have you heard that from anybody?
16    A.   No, I have not.
17    Q.   Have you seen that on TV?
18    A.   I have not.
19    Q.   So you just personally believe
20  that WMEL water is not safe to drink, even to
21  this day?
22    A.   I do.
23         (Defendants' Exhibit 14 was marked
```

100

```
 1         for identification.)
 2    Q.   (BY MR. YEILDING:)  I am going to
 3  show you what I am marking as Exhibit 14,
 4  Mr. Watkins.  I know it is a thick document.
 5  It is a series of documents from different
 6  years.  And you can just look at the one for
 7  2009, the first few pages, and tell me if you
 8  ever remember receiving anything like this from
 9  WMEL.
10    A.   I don't.
11    Q.   Do you remember WMEL sending you
12  and your wife an annual report talking about
13  the water quality?
14    A.   I don't.
15    Q.   Have you ever seen a document that
16  looks like this that is in front of you?
17         MR. HANNON:  Objection.  Asked and
18  answered.
19    A.   I haven't.
20    Q.   (BY MR. YEILDING:)  Who gets the
21  mail at your house, you or your wife?
22    A.   My wife.
23    Q.   And do you open any mail?
```

**Page 113**

1  all the way around.
2     Q.   And you have got about five acres
3  where your property is, right?
4     A.   Yes.
5     Q.   Did they take soil samples from
6  anywhere outside of the yard on your five
7  acres?
8     A.   No.
9     Q.   Do you know what they were testing
10 your soil for?
11    A.   I do not.
12    Q.   Do you know how they chose the
13 area where they took samples?
14    A.   I do not.
15    Q.   Did you have any input on where
16 they took samples from?
17    A.   I did not.
18    Q.   Did they, the people who took
19 samples, ask you any questions about your use
20 of the property?
21    A.   He did not.
22    Q.   Did you talk to the people who
23 were taking samples?

**Page 114**

1     A.   I did.
2     Q.   Did you discuss the location for
3  taking soil samples with those people?
4     A.   I did not.
5     Q.   And I may have asked you this.
6  Have you seen the results from that soil
7  sampling?
8     A.   I have not.
9     Q.   Are you aware of any sludge being
10 applied anywhere within two miles of your five
11 acres as fertilizer?
12    A.   I am not aware.
13    Q.   Is there anything that you used to
14 do on your property in the past that you say
15 you can't do now because of the water from
16 WMEL?
17    A.   Drink the water.
18    Q.   Anything else?
19    A.   That is about it that I can recall
20 right now.
21    Q.   Are you making a claim in this
22 lawsuit for the cost of buying bottled water?
23    A.   I am.

**Page 115**

1     Q.   Do you have an amount of money put
2  on that?
3     A.   I do not.
4     Q.   Do y'all, you and your wife save
5  receipts from when you buy bottled water?
6     A.   We do not.
7     Q.   How much does the case of the
8  bottled water cost that you buy?
9     A.   It varies in prices.
10    Q.   Just ballpark.
11    A.   I don't know.
12    Q.   So you say you think your property
13 is worth less due to the water from WMEL,
14 right?
15    A.   Yes.
16    Q.   And I want to figure out all the
17 damages you are claiming in the case.  You say
18 your property is worth less and you have had to
19 buy bottled water.  Any other damages you are
20 claiming in this lawsuit?
21    A.   Yes.  The worries and stuff with
22 the damage to my property, worrying for my
23 family.

**Page 116**

1     Q.   Are you making a claim for mental
2  anguish in this case?
3     A.   Yes.
4     Q.   Have you seen any type of doctor
5  or counselor or anybody like that regarding
6  your mental anguish or worries?
7     A.   I have not.
8     Q.   When did your worries start about
9  the water from WMEL?
10    A.   When I found out that y'all were
11 dumping water -- toxic waste in the water.
12    Q.   Talking about the conversations
13 you had in early '16 when you got added to the
14 case?
15    A.   During that time.
16    Q.   And have you been worried ever
17 since?
18    A.   Yes.
19    Q.   And worried to this day?
20    A.   Until it is cleaned up.
21    Q.   Until what is cleaned up?
22    A.   Toxic waste.
23    Q.   From the WMEL water?

## Page 117

1  A. From 3M and Daikins.
2  Q. From their what?
3  A. The dumping of the waste in the
4  Tennessee River.
5  Q. But your claim in this case is
6  about the drinking water from WMEL, correct?
7  A. We are claiming that it is from
8  the toxic waste that is dumped in the soil,
9  that penetrated through our soil and the WMEL
10 water.
11 Q. Are you making claims in this case
12 for contamination of the river?
13 A. Contamination of my soil.
14 Q. Contamination of your soil?
15 A. And the soil other -- other WMSL
16 [sic] clients.
17 Q. And the way you say that it got on
18 your soil is what?
19 A. Dumping of toxic waste into the
20 Tennessee River --
21 Q. And that --
22 A. -- that penetrated through our
23 property.

## Page 118

1  Q. Okay. So you are saying that --
2  you are making a claim in this case for Daikin
3  and 3M putting waste in the Tennessee River
4  that made its way to your property through the
5  ground?
6  A. And through WMEL water supplies.
7  Q. Any other damages you are claiming
8  in this case?
9  A. That is the damage as far as I can
10 recall right now.
11 Q. Do you take any medication for
12 your worries and anguish?
13 A. No, I do not.
14 Q. Has anyone told you that your
15 property is worth less than it would have been
16 because of the WMEL water?
17 A. No, they have not.
18 Q. Has any property around you
19 within, say, a mile or two been sold in the
20 last few years?
21 A. I do not know.
22 Q. Do you see property get listed for
23 sale in your area?

## Page 119

1  A. I live in the country. We don't
2  have too much listed.
3  Q. Have you heard of anyone trying to
4  sell their property and they couldn't sell it
5  because of WMEL water?
6  A. I have not.
7  Q. Have you heard of anyone saying
8  their property is worth less because of WMEL
9  water?
10 A. I haven't discussed that with
11 anyone.
12 Q. Do you know if there are any other
13 customers of WMEL who switched to drinking
14 bottled water and not tap water?
15 A. Yes.
16 Q. Who?
17 A. Donald Watkins and Diana.
18 Q. Anyone else?
19 A. The Lindseys. And the ones
20 that -- when they told us not to drink it, I
21 guess everybody did.
22 Q. Have you personally talked to
23 anybody else about switching to bottled water

## Page 120

1  from tap water other than your sister-in-law
2  and Donald?
3  A. That is it.
4  Q. How much is owed on your current
5  mortgage?
6  A. I don't know.
7  Q. How much did you -- do you have an
8  idea of how much you spent to build your house?
9  A. No, I do not.
10 Q. Have you added to it over the
11 years?
12 A. I have not.
13 Q. You built it that one time and
14 haven't added anything on?
15 A. I have not.
16 Q. Are you aware of any appraisals of
17 your property other than tied to those mortgage
18 loans?
19 A. No appraisals.
20 Q. Have you asked anyone else other
21 than your lawyers about what it means to --
22 strike that.
23    Have you asked anyone other than

## Page 121

1  your lawyers about your concerns about the WMEL
2  water?
3      A.   I have not.
4      Q.   Have you done any research on your
5  own?
6      A.   I have not.
7      Q.   Have you read anything about the
8  WMEL water?
9      A.   I have not read anything.  I saw
10 it on the news.
11     Q.   Is your source of information what
12 you see on the news regarding WMEL water?
13     A.   Mostly.
14     Q.   Anything else?
15     A.   That is about it.  And through my
16 attorneys.
17     Q.   Have you been to any public
18 meetings that either federal or state agencies
19 had in the Moulton or Morgan County area?
20     A.   No.
21     Q.   Has your wife?
22     A.   No.  Not that I know of.
23     Q.   Is the only sort of meeting you

## Page 122

1  went to the hearing you went to in Huntsville
2  regarding WMEL water?
3      A.   That is it.
4      Q.   What is your understanding of what
5  you called PFOs and any risks they have?
6      A.   I don't know the risk of it.  I
7  just know it is contaminated, come from
8  contamination of the water.
9      Q.   Do you know anything about what
10 people say the risks are?
11     A.   High cholesterol is one of the
12 side effects.  That is about all I have heard.
13         THE REPORTER:  I didn't understand
14 that.
15         MR. KING:  High cholesterol.
16     A.   High cholesterol.
17     Q.   (BY MR. YEILDING:)  Have you heard
18 about any other risks of PFOs?
19     A.   No.
20     Q.   And by PFO, are you talking about
21 PFOA and PFOS?
22     A.   I don't know which one is which.
23     Q.   Have you talked to anybody about

## Page 123

1  the levels of PFOA or PFOS in the water and
2  your concerns about any risks?
3      A.   I have not.
4          MR. HANNON:  Asked and answered.
5      Q.   (BY MR. YEILDING:)  Do you know,
6  sitting here today, whether the WMEL drinking
7  water has levels of PFOA or PFOS in it?
8      A.   I do not know that.
9      Q.   Have you discussed that with
10 anyone?
11     A.   I have not.
12     Q.   Do you have any understanding of
13 the current levels of PFOA and PFOS in the WMEL
14 drinking water?
15         MR. HANNON:  Objection.  Asked and
16 answered.
17     A.   I do not.
18     Q.   (BY MR. YEILDING:)  You said you
19 have worries about the water.  How has that
20 affected you?
21     A.   I don't understand the question.
22     Q.   Have your worries or anguish
23 affected you in any way?

## Page 124

1      A.   It affects me because I worry
2  about the health of my kids that has been
3  drinking the water and stuff.  Excuse me.  I
4  don't mean to cut you off now, but I am going
5  to have to leave at 12:00.  Okay?
6      Q.   I understand.
7      A.   Okay.
8      Q.   I'll do my best to speed up.  Have
9  you ever had your blood tested?
10     A.   Yes.
11     Q.   How many times?  Have you ever had
12 your blood tested for PFOA and PFOS?
13     A.   Yes.
14     Q.   How many times?
15     A.   I think twice.
16     Q.   When were those tests?
17     A.   I don't know the exact dates.
18     Q.   Why did you have those blood
19 tests?
20     A.   To check for the levels.  My
21 attorney advised me to have them.
22     Q.   Did you see the results from the
23 blood tests?

## Page 133

```
11:09:15   1        Q.    Do y'all use or have you ever used
11:09:17   2   nonstick pots and pans at your house?
11:09:20   3        A.    Yes.
11:09:22   4        Q.    Do y'all have nonstick skillets?
11:09:25   5        A.    We did have.  I don't know what we
11:09:26   6   have now.
11:09:27   7        Q.    Okay.  Do you -- have you ever had
11:09:33   8   stain resistant carpet at your current house?
11:09:40   9        A.    I think so.
11:09:40  10        Q.    You have got some carpet at your
11:09:42  11   house?
11:09:42  12        A.    No.
11:09:43  13        Q.    But you have in the past?
11:09:46  14        A.    Yes.
11:09:49  15        Q.    Okay.  Have you ever used
11:09:50  16   Scotchgard at your house?
11:09:55  17        A.    Repeat that question again, sir.
11:09:57  18        Q.    Sure.  Have you ever used
11:09:59  19   Scotchgard?
11:09:59  20        A.    I don't know what that is.
11:10:05  21        Q.    Okay.  It is something you can
11:10:06  22   spray out of a can that will waterproof
11:10:09  23   something.
```

## Page 134

```
11:10:09   1        A.    Oh, not that I know of.
11:10:11   2        Q.    Have you ever used anything like
11:10:16   3   that in your construction business?
11:10:18   4        A.    No.
11:10:18   5        Q.    Now, you told us about you seeking
11:10:29   6   to represent others that had WMEL water.  Are
11:10:34   7   you making any claims on behalf of your
11:10:37   8   stepchildren or your nieces and nephews?
11:10:43   9        A.    Everybody that drank the water
11:10:45  10   from WMEL.
11:10:46  11        Q.    And so would that include, in your
11:10:49  12   mind, the folks -- the stepchildren and the
11:10:53  13   nieces and nephews who lived with you for a
11:10:56  14   while?
11:10:56  15        A.    That's correct.
11:10:57  16        Q.    Have you ever been a licensed
11:11:02  17   contractor?
11:11:03  18        A.    I am now.
11:11:04  19        Q.    You are now?
11:11:05  20        A.    Yes.
11:11:05  21        Q.    When did you get a license?
11:11:09  22        A.    I don't know the date, twenty
11:11:10  23   years ago.
```

## Page 135

```
11:11:19   1        Q.    And do you have any information on
11:11:25   2   how long the water from WMEL has been not safe
11:11:32   3   to drink?
11:11:36   4        A.    I don't have any information.
11:11:39   5        Q.    Have you got an opinion?
11:11:41   6        A.    Since we have been drinking it.
11:11:43   7        Q.    And you think it is unsafe to
11:11:47   8   drink today?
11:11:48   9        A.    I do.
11:11:48  10        Q.    And that is because of these PFO
11:12:07  11   chemicals you told us about?
11:12:09  12        A.    Yes.
11:12:09  13        Q.    Is there any other reason you
11:12:11  14   believe that water is unsafe to drink?
11:12:13  15        A.    I don't know that.
11:12:14  16        Q.    Have you ever had your cattle
11:12:15  17   tested?
11:12:16  18        A.    I have not.
11:12:17  19        Q.    When they came out and took soil
11:12:19  20   samples, did they go out in the grass or did
11:12:21  21   they do the flower beds or what?
11:12:23  22        A.    They did the front yard and the
11:12:25  23   flower bed area.
```

## Page 136

```
11:12:29   1        Q.    Did they actually get dirt out of
11:12:31   2   the bed?
11:12:31   3        A.    They did.
11:12:32   4        Q.    Did they do more than one sample
11:12:34   5   or just one?
11:12:35   6        A.    They did one sample.  They did one
11:12:36   7   and come back and did another one.
11:12:39   8        Q.    Okay.  How much later?
11:12:41   9        A.    I don't know.  A couple of months.
11:12:43  10        Q.    Did they tell you why they were
11:12:46  11   coming back?
11:12:48  12        A.    Wanted to test again.
11:12:49  13        Q.    Did they test in the same spot?
11:12:53  14        A.    I am not sure.  I wasn't home that
11:12:55  15   time.
11:12:56  16        Q.    Okay.  So are the flower beds
11:12:58  17   along the front of your house?
11:12:59  18        A.    It is.
11:13:00  19        Q.    And that is where they took the
11:13:02  20   sample the time you were home?
11:13:03  21        A.    Yes.
11:13:04  22        Q.    Now, you told us about your
11:13:14  23   bottled water habits.  Do you know when your
```

## 141

```
11:17:18   1        Q.    And you say it was about the same.
11:17:21   2   Did you ever notice your water smelling bad
11:17:23   3   ever?
11:17:24   4        A.    That is what I am saying, I didn't
11:17:26   5   notice.
11:17:26   6        Q.    Do y'all have an icemaker in your
11:17:35   7   refrigerator?
11:17:35   8        A.    We do.
11:17:36   9        Q.    Hooked up to your tap water?
11:17:37  10        A.    We do.
11:17:38  11        Q.    Do y'all use that ice?
11:17:41  12        A.    We do.
11:17:46  13        Q.    Have you used it all along?
11:17:48  14        A.    I have.
11:17:51  15        Q.    How about your wife?
11:17:53  16        A.    I don't think so.
11:17:57  17        Q.    Does she buy ice or do y'all
11:17:59  18   just -- does she just not use it?
11:18:02  19        A.    We don't buy it.
11:18:07  20        Q.    So if y'all use ice at home, it is
11:18:10  21   coming from that icemaker?
11:18:12  22        A.    I do.
11:18:12  23        Q.    And you don't think your wife uses
```

## 142

```
11:18:14   1   it?
11:18:15   2        A.    I don't think so.
11:18:15   3        Q.    Have you had any discussions with
11:18:17   4   her about whether it is good or bad to use that
11:18:19   5   ice?
11:18:20   6        A.    I haven't.
11:18:29   7        Q.    Can you think of any way that you
11:18:30   8   could figure out how much y'all have spent on
11:18:34   9   bottled water at your house since you went to
11:18:39  10   see Carl Cole that first day?
11:18:41  11        A.    There's not any way I could figure
11:18:43  12   that out.
11:18:43  13        Q.    You told us that the soil has been
11:18:59  14   tested, and I asked you some more questions
11:19:03  15   about it.  You haven't even heard about the
11:19:05  16   results?
11:19:05  17        A.    I have not.
11:19:05  18        Q.    Are you curious?
11:19:07  19        A.    I am.
11:19:07  20        Q.    Don't tell me about any
11:19:19  21   discussions about -- with lawyers, but have you
11:19:22  22   asked anybody else about those results?
11:19:24  23        A.    I have not.
```

## 143

```
11:19:25   1        Q.    You told us your blood has been
11:19:30   2   tested twice, but you don't have any idea what
11:19:32   3   the results are; is that right?
11:19:34   4        A.    I do not.
11:19:34   5        Q.    So let me ask a better question.
11:19:37   6   Do you have any idea what the results of your
11:19:39   7   blood tests have been?
11:19:41   8        A.    I do not.
11:19:41   9        Q.    Are you curious?
11:19:43  10        A.    I am.
11:19:44  11        Q.    And have you asked anybody,
11:19:46  12   leaving aside the lawyers, about that?
11:19:48  13        A.    I haven't.
11:19:52  14        Q.    Same questions with your water
11:19:54  15   tests, you don't know the results of those
11:19:55  16   tests?
11:19:56  17        A.    I do not.
11:19:56  18        Q.    Are you curious about that?
11:19:58  19        A.    I am.
11:19:58  20        Q.    Do you think those tests, if the
11:20:02  21   levels were real low, would reassure you and
11:20:05  22   get you to drinking your water again?
11:20:07  23        A.    It will not.
```

## 144

```
11:20:08   1        Q.    You are not going to drink that
11:20:10   2   water no matter what it shows?
11:20:12   3        A.    Until we get it cleaned up.
11:20:13   4        Q.    All right.  And what is "cleaned
11:20:15   5   up" in your mind?  What does that mean?
11:20:19   6        A.    Removing all the toxics from the
11:20:21   7   contaminated rivers and WMEL.
11:20:26   8        Q.    All right.  So if there is one
11:20:28   9   spec of those chemicals in your water coming
11:20:32  10   into your house, you are not going to drink it?
11:20:34  11        A.    I am not going to drink it.
11:20:36  12        Q.    Are you aware that the government
11:20:40  13   sets limits on how much chemicals can be in
11:20:43  14   drinking water?
11:20:45  15        A.    I have heard y'all say that.
11:20:47  16        Q.    And if the chemicals in your
11:20:53  17   drinking water are below those limits that the
11:20:55  18   government says, would you drink the water
11:21:00  19   then?
11:21:00  20              MR. HANNON:  Objection, vague.  Go
11:21:02  21   ahead.
11:21:03  22        A.    I'm not going to drink it.
11:21:05  23        Q.    (BY MR. KING:)  No matter what the
```

## Page 153

```
11:29:17   1  water has come either from Mr. Jackson or the
11:29:23   2  TV news?
11:29:25   3       A.    Correct.
11:30:07   4       Q.    Would it make you feel better to
11:30:09   5  learn that the levels of these chemicals in
11:30:12   6  your blood went way down between 2016 and 2017?
11:30:18   7             MR. HANNON:  Objection, vague.
11:30:21   8       A.    I haven't been tested, so I
11:30:23   9  wouldn't know.
11:30:24  10       Q.    (BY MR. KING:)  I thought you told
11:30:25  11  me you had had your blood tested twice.
11:30:28  12       A.    That is before.  That wasn't after
11:30:32  13  the case.
11:30:36  14       Q.    Okay.  When did you have your
11:30:37  15  blood tested?
11:30:38  16       A.    Right after I spoke with Mr. Cole.
11:30:41  17       Q.    Okay.  So that would be 2016 or
11:30:43  18  so.
11:30:43  19       A.    Okay.
11:30:44  20       Q.    And then did you ever have it
11:30:47  21  tested a second time?
11:30:48  22       A.    I think we had to go back for
11:30:50  23  another one, but that was during about the same
```

## Page 154

```
11:30:52   1  time.
11:30:55   2       Q.    Okay.  And would it make you feel
11:30:56   3  better if you knew that the level of PFOA and
11:31:07   4  PFOS shown in your blood had gone down?
11:31:10   5       A.    If we tested it now, I would.
11:31:15   6       Q.    You haven't had it tested since
11:31:17   7  2017; is that right?
11:31:19   8       A.    That is right.
11:31:19   9       Q.    Have you ever talked to anybody
11:31:25  10  with the government, any government, about
11:31:30  11  these chemicals?
11:31:32  12       A.    I have not.
11:31:32  13       Q.    You told us you have a workshop in
11:32:17  14  your garage.  What do you do in there?
11:32:19  15       A.    Store my equipment, my materials
11:32:21  16  for my construction work.
11:33:16  17             MR. KING:  I don't have any
11:33:16  18  further questions.  Thank you, sir.
11:33:18  19             MR. HANNON:  Mr. Watkins, I have
11:33:20  20  just a couple of questions for you.
11:33:21  21
11:33:21  22  EXAMINATION BY MR. HANNON:
11:33:22  23       Q.    You testified before that you
```

## Page 155

```
11:33:29   1  learned the water that you receive at your
11:33:31   2  house from WMEL has PFOs in it.  Do you find
11:33:41   3  drinking of contaminated water to be offensive?
11:33:45   4       A.    I do.
11:33:45   5       Q.    Do you seek compensation for
11:33:49   6  the -- that offensive exposure, the touching of
11:33:57   7  the water?
11:33:58   8       A.    I am.
11:33:59   9       Q.    And do you seek that on behalf of
11:34:01  10  the class?
11:34:02  11       A.    On behalf of the class.
11:34:04  12       Q.    Do you seek damages for the effect
11:34:09  13  of the contamination through the WMEL water on
11:34:14  14  the enjoyment of your property?
11:34:16  15       A.    I am.
11:34:19  16       Q.    And do you seek those damages on
11:34:21  17  behalf of the class?
11:34:22  18       A.    On behalf of the class.
11:34:24  19       Q.    Do you seek damages in this case
11:34:28  20  for the annoyance or aggravation associated
11:34:34  21  with having contaminated water through WMEL at
11:34:38  22  your property?
11:34:38  23       A.    I am.
```

## Page 156

```
11:34:39   1       Q.    And do you seek those damages for
11:34:45   2  yourself and the class?
11:34:45   3       A.    I do.
11:35:30   4       Q.    Do you seek damage in this case
11:35:34   5  for the nuisance that the contaminated water
11:35:40   6  from WMEL has caused you?
11:35:45   7       A.    I am.
11:35:46   8       Q.    And do you seek that on behalf of
11:35:48   9  the class?
11:35:49  10       A.    I am.
11:35:50  11       Q.    Do you seek -- you talked about
11:35:56  12  loss in value earlier.  Do you seek that, those
11:36:00  13  damages, on behalf of the class as well as
11:36:02  14  yourself?
11:36:03  15       A.    I do.
11:36:04  16       Q.    Do you seek damages in this case
11:36:09  17  for the cost of getting contaminated water from
11:36:15  18  WMEL when you thought you were getting clean
11:36:20  19  water?
11:36:20  20       A.    I am.
11:36:21  21       Q.    And do you seek that on behalf of
11:36:23  22  the class?
11:36:23  23       A.    I am.
```