FILED
2019 Dec-03 PM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 45

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE ) <br> WATER AND SEWER AUTHORITY, ) <br> Individually, and TOMMY LINDSEY, ) <br> LANETTE LINDSEY, and LARRY ) <br> WATKINS, individual and on behalf ) <br> of a class of persons similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, DYNEON, L.L.C., and ) <br> DAIKIN AMERICA, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NUMBER <br> 5:15-cv-01750-AKK |

**AFFIDAVIT OF TIMOTHY C. DAVIS**

I, Timothy C. Davis, state the following facts based upon my first-hand knowledge:

1. I am a founding partner of Heninger Garrison Davis, LLC and have served as the firm's Managing Partner since it was established in 2006 in Birmingham, AL with 9 attorneys. The firm has grown to 28 attorneys with additional offices in Atlanta, GA and New York, NY.

2. Our firm's legal work is national in scope, having represented clients from every state in the country. A major focus of our firm's practice is in complex litigation. We have a deep history in class action and environmental cases.

3. Since being retained in this matter in July of 2018, our firm has invested hundreds of hours on the part of seven lawyers in identifying and investigating potential claims in this action. This work has involved analyzing depositions previously taken in this matter; reviewing and organizing over 570,000 documents produced by the defendants; meeting with class representatives and submitting them for deposition; meeting with experts on the subject matters involved in this case; attending hearings; making site visits to the 3M and Daikin plants in Decatur, AL; conducting substantial legal research; meeting with plaintiffs' counsel in other pending litigation against defendants; and, reviewing documents and deposition testimony from a similar case brought against 3M by the State of Minnesota.

4. My personal experience in class action and environmental cases includes having been appointed to the Plaintiffs' Steering Committee in the *In re Factor VIII or IX Blood Products Litigation, MDL-986,* in the Northern District of Illinois. The case involved representing thousands of individuals with hemophilia who contracted HIV through contaminated blood products. The case resulted in a $640,000,000 class settlement. I have also represented plaintiffs in environmental cases in this state. These have involved property contamination by a cement manufacturer, water pollution by a commercial construction company, and discharge of toxic waste (PCBs) by a major

2

corporation, polluting some of Alabama's tributaries. Each of these cases were brought on behalf of large numbers of residents of the affected communities. The cases involved either class relief or individual recoveries. Each of the cases resolved favorably for the plaintiffs.

5. I have been a trial attorney for the entirety of my 35 years in practice. My curriculum vitae is submitted as Exhibit A to this affidavit.

6. Lew Garrison, one of my law partners, has been practicing more than 35 years. His practice is national in scope, and he has a wealth of experience in class action litigation. Lew has been appointed to leadership positions by courts in numerous cases. In addition, he has represented individuals in environmental cases. Lew's curriculum vitae is submitted as Exhibit B to this affidavit.

7. Chris Hood, another one of my partners, has been lead attorney or second chair in almost all of our firm's complex litigation cases in the last decade. His practice has included environmental cases, class actions, and claims in federal multi-district litigations. He is the author of a journal note on CERCLA, the primary federal environmental remediation law.

8. I am knowledgeable of the applicable law in this litigation.

9. Our firm has already committed substantial human and financial resources toward this case. We will continue to do so in order to fully prepare this case for presentation to the Court and jury.

Dated this the 3rd day of December, 2019.

_____
Timothy C. Davis

STATE OF ALABAMA    )
                    )
JEFFERSON COUNTY    )

 I, the undersigned notary public in and for said county and state, hereby certify that Timothy C. Davis, whose name is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, has executed the same voluntarily on the day the same bears date.

 Given under my hand and seal this 3rd day of December, 2019.

_____
NOTARY PUBLIC

My Commission expires: _____

PAMELA HAWKINS PUTMAN
My Commission Expires
September 15, 2020

4

## Timothy C. Davis

**PROFESSIONAL EXPERIENCE SUMMARY**

For 35 years, Tim Davis has focused his law practice on complex civil litigation. During this time, his practice has broadened from an initial focus on individual personal injury and wrongful death actions to advocating on behalf of entire communities harmed by toxic waste and to protecting the rights of businesses and owners of intellectual property. He has represented individuals or businesses in courtrooms throughout the southeast, as well as in the states of New York, Pennsylvania, Illinois, Delaware, Texas, Minnesota and California.

**EMPLOYMENT**

2006-present:  *Heninger Garrison Davis LLC* – One of the founding partners and has served as Managing Partner since the firm's formation. The litigation firm has 27 lawyers. It is headquartered in Birmingham, Al., and in addition to its Birmingham location, has offices in Atlanta, Ga., Westfield, New Jersey and New York, N.Y.
1993-2006:  *Heninger, Burge, Vargo and Davis* – Litigation firm in Birmingham, Al.; partner.
1987-1993:  *Gathings and Davis* – Litigation firm in Birmingham, Al.; partner.
1984-1987:  *Emond and Vines* – Litigation firm in Birmingham, Al.; associate.

**EDUCATION**
Cumberland School of Law, J.D., 1984
Florida State University, B.S., 1981

**BAR ADMISSIONS**
Alabama,1984; Florida, 1985; United States District Court for the Northern, Middle and Southern Districts of Alabama; United States District Court for the Middle District of Florida; United States Court of Appeals for the 11th Circuit and the Federal Circuit.

**PROFESSIONAL SOCIETIES AND ASSOCIATIONS**
Alabama State Bar
Florida State Bar
Birmingham Bar Association
American Association for Justice
Alabama Association for Justice
American Board of Trial Advocates

**PROFESSIONAL RATINGS**
Martindale-Hubbell AV rated
Super Lawyers, 2008 to present

**COURT APPOINTMENTS**
*In re Factor VIII or IX Concentrate Blood Products Litigation, MDL-986, No.93 C 7452* – Appointed to the Plaintiffs' Steering Committee by the Honorable John F. Grady, U.S. District Judge for the Northern District of Illinois, to represent individuals with hemophilia who contracted HIV through contaminated blood products. The case resulted in a $640,000,000 settlement.

TRIAL EXPERIENCE

Represented the plaintiff at trial in the following cases, all of which proceeded to jury verdict unless indicated otherwise:

*B. DeWayne Williams v. Arrow International, Inc.*; Circuit Court of Calhoun County, Al. Lead counsel in wrongful death action against medical device manufacturer.

*Gardner v. James Weems, M.D.*; Circuit Court of Talladega County, Al. Lead counsel in wrongful death action arising from medication prescribed to young child.

*Gary Albright v. Merck & Company*; Circuit Court of Jefferson County, Al. Co-counsel in one of the few Vioxx cases tried to a jury verdict.

*Mable McCoy v. Columbus Regional Medical Center*; Circuit Court of Russell County, Al. Lead counsel in wrongful death action against hospital.

*Betty Turley v. Southern Intermodal, et al.*; Circuit Court of Calhoun County, Al. Lead counsel in wrongful death action which settled after 5 days of trial.

*Flora Mae Purvis v. Gerald Sweeney, M.D.*; Circuit Court of Montgomery County, Al. Lead counsel in wrongful death action against treating physician.

*W. Marvin Robbins v. National Security Insurance Company*; Circuit Court of Jefferson County, Al. Lead counsel in fraud action arising from wrongful termination of employment contract.

*Timothy Gossett v. BMC Montclair*; Circuit Court of Jefferson County, Al. Lead counsel in personal injury action against treating hospital.

*Katherine Eltahir v. David Franklin, M.D.*; Circuit Court of Jefferson County, Al. Lead counsel in personal injury action against healthcare provider.

*Paula Cooper v. Brookwood Medical Center*; Circuit Court of Jefferson County, Al. Lead counsel in wrongful death action against healthcare provider.

*Gail Williamson v. Rollins Leasing*; Circuit Court of Morgan County, Al. Lead counsel in personal injury action arising from automobile accident.

*Dorithea Pogue v. Grove Hill Hospital*; U.S. District Court for the Southern District of Alabama. Lead counsel in wrongful death action.

*Kathleen Burdette v. Montgomery Cardiovascular Associates*; Circuit Court of Montgomery County, Al. Lead counsel in wrongful death action.

*Haisten v. Kubota America Corp.*; Circuit Court of Talladega County, Al. Co-counsel in product liability action.

*Joanna Davis v. Seth Rayburn M.D.*; Circuit Court of Limestone County, Al. Lead counsel in wrongful death action.

*Judith Harrison v. Sheldon Starr*; Circuit Court of Jefferson County, Al. Lead counsel in personal injury action.

*Randall Parris v. Northeast Alabama Regional Medical Center and David Boles, M.D.*; Circuit Court of Calhoun County, Al. Co-counsel in wrongful death action.

*Combs v. Tallassee Community Hospital*; U.S. District Court for the Middle District of Alabama; Co-counsel in wrongful death action.

*Marlon and Diane Norwood v. Sir State Machine Co.*; U.S. District Court for the Middle District of Alabama. Lead counsel in product liability action which settled after 4 days of trial.

SETTLEMENTS
Represented individuals or companies in the following states in cases which were resolved by way of settlement: Alabama, Florida, Georgia, Mississippi, Tennessee, Pennsylvania, New York, Minnesota, Texas, and California. The subject matter of these cases generally involved automobile crashworthiness, toxic tort litigation, patent infringement or contract disputes. A representative listing can be provided upon request.

PUBLICATIONS
Contributing Author, "Legislative and Judicial Changes Pose New Challenges for Patent Holders and Their Counsel," *Recent Trends in Patent Infringement Lawsuits*, Aspatore Books, 2016.

"Preparation of the Construction Accident Case," ATLA Journal, 1991.

"Recent Civil Decisions," Birmingham Bar Bulletin, 1986-1997

"Distinguishing and Proving Wantonness in Alabama," Alabama Trial Lawyers Journal, Summer, 1988.

CONTINUING LEGAL EDUCATION
Has spoken at CLE seminars on the local, state and national level. Most recent presentations include the following:

"Using Unfair Deceptive Acts and Practices Claims in Your B2B Litigation." 2019 AAJ Annual Convention. San Diego Convention Center, San Diego. July 2019.

"How the Changing Winds of Patent Law May Impact the Landscape of Your Business Torts Practice." 2018 AAJ Annual Convention. Colorado Convention Center, Denver. July 2018.

"A Patent Law Update: New Challenges for the Plaintiff." 2016 AAJ Annual Convention. Los Angeles Convention Center, Los Angeles.  July 2016.

# W. LEWIS GARRISON, JR.

Lew Garrison is a founding partner of Heninger Garrison Davis, LLC, which is headquartered in Birmingham, Alabama, with offices in Atlanta, Georgia, New York, New York and Westfield, New Jersey.

## PROFESSIONAL RATINGS

*Martindale-Hubbell Law Directory:* AV rated
*2009 – Present: Alabama Super Lawyers –* Class Actions and Mass Torts

## BAR ADMISSIONS

Alabama - 1983. Georgia - 1984. United States District Courts for the Middle, Southern, and Northern Districts of Alabama. United States District Courts for the Northern and Middle Districts of Georgia. United States Court of Appeals, Third, Fourth, Fifth, Ninth, Tenth and Eleventh Circuits. United States Supreme Court.

## PROFESSIONAL SOCIETIES

American Bar Association; American Association for Justice; Birmingham Bar Association

## MDL EXPERIENCE

This list includes both class action and mass tort cases. It also lists other significant cases, as well as MDL leadership roles.

*In re Ashley Madison Customer Data Security Breach Litigation*, MDL No. 2669, U.S.D.C. for the Eastern District of Missouri. Appointed by Honorable John A. Ross, U.S. District Judge, as Plaintiffs' Co-Lead Counsel in data-breach case involving claims for fraud and negligence.

*In re Kugel Mesh Hernia Patch Litigation,* MDL No. 1842. Represent hundreds of individuals from across the country who sustained injuries due to defective implantation of Kugel Hernia Mesh. Appointed to Plaintiffs' Steering Committee by Honorable Mary Lisi, U.S. District Judge, District of Rhode Island.

*In re Zyprexa Litigation,* MDL No. 1596. Represented and settled the claims of more than 1,500 people from all over US who contracted diabetes mellitus after ingesting anti-psychotic medication Zyprexa. Appointed to Plaintiffs' Steering Committee, which was responsible for developing entire liability and damages case against Eli Lilly, by Honorable Jack Weinstein, U.S. District Judge, Eastern District of New York.

*In re Levaquin Products Liability Litigation,* MDL No. 1943. Member, Plaintiffs' Steering Committee. Represented hundreds of people throughout the country who sustained injuries as a result of ingestion of antibiotic drug Levaquin. Appointed to MDL Plaintiffs' Steering Committee by Honorable John R.

Tunheim, United States District Judge, District of Minnesota.

*In re Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation,* MDL No. 2023. Appointed to Plaintiffs' Steering Committee by Hon. Brian M. Cogan (U.S. Dist. Court for the Eastern District of New York) in consumer fraud case alleging illegal marketing of women's aspirin products manufactured by Bayer.

*In re Black Farmers Discrimination Litigation,* United States District Court for the District of Columbia, Case No. 08-mc-0511 (PLF). Class Counsel in a nationwide plaintiff class of individuals considered to be "late filers" in *Pigford v. Glickman,* Case No. 97-1978 (D.D.C.).

*In Re: Lipitor (Atorvastatin Calcium) Marketing Sales Practices and Products Liability Litigation (No II)* MDL 2502. Participated in formation of and was a member of the Plaintiffs' Steering Committee while representing thousands of clients. Lipitor is a cholesterol medication that Plaintiffs claimed increased the risk of Type 2 Diabetes.

*In re Daily Fantasy Sports Litigation*, MDL No. 2677. Appointed to Plaintiffs' Steering Committee to represent consumers on claims regarding legality of online daily fantasy sports betting and allegedly fraudulent marketing practices of, and collusion between, various daily fantasy sports betting websites, including Draft Kings and Fan Duel.

*In re MasterCard International, Inc. Internet Gambling Litigation, and Visa International Service Association Internet Gambling Litigation,* MDL Nos. 1321 and 1322, involving claims that internet gambling violated RICO and state law. Member, Plaintiffs Executive Committee.

*In re Baycol Multidistrict Litigation,* MDL No. 1431 (pharmaceutical product liability), Litigated and settled claims of people who suffered rhabdomyolysis after ingestion of cholesterol drug Baycol. Also appointed to Discovery Committee in MDL 1431.

*In re Xarelto Products Liability Litigation,* MDL No. 2592, U.S.D.C. for the Eastern District of Louisiana. Discovery Committee Co-Chair of the Sales Representative sub-committee. Presently representing clients around the country who took the drug Xarelto and suffered injuries.

*In re 3M Combat Earplugs Product Liability Litigation,* MDL No. 2885. Appointed to Plaintiff Leadership – Law and Briefing – by Hon. Casey Rogers in litigation representing veterans who suffered hearing damage as a result of devices manufactured by Defendants.

*In Re Syngenta Actions Poletti et al v. Syngenta AG et al, Case No. 3 :15-cv-01221-DRH, United States District Court for the Southern District of Illinois, Hon. David R. Herndon* GMO Corn. Established SD Illinois as another front in litigation and participated extensively in discovery against Syngenta. Appointed as Plaintiffs' Coordinating Counsel by Judge Herndon. Coordinated discovery efforts with MDL that were global in nature and spanned several years. Represented thousands of corn farmers in the case that settled for $1.5B.

*In re Vioxx Marketing, Sales Practices and Products Liability Litigation,* MDL No. 1657. Represented people from around the country who suffered heart attacks and strokes due to ingestion of Vioxx. Lead Trial Counsel in one of the few Vioxx cases tried to a jury verdict, in *Gary Albright v. Merck &* Co., Circuit Court of Jefferson County, Alabama, December 2006. Member of Discovery and Science Committees in the MDL No. 1657. Received MDL Common Benefit Fee awarded by Hon. Eldon Fallon.

*In re Bullitt County Train Derailment Litigation,* Case No. 3:07 CV-24-R, Plaintiffs' Class Counsel. Represented thousands of members of plaintiffs' class in a settlement which was approved by Hon. Thomas Russell, U.S. District Court for the Western District of Kentucky.

*In re Diet Drug Litigation,* MDL No. 1203 (pharmaceutical product liability). Litigated and settled more than 500 cases in initial opt-out phase of Diet Drug Litigation. Litigated and settled more than 1,700 cases in downstream opt-out phase of Diet Drug Litigation. Represented dozens of clients who contracted Primary Pulmonary Hypertension (PPH).

*In re Seroquel Litigation,* MDL No. 1769. One of three firms retained by State of Alabama to investigate and pursue claims of the state for Medicaid fraud arising out of promotion of Seroquel. Represented more than 3,000 people from across United States who filed lawsuits against AstraZeneca for diabetes and similar injuries caused by ingestion of Seroquel.

*In re Guidant Corp. Litigation,* MDL No. 1708. Litigated and settled hundreds of claims by people throughout the United States who were injured by defective implantable cardiac defibrillators manufactured by Guidant.

*In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation,* MDL No. 1726. Represented and settled hundreds of claims by people throughout the United States who were injured by defective implantable cardiac defibrillators manufactured by Medtronic.

*In re Actos Litigation, Case No. 2011 L 010011,* Circuit Court of Cook County. Member of Plaintiffs' leadership group in a pharmaceutical mass tort case alleging bladder cancer as a result of Actos (Pioglitazone) ingestion.

*In re VW "Clean Diesel" Litigation* In The Circuit Court of Fairfax County, Virginia, Civil Action No. CL2016-9917. Member of Plaintiffs' leadership group who litigated opt-out mass actions in state court.

*In re Chemtura Corporation, et al,* Reorganized Debtors, in United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 09-11233 (REG). Lead Class Counsel for thousands of individuals impacted by catastrophic fire in Conyers, GA. Settlement approved by Bankruptcy Court.

*Pelvic Repair System Products Liability Litigations.* HGD represents clients in multiple Pelvic Repair System Products Liability Litigations, also referred to as Transvaginal Mesh ("TVM"). Plaintiffs in these litigations have suffered serious pain and many have required a revision surgery. HGD served as document reviewers reviewing thousands of documents. HGD represented clients

in Wave Discovery taking client and physician depositions and presenting case specific experts.

>*In Re C.R. Bard*, MDL 2187
>*In Re American Medical Systems*, MDL 2325
>*In Re Boston Scientific Corp.*, MDL 2326
>*In Re Ethicon, Inc.*, MDL 2327
>*In Re Coloplast Corp.*, MDL 2387
>*In Re Cook Medical*, MDL 2440

*In re VTran Media Technologies, LLC, Patent Litigation,* MDL No. 1948. Represented patent holder in consolidated federal actions in claims against cable television companies throughout the United States. Appointed MDL co-liaison counsel by Honorable Bruce Kaufman, U.S. District Judge, Eastern District of Pennsylvania.

*In re Ortho Evra Litigation,* MDL No. 1742. Litigated and settled claims of women from across United States who were injured by defective birth control patches manufactured by Bayer.

*In re Bextra and Celebrex Marketing, Sales Practices and Products,* MDL No. 1699. Represented and settled claims of people throughout the United States who suffered heart attacks and strokes after ingestion of Bextra or Celebrex.

*In re Apple iPhone 3G Products Liability Litigation,* MDL No. 2045. Appointed to Member of Plaintiffs' Steering Committee by Hon. James Ware (U.S. Dist. Court for the Northern District of California) in consumer fraud case alleging defects with Apple's iPhone 3g.

*In Re: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation*, MDL 2782. Plaintiffs experienced pain, infection, additional surgeries, and other injuries after implantation of surgical hernia mesh.

*In re Reglan. Reglan*, litigated and settled cases in Alabama, New Jersey, and Pennsylvania against brand and generic makers of acid reflux medicine which caused permanent neurological damage. Counsel for Danny and Vicki Weeks in *Wyeth, Inc. v. Weeks*, 159 So. 3d 649 (Ala. 2014), which is the first decision of a state supreme court allowing a claim against brand drug makers for harm from generic medicine.  A summary of the decision appears in the *Alabama Law Weekly*, Vol. 23, No. 34, August 22, 2014.

*In re: Yasmin and Yaz Marketing, Sales Practice and Products Liability Litigation*, MDL 2100. Plaintiffs ingested the birth control medications Yasmin and Yaz and suffered hemorrhagic stroke, DVT, and pulmonary embolism.

*In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL 2187. Plaintiffs suffered serious injuries and complaints that required revision surgery after implantation of metal-on-metal hip replacement systems.

*In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871.  Avandia is a pharmaceutical drug used to treat Type 2 diabetes.  The basis of the litigation claimed Avandia

caused increased risk of heart attack and cardiovascular-related death. Litigated and settled claims of over 700 people.

*In re NuvaRing Products Liability Litigation*, MDL 1964. NuvaRing is a birth control device that has been linked to increased risk of DVT and pulmonary embolism.

*In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL 2244. Plaintiffs suffered serous injuries and complaints that required revision surgery after implantation of metal-on-metal hip replacement systems. This litigation is pending.

*In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation,* MDL 2385. This litigation claimed the medication Pradaxa carried an increased risk of bleeding.

*In re Biomet M2a Magnum Hip Implant Products Liability Litigation,* MDL 2391. Litigation involves defective hip implants that result in serious injury and replacement surgery.

*In re Mirena IUD Products Liability Litigation*, MDL 2434. Mirena IUD is a birth control medication that Plaintiffs claim can perforate, or migrate, outside of the uterus and cause serious injury.

*In re Testosterone Replacement Therapy Products Liability Litigation*, MDL 2545. Plaintiffs suffered heart attacks and strokes while using testosterone treatments.

*In re Bard IVC Filters Product Liability Litigation*, MDL 2641, Plaintiffs have suffered numerous injuries while using IVC filters.

*In re Zofran (Ondansetron) Products Liability Litigation,* MDL 2657. Plaintiffs include children exposed to Zofran in utero and born with severe birth defects.

*In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* MDL 2738. Plaintiffs suffered ovarian cancer after use of talcum powder.

*In re Invokana (Canagliflozin) Products Liability Litigation,* MDL 2750. Plaintiffs ingested the medication Invokana and suffered diabetic ketoacidosis and amputations.

*In re Atrium Medical Corp. C-Qur, Mesh Products Liability Litigation*, MDL 2753. Plaintiffs experienced pain, infection, additional surgeries, and other injuries after implantation of surgical hernia mesh.

*In re Sulzer Hip Prosthesis and Knee Prosthesis Product Liability Litigation,* MDL No. 1401. Represented and settled claims of clients who were injured by defective hip implants manufactured by Sulzer.

*Monsanto PCB Litigation.* Represented over 1500 people who were injured by PCB exposure in and around Anniston, Alabama. All cases consolidated in Jefferson County, Alabama Circuit Court.

**CLASS ACTION SETTLEMENTS** (Lead or co-lead counsel for plaintiffs)

*J. C. Holt and Milton Alexander v. Life Insurance Company of Alabama, et al,* Circuit Court of Franklin County, Alabama, Case No. CV-2009-122; *Gabriel Johnson v. Apple, Inc.,* United States District Court for the Southern District of California, Case No. 1-09-CV146501 (national class); *Lonnie & Dawn Glover v. Standard Federal Bank,* United States District Court for the District of Minnesota, Case No. 97-2068; *Hope v. STM Mortgage* Co., Circuit Court of Jefferson County, Alabama, Case Number CV94-03194 (national class); *Thomason v. Litton Mortgage Servicing Center,* Circuit Court of Jefferson County, Alabama, Case Number CV94-02756 (national class); *Gray v. Columbia National, Inc.,* Circuit Court of Jefferson County, Alabama, Case Number CV94-06668 (national class); *Bell v. The Prudential Home Mortgage Co., Inc.,* Circuit Court of Montgomery County, Alabama, Case Number CV94-2717G (national class - settlement); *Huggins v. Compass Bank,* Circuit Court of Shelby County, Alabama, Case Number CV95-520 (national class - settlement); *Trotman v. Market Street Mortgage* Co., Circuit Court of Montgomery County, Alabama, Case Number CV94-2716.80 (national class - settlement); *Williams v. First NH Mortgage Corp.,* Circuit Court of Jefferson County, Alabama, Case Number CV94-5993 (national class - settlement); *Dillon Equities d/b/a H.L. Franklin's Place v. Jefferson County, Alabama,* Circuit Court of Jefferson County, Alabama; *Wanda Chandler v. Molton, Allen & Williams Corp.,* Circuit Court of Jefferson County, Alabama, Case Number CV97-1989 (national class - settlement); *Popular Package Stores v. City of Montgomery,* Circuit Court of Montgomery County, Alabama, Case Number CV92-52; *Mabson v. GMAC and MIC Life Ins.* Co., Circuit Court of Jefferson County, Alabama, Case Number CV94-6141 (State of Alabama class); *Vakakes Enterprises d/b/a P.T.'s Sports Grill v. City of Birmingham,* Circuit *Court of Jefferson County, Alabama;* Dwyer v. J.1. Kislak Mortgage Corp. *Superior Ct. King County Washington, Case No. 97-2-10584-6 (national class certification and settlement);* George T. BaHance v. Hibernia National Bank and Progressive Casualty Insurance Company, *United States District Court for the Southern District of Mississippi, Southern Division, Case No. 1:96CV13GR (national class - $10 million settlement);* Gary Archer v. Wal-Mart, *Circuit Court of Shelby County, Alabama;* James Warren Wilson and Thelma Wilson v. Commercial Federal Mortgage Corporation, *United States District Court for the Northern District of Alabama, Southern Division, Case No. CV 98-J-0184-S (national class certification);* J.M. Maples, et al v. Jack Williams, et al, *Circuit Court of Jefferson County, Alabama, Case No. 97-058;* Brasher v. Norfolk Southern *(class settlement, co-lead class counsel), United States District Court for the Northern District of Alabama, Eastern Division, CV-06-BE-0198-ES;* Sanders v. Norfolk Southern *(putative class action), Court of Common Pleas of Aiken Co., South Carolina, No. 05-CP-02-68;* MNP Holdings, LLC, v. Smallwood, *Circuit Court of Jefferson Co., Alabama, Case No. 2007-900669 (class settlement, co-lead class counsel).*