FILED

2020 Jan-21  PM 10:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

06/27/2007

# MPCA/3M Meeting on Washington County Landfill

### Background & Status of Treatment Technologies & Possible Remedial Approaches
### June 27, 2007

1

3M_MN00403092

06/27/2007



3M_MN00403093

06/27/2007

## Separation Techniques

| Separation Techniques | |
|---|---|
| Reverse Osmosis ○ | |
| Nanofiltration | Work conducted, |
| Ultrafiltration | or to be |
| Carbon Adsorption ○ | conducted by 3M |
| Ion exchange ○ | |
| Complexation ○ | |
| Electorphoresis | |

3

3M_MN00403094

06/27/2007

| Destruction Techniques |
| --- |

1. In collaboration with Caltech have evaluated 18 different chemical destruction techniques *i.e.* Fenton, Ozone… Sonochemical methods have the fastest degradation rate observed so far. $T_{1/2}$ = 30 to 45 min for PFOA and PFOS, respectively

2. Will work with XDD Consultants on some 1-2 day and 10 week duration tests of some in-situ remediation methods. (catalyzed $H_2O_2$, persulfate, polysulfide and zero valent iron)

4

3M_MN00403095

06/27/2007



## Destruction Techniques under Evaluation

| ○ | ○ | ○ | |
|---|---|---|---|
| O3 | Gamma Irradiation | Catalyzed H2O2 | Thermal oxidation |
| Ozone/H2O2 | | Activated Persulfate | e- beam |
| Persulfate/UV | | Calcium Polysulfide | Direct UV/Vis photolysis + O2 |
| Fenton (Fe/H2O2) | | Zero Valent Iron | Tungstin photocatalyst |
| UV/O3 | | | |
| UV/H2O2 | | | |
| TiO2 semiconductor | | | |
| Ferrrioxalate/UV | | | |
| H2PtCl6 | | | |
| KI/UV | | | |
| High Frequency Ultrasound | | | |
| High Frequency Ultrasound + IO4⁻ | | | |
| High Frequency Ultrasound + Tungstin | | | |
| High Frequency Ultrasound + H2O2 | | | |
| High Frequency Ultrasound +Fenton | | | |
| High Frequency Ultrasound + POM | | | |
| High Frequency Ultrasound+ Fe | | | |
| High Frequency Ultrasound+ Persulfate | | | |
| Low Frequency Ultrasound | | | |
| Dual Frequency Ultrasound | | | |

| ○ | ○ | ○ |
|---|---|---|
| Data from | Data from | Data from |
| 3M collaboration | 3M collaboration | 3M collaboration |
| with Prof. Hoffman's | with University of | with XDD Consultants |
| group at Caltech | Arizona | |

5

3M_MN00403096

06/27/2007

# Technology Review

- An extensive array of potential treatment technologies have been, and continue to be, tracked.  From these, extensive evaluations have been conducted for the following leading technologies:
  - Granular Activated Carbon (GAC)
  - Ion Exchange (IX)
  - Reverse Osmosis (RO)
  - Sonication

6

3M_MN00403097

06/27/2007

# Current challenge: PFBA

- Uncertainty concerning criteria
  - Health Based Value
  - Water Quality Criteria
- Treatment efficacy

3M_MN00403098

06/27/2007

# Summary of Recent Work

- GAC
  - Considerable data exists
  - Conclusion: GAC is generally effective at removing PFOS and PFOA but has limited ability to retain PFBA

8

3M_MN00403099

06/27/2007



3M_MN00403100

06/27/2007



3M_MN00403101

06/27/2007

# Summary of Recent Work (continued)

- IX

  – In 2006 MPCA did field experiments at Washington County Landfill with 2 IX resins (Dowex 1, Dowex M-43). Saw rapid breakthrough of PFBA, and breakthrough of PFOA and PFOS.

  – 3M conducted isotherm experiments with 12 Dow resins.  Varied physical and chemical parameters of resins to look for trends and understand mechanism. Used groundwater containing a mix of PFBA (100 ppb), PFBS (20 ppb), PFOA (100 ppb), PFOS (20ppb)

11

3M_MN00403102

06/27/2007

## Summary of Recent Work (continued)

- IX
  - Identified three resins that have approximately 2-4 times more capacity (i.e. g FC /g Resin) for PFBA than Calgon F600 GAC
  - Conducted laboratory column experiment results, affirmed that IX resin likely treats 2-4 times more water than carbon

12

3M_MN00403103

06/27/2007



3M_MN00403104

06/27/2007



3M_MN00403105

06/27/2007

| Ion Exchange | | |
|---|---|---|
| Adsorbent | Velocity of PFBA MTZ (ft/day) | Estimated Days of Operation at Full Scale[a] |
| F600 | 0.08 | 90 |
| Dowex 1 | 0.16 | 42 |
| Dow NSR 1 | 0.059 | 116 |
| Dow PSR 2 | 0.033 | 208 |

[a] Assume adsorbent used in a single Calgon Model 10 adsorber having 6.82 ft bed depth and operated until 50% breakthrough.

15

3M_MN00403106

06/27/2007

## Summary of Recent Work (continued)

- Reverse Osmosis
  - Stanford study shows 99% removal of PFOS using RO on simulated industrial waste water
  - 3M testing results show > 98% removal of PFBA, PFOA, and PFOS using RO to treat artificial groundwater (ANSI/NSF protocol)

16

3M_MN00403107

06/27/2007

# Summary of Recent Work
# (continued)

- Reverse Osmosis
  - Operation and maintenance issues have not been studied
  - Pilot-scale work may be possible at RO vendor's labs
  - Need to determine the RO feed water chemistry requirements

17

3M_MN00403108

06/27/2007

# Summary of Recent Work (continued)

- Sonication
  - Application of 16 to 1000 kHz sound waves to water induces acoustic cavitation resulting in the formation of micron-scale bubbles in solution
  - Adiabatic collapse of bubbles results in localized temperatures of 3000 - 5000 K, pressures of 100s of bar, and the production of OH, H2O2, and H2
  - Sonication degrades chemicals present in the water *without* additional chemical additives, and is conducted under *ambient* temperatures and pressures

Surface of the sun – 5800 K.  Cordova TO – 1400 K.

18

3M_MN00403109

06/27/2007



3M_MN00403110

06/27/2007

## Sonochemical Methods



3M_MN00403111

06/27/2007

## Sonochemical Methods



3M_MN00403112

06/27/2007

| Sonochemical Methods | | |
|---|---|---|
| | Half-life (min) | |
| Compound | Clean Water | Landfill Water |
| PFBA | 46 | TBD |
| PFBS | 33 | TBD |
| PFOA | 17 | 35 |
| PFOS | 23 | 87 |

22

3M_MN00403113

06/27/2007

# Treatment Technologies Summary

- An extensive review of possible technologies has been conducted
- Leading technologies have been evaluated at a "bench scale"
- Combinations of technologies warrant further investigation, i.e., GAC/IX
- Evaluations at a pilot/field scale are req'd to evaluate O&M issues and true costs

23

3M_MN00403114

06/27/2007

Questions/comments?

24

3M_MN00403115