# Exhibit 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WEST MORGAN-EAST LAWRENCE AND SEWER AUTHORITY, and TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>3M COMPANY, DYNEON, LLC., and, DAIIKIN AMERICA, INC.,<br><br>    Defendants. | Case No: 5:15-cv-01750-AKK |

**Expert Report of Ralph Q. Summerford, CPA, CFE, CIRA, ABV, CFF, CDBV**

**January 6, 2020**

## I. Qualifications

I have a Bachelor of Science degree from the University of Alabama, Culverhouse School of Business. I have been a Certified Public Accountant since 1971, a Certified Fraud Examiner since 1993, a Certified Insolvency and Restructuring Advisor since 2003, Certified in Financial Forensics since 2008, received an Accreditation in Business Valuation in 2006 after being a Certified Valuation Analyst from 1995 to 2006, and Certified in Distressed Business Valuation in 2013. My *curriculum vitae*, including listing publications in the past ten years, is presented in **Exhibit A**.

In 1972 I was cofounder of the accounting and consulting firm now known as Warren, Averett, Kimbrough & Marino, LLC in Birmingham, Alabama. For over thirteen years with that firm I was the partner in charge of audit and consulting services (1972 – 1985).

I established the forensic accounting and fraud investigation firm now known as Forensic Strategic Solutions, LLC, in 1992. In my position I specialize in forensic accounting, business valuation, litigated damages and fraud examination. I have provided services for both Plaintiffs and Defendants in civil, criminal, domestic and bankruptcy proceedings. Examples of matters I have worked on include shareholder disputes, lost profits, accounting malpractice, income tax disputes, calculation of financial damages, divorce, fraud examination and consulting, and bankruptcy and reorganization. A listing of my deposition and trial testimony over the past four years is presented in **Exhibit B**.

## II. Assignment

I have been retained by the law firm, Heninger Garrison Davis LLC, to provide my professional opinions (and the bases therefore) of the damages suffered by Tommy Lindsey, Lanette Lindsey and Larry Watkins, individually, on behalf of themselves, and on behalf of a Class of other people similarly situated (collectively "Plaintiffs") in

the class action lawsuit against Defendants 3M Company, Dyneon, L.L.C., and Daikin America, Inc. (collectively "Defendants").

### III. Materials Considered

To render opinions on the questions asked of me, I have reviewed the documents referenced in **Exhibit C** and all documents and materials referenced within this report. This report is prepared in compliance with standards promulgated by the American Institute of Certified Public Accountants ("AICPA").

### IV. Standards of Review

In my analysis, I have complied with AICPA standards and utilized methodologies applicable to a person qualified as both a Certified Public Accountant (CPA) and Certified in Financial Forensics (CFF). These standards are generally accepted by the accounting and financial forensics professions, are subject to peer review and analysis, and are required to be followed by members of the AICPA.

### V. Summary of Opinions and Bases

**Opinion:** *Based on my review of the documents and testimony in this case and my expertise in accounting, and financial forensics, it is my professional opinion that damages suffered by the Plaintiffs are measurable, quantifiable and can be computed within a reasonable degree of accounting certainty.*

**Basis of Opinions:**
1. Attorneys for Plaintiffs will prove causation against Defendants (as alleged in the complaint) which results in the damages suffered by the Plaintiffs.

2. The Plaintiffs are all residential water customers (also referred to as "rate payers") who paid for water from West Morgan-East Lawrence Water and Sewer Authority ("WMEL") during the damage period to the following water utilities:
   a. West Morgan–East Lawrence Water and Sewer Authority
   b. Falkville Water Works
   c. Town Creek Water Department
   d. Trinity Water Works System
   e. VAW Water Systems, Inc.
   f. West Lawrence Water Cooperative
   
   Collectively referred to as "WMEL spokes"

3. All WMEL spokes supply water from their individual water system to residential water customers (the class members) through residential water meters. The individual water meters of the residential customers measure the number of gallons used by each class member.

4. Each of the WMEL spokes is a public utility subject to the rules and regulations of the Alabama Public Service Commission and required to keep auditable records for a minimum of five years.[1]

5. Plaintiffs damages are for the period October 5, 2013 through March 31, 2021[2] for charges paid by residential customer to the WMEL spokes.

6. Components of damages include, but are not limited to, the following:
   a. Amounts paid for water used.[3]

---

[1] Alabama Public Service Commission follows the Federal Energy Regulatory Commission's statute 18 CFR part 125.
[2] WMEL is expected to implement a reverse osmosis system in the first quarter of 2021, at which time the GAC system will be used for a different operation purpose by WMEL. See Deposition of Bryan Kiley Pate, dated December 18, 2019, at 21:15 – 23:1, 144:13 – 23. Additional damages beyond the first quarter of 2021 will be suffered by the residential customers of the WMEL spokes due to the ongoing GAC costs. However, we do not anticipate making a calculation of those damages since the rate payers will likely change and are not determinable at this time.
[3] As an update to my Affidavit, damages may be calculated based on all water used under the assumption that all water is potable water. If it is proven that only a percentage of water was used for consumption as the proper measure of damage, the percent can be applied to the damages for each class member.

  b. Surplus charges for granular activated carbon filter replacement ("GAC")

7. We will receive records from the WMEL spokes which break out the dollar amount charged for water usage and additional charges (if any) on a monthly basis.

8. We will compute the damages suffered by the Plaintiffs through the following method:

  a. Determine the monthly amount paid by each class member for water used.

  b. Determine the monthly amount paid by each class member for GAC.[4]

  c. Combine the water and GAC charges to arrive at a total monthly amount paid by each rate payer.

  d. Add pre-judgment interest at the legal rate to the amount of damages computed in the above steps.

9. If for any reason all the WMEL spokes do not produce records containing the break out of monthly dollar amounts charged for water usage and additional charges (if any) for each class member, damages can be calculated using the following statistical methods:

  a. Determine a median monthly water charge based on the WMEL spoke records received.

  b. Determine a median monthly GAC charge based on the WMEL spoke records received.

  c. Apply the sum of these monthly charges to each rate payer for the months damaged using monthly customer lists of each WMEL spoke, which is expected to be received.

  d. Add pre-judgment interest as discussed above.

---

[4] GAC replacement fee was charged starting February 2018 to rate payers at a rate of $0.01 per 100 gallons of water used.

## VI. Additional Analysis

As additional information is provided either in reports, depositions, additional documents or other sources that affect my opinions, I will update my opinions accordingly. In addition, I may rely upon the opinions of other experts and authorities in this matter. Accordingly, the opinions expressed herein (and the bases therefore) may be modified and/or supplemented based upon any such further analysis or evidence.

## VII. Demonstrative Exhibits

If I am called to testify, I may prepare demonstrative aids such as graphs, charts or tables to illustrate the opinions and conclusions outlined above.

## VIII. Forensic Strategic Solutions, Inc., Compensation

My firm is being compensated at an hourly billing rate of $395 for my time, exclusive of staff who are billed at rates from $95 to $375 per hour, plus out of pocket expenses.

_____
Ralph Q. Summerford, CPA, CFE, CIRA, ABV, CFF, CDBV
Forensic Strategic Solutions, Inc.
420 20th Street North, Suite 2525
Birmingham, AL 35203

# Exhibit A

# Ralph Q. Summerford, CPA, ABV, CFF, CFE, CIRA, CDBV

**Education:**

BS, University of Alabama, 1968
Oneonta High School, Oneonta, Alabama, 1964

**Personal:**

Born May 2, 1946 (Birmingham, Alabama), Methodist married June 20, 1970, two children

**Certifications:**

- Certified Public Accountant, 1971
- Certified Fraud Examiner, 1993
- Certified Insolvency and Restructuring Advisor, 2003
- Accredited in Business Valuation, 2006
- Certified in Financial Forensics, 2008
- Certified in Distressed Business Valuation, 2013

**Practice Areas:**

- Forensic and investigative accounting
- Fraud examinations
- Expert witness and consultant
- Computer forensics
- Litigation consulting
- Bankruptcy and insolvency
- Calculation of damages
- Business valuation

**Professional Profile:**

- Forensic accounting and litigation consulting include services for both plaintiffs and defendants in civil, criminal, domestic, bankruptcy proceedings, and fraud examinations
- Expert witness and consultant include accounting malpractice, special examiner for bankruptcy trustees, court appointed special master, shareholder disputes, lost profits, lost wages, calculation of damages, breach of contract, tortious interference, antitrust, truth in lending, divorce, fraud, corporate ethics policies, health care fraud, and RICO claims
- Business valuation for all types of businesses including construction, manufacturing, medical, software, sales and service industries, and intellectual property (for example damages in intellectual property litigation cases)
- Former Chairman, Board of Review, Association of Certified Fraud Examiners
- Former member, Board of Regents (Vice Chairman), Association of Certified Fraud Examiners, 2000 – 2002
- Past Chairman, Practice Review Committee, Alabama Society of Certified Public Accountants

# Exhibit A

- Former member, Professional Standards and Practices Committee, Association of Certified Fraud Examiners (Chairman -- 1996 to 1999)
- Former President, Vice President, and Program Committee Chairman, Alabama Chapter of the Association of Certified Fraud Examiners
- Former member, Professional Advisory Board, Culverhouse School of Accountancy, University of Alabama
- Member, American Institute of Certified Public Accountants
- Former member, Forensic and Litigation Services Committee, American Institute of Certified Public Accountants
- Member, Certified in Financial Forensics Ambassadors Committee of the Forensic and Valuation Services Section, American Institute of Certified Public Accountants
- Member, Association of Certified Fraud Examiners
- Member, various state societies of Certified Public Accountants
- Member, Association of Insolvency and Restructuring Advisors
- Former member, Accounting Advisory Council for the Accounting and IS Program at the University of Alabama at Birmingham
- Former member, American Institute on Federal Taxation
- Member, Birmingham Kiwanis Club
- Former director, Birmingham Broadway Series
- Former member, Birmingham YMCA Board of Management (Member of Executive Finance Committee)
- Former director, United Cerebral Palsy of Greater Birmingham, Inc.
- Faculty member, Association of Certified Fraud Examiners
- Former member, Editorial Board, *The Bank Fraud and Security Report* published by Southeast Consulting, Inc.
- Panel of Experts, *Dunn on Damages,* published by Valuation Products & Services, LLC

## Guest Lecturer (Partial listing of presentations)

- Lecturer at University of Alabama, Birmingham Southern College, University of Alabama at Birmingham, Tulane University
- Alberta Gaming and Liquor Commission, Specialized Fraud Training, Edmonton, Alberta, Canada
- Los Angeles Unified School District Fraud Examination Training Program
- The World Bank, Washington, D.C., Fraud Examination Training Program
- Australian Fraud Conference, Melbourne, Australia
- New Zealand Fraud Conference, Auckland, New Zealand
- NASDAQ Stock Exchange Training Seminar
- United States Virgin Islands Fraud Prevention for Managers
- International Consortium on Governmental Financial Management, Miami, Florida
- Fraud and forensic accounting topics at annual state society meetings of Certified Public Accountants
- Annual meetings of the Association of Certified Fraud Examiners
- Training programs of the Association of Certified Fraud Examiners
- Training programs of the American Institute of Certified Public Accountants
- Keynote speaker on fraud and forensic accounting
- Training programs of the Institute of Internal Auditors
- Financial Consulting Group Training College
- Defense Research Institute guest lecturer
- Federal Deposit Insurance Corporation Directors' College
- Corporate training programs
- Local and regional CPA firms
- Alabama and North Carolina Bankers' conventions

# Exhibit A

**Publications:**

"Why You Should Hire Your Own Attorney for a Malpractice Suite." AccountingWEB. February 14, 2019.

"Why Don't Auditors Find Fraud?" Fraud Magazine. Vol. 34. January/February 2019.

"Auditors Play Key Role in Deterrence and Detection of Fraud." CPA Practice Advisor. November 19, 2018.

"How to Avoid Charity Scams This Holiday Season." AL.com. December 23, 2015.

"Liability Risk on the Rise." Accounting Today. September 30, 2015.

"7 Ways to Prevent an Accounting Malpractice Lawsuit." AccountingWEB. September 30, 2015.

"How to Make the Most of Your Year-End Charitable Donations." Birmingham Business Journal. December 27, 2013.

"How CPAs Should Respond to a Malpractice Suit." CPA Practice Advisor. August 5, 2013.

"Contract Damages and Lost Profits Determined Through Stipulations, Depositions and Exhibits." Dunn on Damages. Spring 2012. Issue 6.

"Memorandum: Ralph Summerford, forensic accountant, Forensic Strategic Solutions PC." Birmingham News. September 1, 2011.

"Reliability of Business Plans to Support Lost Profits Damages." Dunn on Damages. Winter 2010. Issue 1.

**Employment History:**

- 2003 to present – Forensic Strategic Solutions, formerly known as Summerford Accountancy, PC, President
- 2001 to 2003 – Dixon Odom, PLLC, Partner
- 1992 to 2001 - Summerford Accountancy, PC, President
- 1990 to 1992 - Summerford & Company
- 1985 to 1989 - Smith Brothers Motorcycles, Inc., President
- 1972 to 1985 - Summerford & Company, PC, Certified Public Accountants, formerly known as Pearce & Summerford, now known as Warren Averett
- 1969 to 1972 - Ernst & Ernst (now Ernst & Young)
- 1968 to 1969 - First State Bank of Altoona, Alabama

# Exhibit B

# Ralph Q. Summerford, CPA, ABV, CFF, CFE, CIRA, CDBV Testimony As An Expert At Trial Or By Deposition Within Past Four Years -- As of 01/06/2020

| Case # | Jurisdiction | Attorney/Firm | Case | Type of Testimony | Date |
|---|---|---|---|---|---|
| 2:14-cv-0056-TMP-S | U.S. District Court of Northern District of Alabama Southern Division | Roger L. Bates, Esq./Hand Arendall, LLC | Adtrav Corporation v. Duluth Travel, Inc. | Deposition | 1/27/16 |
| CV-08-902750 | Circuit Court of Jefferson County, AL | Thomas Creel, Esq./Carr Allison | Dolly Ridge Point, Inc., Thornton Construction Company, Inc., et al v. Saiia Construction, LLC, et al | Deposition | 2/16/16 |
| 2:14-CV-02290-HGD | U.S. District Court Northern District of Alabama Southern Division | Brian Grayson, Esq./Lloyd, Gray, et al. | Robert A. Boyd v. Theodore Mason, et al. | Deposition | 3/18/16 |
| CV-2013-000382 | Circuit Court for Shelby County, AL | Jim Pino, Esq./Charles Lorant, Esq. | Foster Family 1989 Trust- Gary D. Foster v. Stephen Foster | Trial Testimony | 4/14/16 |
| 2:11-cv-00746-WKW | U.S. District Court of Middle District of Alabama Northern Division | Rufus T. Dorsey, Esq./Parker Hudson Rainer & Dobbs LLP | Colonial Bancgroup, Inc. v. Pricewaterhousecoopers LLP and Crowe Horwath LLP | Deposition | 9/30/16 |
| 17-cv-002960LSC | U.S. District Court Northern District of Alabama Western Division | Andrew Campbell, Esq./Campbell Guin, LLC | Alabama One Credit Union v. Cumis Insurance Society, Inc. | Deposition | 11/10/17 |
| CV-2013-000382.00 | Circuit Court of Shelby County, AL | Court Appointed | Gary D. Foster v. Stephen Foster | Hearing | 12/07/17 |
| 7:15-cv-2160-LSC | U.S. District Court Northern District of Alabama Western Division | Peter Bolvig, Esq./ Whitaker, Mudd, Luke, & Wells LLC | Great Western Development Corporation, Inc. and Ventec, LLC v. Jonathan Benison, William Nick Underwood, Young Peoples Alliance Association for Youth Development Council, Inc., and River's Edge Bingo, LLC | Deposition | 4/10/18 |
| CV-2013-000382.00 | Circuit Court of Shelby County, AL | Court Appointed | Gary D. Foster v. Stephen Foster | Hearing | 04/04/18 |
| 1:15-cv-1050 | U.S. District Court for the Middle District of North Carolina Greensboro Division | Kevin Cartledge, Spilman Thomas & Battle, PLLC | Gregory Hunter and Hunter Family Capital, LLC, v. Mountain Commerce Bank and Bobby A. Brown | Deposition | 05/16/18 |
| 47-CV-2015-902276.00 | Circuit Court of Madison County, AL | Donald Partridge, Maron Marvel Bradley & Anderson LLC | Five Stones Research v. Hall Albright Garrison & Associates, P.C., Jonathan N. Hall and Linda F. Tucker | Deposition | 07/12/18 |
| PR-2016-000342 | Probate Court of Shelby County, Alabama | Christopher Reid, Reid Law Firm, LLC | The Estate of Glen H. Yancey | Hearing | 08/10/18 |

# Exhibit B

# Ralph Q. Summerford, CPA, ABV, CFF, CFE, CIRA, CDBV Testimony As An Expert At Trial Or By Deposition Within Past Four Years -- As of 01/06/2020

| Case # | Jurisdiction | Attorney/Firm | Case | Type of Testimony | Date |
|---|---|---|---|---|---|
| 63-CV-2013-901524 | Circuit Court of Tuscaloosa County, AL | James R. Bussian, Maynard Cooper & Gale PC | Joseph Brian Christian and Teresa Sheryl Christian v. Kandy Dubose Cannon; Cenlar, F.S.B.; State Farm Bank, F.S.B.; Alabama One Credit Union, FCU; Federal National Mortgage Association; Magnolia Sales, Inc., d/b/a Crimson Title; and Fidelity National Title Insurance Company | Deposition | 10/23/18 |
| CV-15-900632 | Circuit Court of Jefferson County, AL | Michael D. Petway, Fuston, Petway & French, LLP | Dr. L. Shefton Riggins v. Regions Bank; Warren Averett, LLC; Warren Averett Benefits Consultants, LLC; Warren Averett, Kimbrough & Marino, P.C.; Warren Averett Companies, LLC; and Anntwine J. Moss | Deposition | 01/30/19 |
| 1:17-cv-00906 | United States Distrct Court for the Middle District of North Carolina | Joseph F. Brophy, Hohmann, Brophy, Shelton & Weiss, PLLC | Dynamic Campus Solutions v. Pfeiffer University | Deposition | 02/28/19 |
| 1:16-cv-00369 | United States District Court for the Southern District of Mississippi Southern Division | Brett Ross, Carr Allison | James Aldridge, Relator, on behalf of, United States of America v. H. Ted Cain, Julie Cain, Corporate Management, Inc., a Mississippi Corporation, Stone County Hospital, Inc., Thomas Kuluz, and Starann | Deposition | 3/29/19 |
| 18 CVS 1900 | North Carolina Wake County in the General Court of Justice Superior Court Division | Jeffrey S. Southerland, Tuggle Duggins, P.A. | Glover Construction Company, Inc. v. Sequoia Services, LLC, John Michael Glover, J. Mark Glover, and Christopher James Colangelo | Deposition | 8/22/19 |

# Exhibit C
# List of Documents Considered

| Document Title | Attorney Bates |
|---|---|
| 11 27 2019 ltr from Trinity | |
| 11 27 2019 ltr from VAW | |
| 20090720 Letter to Simms from Pyle re Cost Breakdown | WMEL 17175 - 17176 |
| 2010-2011 Audit | WMEL 02219 - 02265 |
| 2011-2012 Audit | WMEL 02179 - 02218 |
| 2012-2013 Audit | WMEL 02137 - 02178 |
| 2013-2014 Audit | WMEL 02096 - 02136 |
| 2014-2015 Audit | WMEL 02047 - 02095 |
| 2016 Audit | WMEL 01996 - 02046 |
| 2017 Audit | WMEL 01959 - 01995 |
| 2019 WMEL 2019 DWSRF APP WITH ATTACHMENTS | |
| BryanKileyPatePE_PDFTran | |
| Declaration of Don Sims | |
| Doc 175 consolidated Complaint Final 92716 | |
| Doc 176 ERRATA to consolidated Complaint Final 92716 | |
| ERRORS | |
| Exh A for five ADOBE | |
| Exh A for WMEL ADOBE | |
| falkville0000001 - 0048823 | falkville0000001 - 0048823 |
| Larry Watkins 2009-2016 | |
| Lindsey Billing. Produced by Client 2016-2019 | PLS_LINDSEY_000001 - 000044 |
| lindsey0000001 - 0000180 | lindsey0000001 - 0000180 |
| MIEX System Cost 1 | |
| Miex System Cost 2 | |
| production | |
| Tommy and Lanette Lindsey 2009-2016 | |
| towncreek0000001 - 0003730 | towncreek0000001 - 0003730 |
| TRINITY0000001 - 0000154 | TRINITY0000001 - 0000154 |
| VAW0000001 - 0012227 | VAW0000001 - 0012227 |
| Watkins Billing. Produced by Client 2000-2019 | PLS_WATKINS_000001 - 000013 |
| Watkins0000001 - 0000445 | Watkins0000001 - 0000445 |
| WMEL Line-Item-Carbon-Replacement-Fund | |
| wmel_customer_lists0000001 - 0000471 | wmel_customer_lists0000001 - 0000471 |
| WMEL00001 - 19879 | WMEL00001 - 19879 |
| WMEL03748 | WMEL 03748 - 03761 |