UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TOMMY LINDSEY, LANETTE LINDSEY and LARRY WATKINS, individually, and on behalf of a Class of persons similarly situated, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 5:15-cv-01750-AKK |
| v. ) ) | CLASS ACTION JURY DEMAND |
| 3M COMPANY, DYNEON, L.L.C and DAIKIN AMERICA, INC., ) ) ) ) | |
| Defendants. ) | |

**MOTION FOR DISCOVERY UNDER
FEDERAL RULE OF CIVIL PROCEDURE 56(d)**

Defendants 3M Company and Dyneon, L.L.C. ("3M") have filed a Motion for Summary Judgment as to all counts pertinent to it in Plaintiffs' Consolidated Individual and Class Action Complaint (Doc. 175).  However, because 3M has thwarted Plaintiffs' attempts to obtain certain requested and relevant discovery, Plaintiffs are unable to fully present facts essential to their opposition to 3M's motion, because those facts are in the custody and control of the Defendant.

The earliest date 3M would agree to offer its 30(b)(6) representative up on is May 14, 2020, and this deposition has been set for that date.  However, no dates have been offered by 3M for the depositions of Phillip Wirey, David Magnusson, and Don

1

Sims.[1]  If this Court elects to defer consideration of 3M's motion for summary judgment, rather than outright deny it, Plaintiffs would request that this Court provide Plaintiffs with twenty-one (21) days after 3M makes its last witness available in order to respond to 3M's motion.

Accordingly, pursuant to Federal Rule of Civil Procedure 56(d), and for the reasons set forth in the attached Declaration of Timothy C. Davis, Plaintiffs move this Court to deny, or defer consideration of, 3M's motion for summary judgment to allow time to conduct discovery.

Respectfully submitted by:

/s/ Christopher B. Hood
Christopher B. Hood (ASB-2280-S35H)
HENINGER GARRISON DAVIS
2224 First Avenue North
Birmingham, AL  35203
PH:  205.326.3336
chood@hgdlawfirm.com

*One of the Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, I electronically filed the foregoing with

---

[1] While Don Sims is the general manager of West Morgan-East Lawrence Water and Sewer Authority ("WMEL"), WMEL's settlement with 3M was conditioned, in part, upon the execution of a cooperation agreement which 3M has subsequently leveraged to utilize Mr. Sims as a fact witness both to oppose Plaintiffs' motion for class certification and now in support of its motion for summary judgment.  Contrary to this Court's order to make Mr. Sims available for deposition (Doc. 174), 3M has so far failed to facilitate such a deposition, while promising to do so.  It seeks the benefit of Mr. Sims' assertions without affording the  Plaintiffs an opportunity to examine Sims on the assertions.

the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered counsel.

/s/ Christopher B. Hood
Christopher B. Hood