# EXHIBIT A



2224 1st Avenue North
Birmingham, AL  35203

Phone: (205) 326-3336
(800) 241-9779
Fax:    (205) 326-3332

WWW.HGDLAWFIRM.COM

Chris Hood
chood@hgdlawfirm.com

December 16, 2019

**Via E-Mail**

| | |
|---|---|
| M. Christian King<br>Harlan I. Prater, IV<br>W. Larkin Radney, IV<br>LIGHTFOOT, FRANKLIN & WHITE, L.L.C.<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL  35203-3200<br>cking@lightfootlaw.com<br>hprater@lightfootlaw.com<br>lradney@lightfootlaw.com | Christopher L. Yeilding<br>BALCH & BINGHAM LLP<br>Post Office Box 306<br>Birmingham, AL 35201-0306<br>cyeilding@balch.com<br><br>Robert J. Shaughnessy<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street NW<br>Washington, DC 20005-5901<br>BShaughnessy@wc.com |

Re: *Lindsey, et al. vs. 3M Company, et al.*; Civil Action No. 5:15-cv-01750-AKK

Dear Counsel:

I write to provide more information on depositions, production, and related matters.

**Depositions**.  Bryan Pate will be deposed this Wednesday, December 18th, at our office. We have asked that, prior to the deposition, 3M produce to us the Mader/Hohenstein material addressed in our discovery requests to 3M.  Separately, I understand that 3M will provide us information today that should enable us to confirm that the parties have received the same set of water tests from WMEL.

Barry Ryan and Russell Detwiler are available for deposition at our office in Atlanta on January 10th and January 3rd, respectively, and we await a reply from Ralph Summerford on his availability.  We expect to disclose Mr. Summerford as an expert on January 6th, and we believe it would be efficient and in accord with the scheduling order to set his deposition on a date between the disclosure and January 20th.  Venetia Watkins is available for deposition at our Birmingham office on January 3rd or on any weekday the following week.

*C. Hood to C. King et. al.*
*12/16/2019*
*page two*


      The Plaintiffs will serve Rule 30(b)(6) notices to the Defendants later today.  Both notices will be similar to the re-notice the Plaintiffs served on 3M earlier this year.  We request that you make your corporate representatives available for deposition between January 23rd and January 31st.  We request depositions of Mr. Wirey and Mr. Magnusson in the first week of February, pursuant to our agreement with 3M for those witnesses.

      **Production**.  We have a number of items ready to produce, specifically (1) Dr. Crawford's hand-drawn maps of the locations where we sampled in the WMEL service area, with the names and addresses of the homeowners included on the maps and keyed to the results reported by Eurofins TestAmerica, (2) the photographs Tommy Lindsey mentioned in his deposition, plus an additional document related to his home's value, (3) a few more items from our subpoena to the Falkville water utility, and (4) exhibits we have added to our database from the publicly-available materials published at https://www.ag.state.mn.us/Office/Cases/3M/StatesExhibits.asp.  We are working on getting all these items to you by the end of today.

      At this stage, we are unable to authenticate the blood serum tests we produced for Larry Watkins.  We have contemporaneous work product identifying the 2016 test result we produced as his, but lack similar documentation for the 2017 test result we produced as his.  We are open to producing a redacted copy of the 2016 work product, provided that the disclosure waives no other privilege with respect to that work product, Mr. Watkins, or anybody else.

      I hope this additional information and these undertakings are helpful.

      Sincerely,


      /s/ Chris Hood
      Heninger Garrison Davis, LLC
      *One of the Attorneys for the Plaintiffs*

cc: other counsel of record