# EXHIBIT B

| | |
|---|---|
| **From:** | Chris Hood |
| **To:** | Chris King (cking@lightfootlaw.com) |
| **Cc:** | Harlan I. Prater, IV; W. Larkin Radney; Timothy C. Davis; W. Lewis Garrison, Jr.; Kevin Hannon (khannon@hannonlaw.com); Mark Ekonen |
| **Subject:** | This evening"s call in Lindsey v 3M company |
| **Date:** | January 15, 2020 7:11:19 PM |
| **Attachments:** | image943000.png<br>image607001.png |

Chris,

This confirms what you, Tim, and I discussed on our call earlier this evening.  To help our side prepare for a meet and confer, I asked if 3M served objections to the 30b6 re-notice Jeff served last February and if we could get it again if so.  Daikin's offer of 2/19-21 as available dates for our deposition of its corporate rep(s) blacks out those dates for the 3M 30b6 depo.  The Plaintiffs have one installment of 3M's privilege log and will need all installments in time to prepare for the 3M 30b6.  The Plaintiffs assume that the 3M corp rep will be able to answer for Dyneon, but if that is not the case, you will let us know, and we will serve a 30b6 notice on Dyneon.  We would like dates for the Wirey and Magnusson fact depositions.  Lastly, at the Summerford deposition tomorrow, we can discuss with you deposing Mr. Sims without a subpoena and also discuss with Daikin deposing the other five water utility fact witnesses the Defendants rely on to oppose class certification.

Thanks,
Chris



**Chris Hood**
**Partner**
2224 1st Avenue N., Birmingham AL 35203

Tel: 205.326.3336 | Fax: 205.314.5919
chood@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama     Georgia     New Jersey     New York**