FILED
2020 Apr-17 PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

| | |
|---|---|
| **From:** | M. Christian King |
| **To:** | Timothy C. Davis; W. Larkin Radney, IV |
| **Cc:** | Chris Hood |
| **Subject:** | RE: depo dates |
| **Date:** | February 14, 2020 10:23:38 AM |
| **Attachments:** | image001.png |
| | image002.png |

Trying to nail this down and will get back with you ASAP.

**M. Christian King**
Attorney



205-581-0700 main
205-581-0715 direct
205-380-9115 fax
cking@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

 Confidentiality Notice

**lightfootlaw.com**

**From:** Timothy C. Davis <tim@hgdlawfirm.com>
**Sent:** Friday, February 14, 2020 8:07 AM
**To:** M. Christian King <cking@lightfootlaw.com>; W. Larkin Radney, IV <lradney@lightfootlaw.com>
**Cc:** Chris Hood <chood@hgdlawfirm.com>
**Subject:** depo dates

Chris,
Just following up on depo dates for the 30(b)6, Wirey and Magnusson. Feel free to give me a call if we need to discuss.
Thanks,
Tim



**Timothy C. Davis**
**Managing Partner**
2224 1st Avenue N., Birmingham AL 35203

Tel: 205.327.9115 | Fax: 205.314.5915



tim@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama    Georgia    New York**