# EXHIBIT D

| | |
|---|---|
| **From:** | M. Christian King |
| **To:** | Timothy C. Davis |
| **Cc:** | Chris Hood; "cyeilding@balch.com" |
| **Subject:** | Lindsey 30(b)(6) depo |
| **Date:** | March 10, 2020 10:30:43 AM |

Tim, I would call you, but I know you are out of the country.  For several reasons, not the least being my personal schedule (I have an arbitration next week that I was certain would go away or get moved), I need to reschedule Tuesday's depo in Chicago.  I will discuss new dates with you as soon as you return and you and I are able to talk.  I'm sorry for any inconvenience this rescheduling might cause you or your team.

**M. Christian King**
Attorney



Lightfoot Franklin and White, LLC

205-581-0700 main
205-581-0715 direct
205-380-9115 fax
cking@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

 Confidentiality Notice

**lightfootlaw.com**