# EXHIBIT E

| | |
|---|---|
| **From:** | Chris Hood |
| **To:** | carymcwhorter |
| **Cc:** | Timothy C. Davis |
| **Subject:** | Lindseys et al v 3M et al., Case No. 5:15-cv-01750-AKK |
| **Date:** | January 28, 2020 6:13:10 PM |
| **Attachments:** | image001.png |
| | image002.png |

Cary,

Thank you for speaking with me last week about our wish to examine WMEL on, inter alia, the declaration of Mr. Sims that the Defendants rely on in our case.  As said, I agree to take the deposition at WMEL on date in February, preferably in the latter part of the month.  As of today, some dates and times in February are blacked out with other depositions in the case, as follows: Feb. 21 (all day), Feb. 24 (until 2 pm).  We are rapidly setting other depositions in the case, so if you have a day and time in mind now for WMEL, let me know.  I will hold that date and time open for WMEL.

Once I know the date, I will serve a deposition notice to you for WMEL and to counsel for all parties identifying the subjects for examination and any document requests we have.  The subjects will be the same as the ones you and I covered in our call last week.

We are open to meeting with WMEL before the deposition to try to determine if we can get the information we believe we need without the deposition.  I suggest that as an alternative in case it is feasible from your client's standpoint and preferable.  No problem if not.

Regards,
Chris Hood
*One of the Attorneys for the Plaintiffs and the Proposed Class*

---

**From:** carymcwhorter <carymcwhorter@bellsouth.net>
**Sent:** Tuesday, January 21, 2020 10:34 AM
**To:** Chris Hood <chood@hgdlawfirm.com>
**Subject:** Re: your voice mail about Don

Chris,

I'm not available tomorrow but I am Thursday. Lets talk then. --Cary

Confidentiality Notice – The content of this email is legally privileged and confidential, and is intended only for the use of the intended recipient.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the information or content of this email is strictly prohibited.  If you have received this email in error, please immediately notify us by telephone at (256) 355 5295.  It is not the intention of the sender or the named recipient to waive the attorney-client privilege, the attorney work-product doctrine, or any secrecy or proprietary rights in this material.

On Tuesday, January 21, 2020, 9:59:12 AM CST, Chris Hood <chood@hgdlawfirm.com> wrote:

Cary,

Today will not work unfortunately, unless it is very late in the day, possibly after close of business. Booked with briefing due for filing today. Tomorrow afternoon would work if you are available.

Thanks

Chris



**Chris Hood**
**Partner**
2224 1st Avenue N., Birmingham AL 35203

Tel: 205.326.3336 | Fax: 205.314.5919
chood@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama     Georgia     New York**

---

**From:** carymcwhorter <carymcwhorter@bellsouth.net>
**Sent:** Tuesday, January 21, 2020 9:43 AM
**To:** Chris Hood <chood@hgdlawfirm.com>
**Subject:** your voice mail about Don

Dear Chris,

I am giving a CLE at noon. Can We talk this afternoon? What time would be good for you? --Cary McWhorter

Confidentiality Notice – The content of this email is legally privileged and confidential, and is intended only for the use of the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the information or content of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at (256) 355 5295. It is not the intention of the sender or the named recipient to waive the attorney-client privilege, the attorney work-product doctrine, or any secrecy or proprietary rights in this material.

| | |
|---|---|
| **From:** | Chris Hood |
| **To:** | carymcwhorter |
| **Cc:** | Timothy C. Davis; Kevin Hannon (khannon@hannonlaw.com); Mark Ekonen |
| **Subject:** | Deposition notice for WMEL |
| **Date:** | February 25, 2020 1:14:22 PM |
| **Attachments:** | 2 25 2020 Depo notice to WMEL & att 1.pdf |

Cary,

I haven't heard from you on a meeting, so attached please find our notice of deposition of WMEL's corporate representative. For your convenience and the convenience of WMEL, pursuant to our initial conversations and your message about days on which you may be available, I have set it for Friday, March 6th at WMEL.

I remain willing to meet and, working with the staff for my accounting expert, have obtained additional available days for that purpose. In addition to this Wed, Thurs, and Friday, we can meet at WMEL next Tuesday or Wed (3/3 or 3/4).

Thanks,
Chris

| | |
|---|---|
| **From:** | carymcwhorter |
| **To:** | Chris Hood |
| **Cc:** | Rtmlaw; Richard Davis |
| **Subject:** | Re: Deposition notice for WMEL |
| **Date:** | February 25, 2020 5:37:56 PM |
| **Attachments:** | image545000.png |
| | image735001.png |

Dear Chris,

I have briefly emailed with Richard Davis who is WMEL's other attorney. He is out of town for depositions until Friday and will not be available to speak to me until then. He did say that he is unavailable on March 6th. We will get you some alternative dates as quickly as possible, but I wanted to let you know immediately.

Dad and I are meeting with WMEL staff tomorrow to discuss the database so that we can understand it and who does what.

We have also asked again of the various lawyers their availability to review the database with you and your team at a meeting at WMEL next week.

Sincerely,

Cary

Confidentiality Notice – The content of this email is legally privileged and confidential, and is intended only for the use of the intended recipient.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the information or content of this email is strictly prohibited.  If you have received this email in error, please immediately notify us by telephone at (256) 355 5295.  It is not the intention of the sender or the named recipient to waive the attorney-client privilege, the attorney work-product doctrine, or any secrecy or proprietary rights in this material.

On Tuesday, February 25, 2020, 1:14:38 PM CST, Chris Hood <chood@hgdlawfirm.com> wrote:

Cary,

I haven't heard from you on a meeting, so attached please find our notice of deposition of WMEL's corporate representative.  For your convenience and the convenience of WMEL, pursuant to our initial conversations and your message about days on which you may be available, I have set it for Friday, March 6th at WMEL.

I remain willing to meet and, working with the staff for my accounting expert, have obtained additional available days for that purpose.  In addition to this Wed, Thurs, and Friday, we can meet at WMEL next Tuesday or Wed (3/3 or 3/4).

Thanks,

Chris



**Chris Hood**
**Partner**
2224 1st Avenue N., Birmingham AL 35203

Tel: 205.326.3336 | Fax: 205.314.5919
chood@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama     Georgia     New York**