FILED
2020 Apr-17 PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

| | |
|---|---|
| **Subject:** | Re: WMEL |
| **Date:** | Wednesday, April 15, 2020 at 1:01:24 PM Central Daylight Time |
| **From:** | M. Christian King |
| **To:** | Timothy C. Davis |
| **Attachments:** | image001.png, image002.png, image003.jpg, image004.jpg, image005.jpg |

Tim, we worked hard to craft our motion in a way that a response would not be dependent on anything that might be gleaned through further discovery. It is really based on the law and the plaintiffs' testimony. Therefore, we are unable to comply with your request to reconsider our position on the SJ response.

**M. Christian King**
Attorney

Lightfoot is temporarily operating on a remote working basis due to the COVID-19 situation. Please communicate with me via electronic mail or by phone until further notice, as my receipt of office deliveries may be delayed at this time.

Lightfoot Franklin and White, LLC

205-581-0700 main
205-581-0715 direct
205-380-9115 fax
cking@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

VCard  Biography  Confidentiality Notice

**lightfootlaw.com**

---

**From:** "tim@hgdlawfirm.com" <tim@hgdlawfirm.com>
**Date:** Wednesday, April 15, 2020 at 11:54 AM
**To:** Chris King <cking@lightfootlaw.com>
**Subject:** RE: WMEL

Chris,
I appreciate the fact you are continuing to work on the WMEL production.
What is much, much more concerning to me is the position 3M is taking on the time for Plaintiffs to respond to its summary judgment motion. We should not be put in a position of having to file a Rule 56 affidavit with the Court, particularly considering the fact that 3M has yet to submit its 30(b)(6) representative for deposition, yet to submit Magnusson and Wirey for deposition, and yet to provide data from WMEL or a witness to address the same.
Plaintiffs should not have to carry the burden of convincing the Court for more time to respond to your motion.
I would appreciate your reconsidering your position on this matter. Glad to discuss at your convenience.
Thanks,
Tim