FILED
2021 Nov-12 PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TOMMY LINDSEY, et al.,** )<br>)<br>**Plaintiffs,** )<br>) <br>**v.** )<br>)<br>**3M COMPANY, et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action Number<br>**5:15-cv-01750-AKK** |

## ORDER

Based on the parties' joint request, the preliminary approval order, doc. 261, is **AMENDED** as follows: Class Counsel shall file their motion for Attorneys' Fees, Costs and Expenses no later than **December 1, 2021**.

**DONE** the 12th day of November, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE