# EXHIBIT 2

Timothy C. Davis
W. Lewis Garrison, Jr.
Christopher B. Hood
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham AL 35203
205-326-3336

## CONTRACT FOR REPRESENTATION FOR PROPOSED CLASS ACTION

_Lanette Lindsey_ ("Client") hereby retains, as of the 17th day of July, 2018, the law firm of Heninger Garrison Davis, LLC ("Attorneys") to represent him or her in any pending or proposed class action against 3M COMPANY, DYNEON, L.L.C., and/or DAIKIN AMERICA, INC. Client agrees that the compensation to be paid to Attorneys, if the case is certified as a class action, shall be established by the court that will hear the case or approve the settlement. No attorney fees are due from client nor is Client required to pay expenses or court costs in the event this case is certified as a class action. All expenses and costs relating to the prosecution of this matter will be advanced by Attorneys. Client understands that client may be entitled to damages as a member of the Class (if certified) and further may be entitled to such compensation as a court would authorize for a Class Representative Plaintiff, if the class is certified and a successful conclusion reached.

Should it be necessary for Client to travel to hearings, depositions and/or conferences which are held out of town, all costs shall be advanced by Attorneys including travel expenses and lodging expenses.

Client understands that it has certain duties as a Class Representative which the court requires in order for Client to adequately and fairly represent the proposed class. Client is aware that it must generally understand the complaint and its claims (from a layman's perspective), know generally the identities of the parties to the lawsuit, and the reasons for the lawsuit. Client agrees to vigorously prosecute the litigation and to be responsible for providing notice to the class through Attorneys. Attorneys will bear the cost of any class notice. Further details of the Client's duties are provided in the attached Rights and Responsibilities document.

Client further understands that, if necessary, Attorneys, at their sole discretion, may associate other law firms to assist in the prosecution of this class action and client hereby authorizes Attorneys to do so. Client further understands that any law firm associated in this matter by Attorneys is authorized to act on Client's behalf and on behalf of the class. The addition of such law firm shall not affect the individual contingency fee amount referenced below.

Furthermore, if this matter **is not** certified as a class action and individual action is pursued and recovery made on client's behalf, client agrees to pay Attorneys an undivided contingent fee in the amount of forty percent (40%). Client also agrees to and understands that this attorney fee (on an individual claim) shall be deducted from the total settlement or judgment of the individual claim after expenses incurred are deducted.

Client understands that expenses include but are not limited to the following: filing fees, depositions, investigative fees, expert fees, travel expenses, photocopies, transcript copies, trial exhibits, online research expenses, cost of notice to the class (if necessary) and other costs usual and customary to the litigation process.

**Under no circumstances shall client be required to reimburse Attorneys for any expenses or pay Attorneys any attorney fees if the case is unsuccessful.**

Client has been advised that, in accordance with applicable Rules of Professional Conduct, Attorneys may place any short-term or nominal client funds in an Interest On Lawyers Trust Account (IOLTA), the interest of which is paid to charity.

Although Attorneys will perform professional services on Client's behalf to the best of our ability, we cannot make and have not made any guarantees regarding the outcome of this legal representation. Any expressions about the outcome of the matter are our best professional estimates only, and are limited by our knowledge of the facts and circumstances at the time they are expressed.

Attorneys maintains error and omissions insurance coverage applicable to any anticipated legal services to be provided under this agreement.

## THIS IS AN ENFORCEABLE CONTRACT

In the event you have any questions, please do not execute this contract until you have had all your questions fully answered. If the foregoing terms accurately reflect your understanding of our attorney-client relationship, please execute the original of this contract. This agreement constitutes the full understanding of the terms of our engagement to represent you in the above-referenced matter and supersedes any prior oral or written understanding.

## CLIENT'S RECEIPT OF AGREEMENT AND ACKNOWLEDGMENT OF TERMS

You acknowledge that you have read and understand all the terms and conditions of this agreement before signing it, and have had the opportunity to review this Agreement with other counsel of your choice. You also acknowledge that you have received a copy of this Agreement upon execution thereof. We look forward to serving you in this matter. If you have any questions about this agreement or any of its terms, we will be happy to discuss and address your questions with you or another attorney before you give your approval and acceptance.

Signed this __20__ day of __November__, 2018.

By: _Lanette Lindsey_

Printed Name: _Lanette Lindsey_

Contract for Representation of Proposed Class Action

For HENINGER GARRISON DAVIS, LLC:

_____

Timothy C. Davis
W. Lewis Garrison, Jr.
Christopher B. Hood
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham AL 35203
205-326-3336

## RIGHTS AND RESPONSIBILITIES OF A CLASS REPRESENTATIVE:

To assist you in understanding your role as a class representative in the lawsuit against Car-Mart and any of its subsidiaries, parents, distributors, and dealerships, we briefly set forth below a description of your responsibilities. Please contact us at any time to further clarify any of these points or if you have any questions.

1.  **You are suing as a class representative.** As such, you represent the interests of all class members who have been affected by the challenged conduct.

2.  **Duty as a class representative.** As a class representative, the law requires that you will adequately and fairly represent the class. This is your duty. Here is how you are expected to accomplish that duty:

    a.  You must be generally familiar with the litigation.

        i.  This does not mean you must know every aspect of this litigation. We will keep you informed of major events, and this will satisfy your duty. You should read the complaint and understand it generally (from a layman's perspective). You should know generally who the parties are and the reasons you are suing.

        ii. You may and should confer with us at any time it is appropriate to do so.

    b.  You must vigorously prosecute the litigation.

        This basically means that you will authorize your attorneys to do what is necessary to successfully prosecute this case on behalf of the class. You have done so and we will vigorously pursue this case.

    c.  You must hire lawyers experienced in class action litigation.

        We have experience in class action litigation. We have represented numerous classes with successful outcomes.

3.  **Responsibility for expenses or costs:** Expenses or costs include such items as filing fees, photocopies, depositions, travel expenses, trial exhibits, investigative fees, expert fees, transcript copies, online research expenses, and the cost of notice to the class (if necessary)

1

and other costs usual and customary to the litigation process. All costs are being advanced by your counsel and you are not responsible for the payment even if we are unsuccessful. Typically, in such cases, the costs are paid (pursuant to an order of the presiding judge) from the amount recovered from the defendants, if we are successful.

4.  **Notice to the Class.** You may be responsible for providing notice to the class. We will undertake this task on your behalf and be responsible for all costs. Notice is usually accomplished by mailing a notice to identifiable class members and/or publishing a notice in newspapers.

5.  **No special treatment.** You have not been promised any special treatment above the treatment which may be awarded to other class members. If successful, we will ask that the judge award you additional compensation for the extra time and effort you expended as a class representative and for having the courage to challenge defendants' conduct. We cannot guarantee that the judge will grant our request.

6.  **You do not have a duty to investigate or to be an expert.** As an intimidation tactic, the defendant may ask you in a deposition what investigation you have undertaken to fulfill your duty as a class representative. You have no such duty personally — this is why you have hired experienced lawyers. We have conducted a thorough investigation and you have fulfilled your duty by relying on us to do so. We will discuss and have discussed with you our investigation. Nonetheless, it is a good practice for you to familiarize yourself with the allegations in the Complaint, to read our reports to you, and to stay generally abreast of developments.

7.  **Attorney's fees.** Our fees (payment for our time) for the class claims must be approved by the court and are dependent upon a recovery. If we recover nothing, you owe us no money. You will be provided with notice of our fee request and you will have the opportunity to discuss it with us and object to our request if you choose to do so. If we are unsuccessful in this litigation, you will not be obligated for any of our attorney's fees. In the unlikely event the court were to award the defendant attorney's fees and costs, we will pay such fees and costs. Any fee paid by you will be the same as is paid by all class members pursuant to court order.

8.  **Settlement.** If this case settles and does not go to trial, the settlement of any class claims must be approved by the court. You are entitled to object to the settlement if you do not agree with our recommendation to settle. We will consult you before recommending a settlement.

9.  **Safeguarding Your Documents**. It is important that we provide the Defendants with every document which may prove to be relevant. Please be thorough in your search and provide us with everything which might possibly refer or relate to your case. Be over-inclusive in this process. We will review everything before producing it to the Defendants. Finally, it is important that you do not delete or destroy any document which might possibly be relevant to this litigation. This includes electronic documents, such as email and email attachments. Please make sure that you do not destroy any documents which may even be remotely related to this

case. If you have any question whatsoever about whether you should destroy any paper documents or electronic documents, **do not** destroy the documents.

10.     **Judicial approval.** In prosecuting a class action, all of our actions are subject to judicial approval, and courts take that approval seriously. Thus, we are subject to scrutiny that other lawyers, including defendants' counsel, never receive. This should provide you comfort that our actions will be of the highest professional caliber.

RECEIVED, REVIEWED, AND APPROVED THIS 20 DAY OF November 2018.

BY: *Lanette Lindsey*
Name (printed): Lanette Lindsey

_____
For HENINGER GARRISON DAVIS, LLC

3

Timothy C. Davis
W. Lewis Garrison, Jr.
Christopher B. Hood
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham AL 35203
205-326-3336

## CONTRACT FOR REPRESENTATION FOR PROPOSED CLASS ACTION

_Tommy A. Cinder_ ("Client") hereby retains, as of the 17th day of July, 2018, the law firm of Heninger Garrison Davis, LLC ("Attorneys") to represent him or her in any pending or proposed class action against 3M COMPANY, DYNEON, L.L.C., and/or DAIKIN AMERICA, INC. Client agrees that the compensation to be paid to Attorneys, if the case is certified as a class action, shall be established by the court that will hear the case or approve the settlement. No attorney fees are due from client nor is Client required to pay expenses or court costs in the event this case is certified as a class action. All expenses and costs relating to the prosecution of this matter will be advanced by Attorneys. Client understands that client may be entitled to damages as a member of the Class (if certified) and further may be entitled to such compensation as a court would authorize for a Class Representative Plaintiff, if the class is certified and a successful conclusion reached.

Should it be necessary for Client to travel to hearings, depositions and/or conferences which are held out of town, all costs shall be advanced by Attorneys including travel expenses and lodging expenses.

Client understands that it has certain duties as a Class Representative which the court requires in order for Client to adequately and fairly represent the proposed class. Client is aware that it must generally understand the complaint and its claims (from a layman's perspective), know generally the identities of the parties to the lawsuit, and the reasons for the lawsuit. Client agrees to vigorously prosecute the litigation and to be responsible for providing notice to the class through Attorneys. Attorneys will bear the cost of any class notice. Further details of the Client's duties are provided in the attached Rights and Responsibilities document.

Client further understands that, if necessary, Attorneys, at their sole discretion, may associate other law firms to assist in the prosecution of this class action and client hereby authorizes Attorneys to do so. Client further understands that any law firm associated in this matter by Attorneys is authorized to act on Client's behalf and on behalf of the class. The addition of such law firm shall not affect the individual contingency fee amount referenced below.

Furthermore, if this matter **is not** certified as a class action and individual action is pursued and recovery made on client's behalf, client agrees to pay Attorneys an undivided contingent fee in the amount of forty percent (40%). Client also agrees to and understands that this attorney fee (on an individual claim) shall be deducted from the total settlement or judgment of the individual claim after expenses incurred are deducted.

Client understands that expenses include but are not limited to the following: filing fees, depositions, investigative fees, expert fees, travel expenses, photocopies, transcript copies, trial exhibits, online research expenses, cost of notice to the class (if necessary) and other costs usual and customary to the litigation process.

**Under no circumstances shall client be required to reimburse Attorneys for any expenses or pay Attorneys any attorney fees if the case is unsuccessful.**

Client has been advised that, in accordance with applicable Rules of Professional Conduct, Attorneys may place any short-term or nominal client funds in an Interest On Lawyers Trust Account (IOLTA), the interest of which is paid to charity.

Although Attorneys will perform professional services on Client's behalf to the best of our ability, we cannot make and have not made any guarantees regarding the outcome of this legal representation. Any expressions about the outcome of the matter are our best professional estimates only, and are limited by our knowledge of the facts and circumstances at the time they are expressed.

Attorneys maintains error and omissions insurance coverage applicable to any anticipated legal services to be provided under this agreement.

## THIS IS AN ENFORCEABLE CONTRACT

In the event you have any questions, please do not execute this contract until you have had all your questions fully answered. If the foregoing terms accurately reflect your understanding of our attorney-client relationship, please execute the original of this contract. This agreement constitutes the full understanding of the terms of our engagement to represent you in the above-referenced matter and supersedes any prior oral or written understanding.

## CLIENT'S RECEIPT OF AGREEMENT AND ACKNOWLEDGMENT OF TERMS

You acknowledge that you have read and understand all the terms and conditions of this agreement before signing it, and have had the opportunity to review this Agreement with other counsel of your choice. You also acknowledge that you have received a copy of this Agreement upon execution thereof. We look forward to serving you in this matter. If you have any questions about this agreement or any of its terms, we will be happy to discuss and address your questions with you or another attorney before you give your approval and acceptance.

Signed this _20_ day of _Nov._, 2018.

By: _Tommy & Linda_ (signature)

Printed Name: _Tommy G Lindsey_

Contract for Representation of Proposed Class Action

Page 2 of 3

For HENINGER GARRISON DAVIS, LLC:

_____

Timothy C. Davis
W. Lewis Garrison, Jr.
Christopher B. Hood
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham AL 35203
205-326-3336

## RIGHTS AND RESPONSIBILITIES OF A CLASS REPRESENTATIVE:

To assist you in understanding your role as a class representative in the lawsuit against Car-Mart and any of its subsidiaries, parents, distributors, and dealerships, we briefly set forth below a description of your responsibilities. Please contact us at any time to further clarify any of these points or if you have any questions.

1.  **You are suing as a class representative.** As such, you represent the interests of all class members who have been affected by the challenged conduct.

2.  **Duty as a class representative.** As a class representative, the law requires that you will adequately and fairly represent the class. This is your duty. Here is how you are expected to accomplish that duty:

    a.  You must be generally familiar with the litigation.

        i.  This does not mean you must know every aspect of this litigation. We will keep you informed of major events, and this will satisfy your duty. You should read the complaint and understand it generally (from a layman's perspective). You should know generally who the parties are and the reasons you are suing.

        ii. You may and should confer with us at any time it is appropriate to do so.

    b.  You must vigorously prosecute the litigation.

        This basically means that you will authorize your attorneys to do what is necessary to successfully prosecute this case on behalf of the class. You have done so and we will vigorously pursue this case.

    c.  You must hire lawyers experienced in class action litigation.

        We have experience in class action litigation. We have represented numerous classes with successful outcomes.

3.  **Responsibility for expenses or costs:** Expenses or costs include such items as filing fees, photocopies, depositions, travel expenses, trial exhibits, investigative fees, expert fees, transcript copies, online research expenses, and the cost of notice to the class (if necessary)

1

and other costs usual and customary to the litigation process. All costs are being advanced by your counsel and you are not responsible for the payment even if we are unsuccessful. Typically, in such cases, the costs are paid (pursuant to an order of the presiding judge) from the amount recovered from the defendants, if we are successful.

4.     **Notice to the Class.** You may be responsible for providing notice to the class. We will undertake this task on your behalf and be responsible for all costs. Notice is usually accomplished by mailing a notice to identifiable class members and/or publishing a notice in newspapers.

5.     **No special treatment.** You have not been promised any special treatment above the treatment which may be awarded to other class members. If successful, we will ask that the judge award you additional compensation for the extra time and effort you expended as a class representative and for having the courage to challenge defendants' conduct. We cannot guarantee that the judge will grant our request.

6.     **You do not have a duty to investigate or to be an expert.** As an intimidation tactic, the defendant may ask you in a deposition what investigation you have undertaken to fulfill your duty as a class representative. You have no such duty personally — this is why you have hired experienced lawyers. We have conducted a thorough investigation and you have fulfilled your duty by relying on us to do so. We will discuss and have discussed with you our investigation. Nonetheless, it is a good practice for you to familiarize yourself with the allegations in the Complaint, to read our reports to you, and to stay generally abreast of developments.

7.     **Attorney's fees.** Our fees (payment for our time) for the class claims must be approved by the court and are dependent upon a recovery. If we recover nothing, you owe us no money. You will be provided with notice of our fee request and you will have the opportunity to discuss it with us and object to our request if you choose to do so. If we are unsuccessful in this litigation, you will not be obligated for any of our attorney's fees. In the unlikely event the court were to award the defendant attorney's fees and costs, we will pay such fees and costs. Any fee paid by you will be the same as is paid by all class members pursuant to court order.

8.     **Settlement.** If this case settles and does not go to trial, the settlement of any class claims must be approved by the court. You are entitled to object to the settlement if you do not agree with our recommendation to settle. We will consult you before recommending a settlement.

9.     **Safeguarding Your Documents.** It is important that we provide the Defendants with every document which may prove to be relevant. Please be thorough in your search and provide us with everything which might possibly refer or relate to your case. Be over-inclusive in this process. We will review everything before producing it to the Defendants. Finally, it is important that you do not delete or destroy any document which might possibly be relevant to this litigation. This includes electronic documents, such as email and email attachments. Please make sure that you do not destroy any documents which may even be remotely related to this

case. If you have any question whatsoever about whether you should destroy any paper documents or electronic documents, **do not** destroy the documents.

10.     **Judicial approval.** In prosecuting a class action, all of our actions are subject to judicial approval, and courts take that approval seriously. Thus, we are subject to scrutiny that other lawyers, including defendants' counsel, never receive. This should provide you comfort that our actions will be of the highest professional caliber.

RECEIVED, REVIEWED, AND APPROVED THIS _20_ DAY OF _NOV_, 2018.

BY: _/s/ Tommy G. Lindsey_

Name (printed): _Tommy G. Lindsey_

_____

For HENINGER GARRISON DAVIS, LLC