# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **TOMMY LINDSEY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NUMBER** |
| ) | **5:15-cv-01750-AKK** |
| **3M COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CLASS REPRESENTATIVE PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed.R.Civ.P. 23, Class Representative Plaintiffs Tommy Lindsey, Lanette Lindsey, Larry Watkins, and Venetia Watkins, by and through undersigned Class Counsel, hereby move for an order of final approval of the Settlement Class as set forth in the accompanying Memorandum in Support of Motion for Final Approval of Class Action Settlement.

A proposed Order of Final Approval has been submitted. *See* Doc. 258-1, Exhibit D.  It is reproduced and exhibited here as Exhibit 1, with dates, docket numbers, and Class Counsel fees and expenses which were omitted or blank in the original filled in. The Word version of it will be submitted to Chambers.

Respectfully submitted this the 10th day of January, 2022, by:

/s/ *Christopher B. Hood*
Timothy C. Davis (ASB-6384-D63T)
W. Lewis Garrison, Jr. (ASB-3791-N74W)

<div style="margin-left: 2in;">

Christopher B. Hood (ASB-2280-S35H)
Mark R. Ekonen (ASB-0204-R79E)
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
PH: 205-326-3336
tim@hgdlawfirm.com
lewis@hgdlawfirm.com
chood@hgdlawfirm.com
mark@hgdlawfirm.com

Kevin S. Hannon, *pro hac vice*
THE HANNON LAW FIRM, LLC
1641 Downing Street
Denver, CO 80218
PH: 303-861-8800
khannon@hannonlaw.com

*Counsel for Plaintiffs and Class*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system.

/s/ *Christopher B. Hood*
Christopher B. Hood